UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM )<br>6112 Oakengate Way )<br>Centreville, VA 20120 )<br>  )<br>     Plaintiff, )<br>  )<br>v.  )<br>  )<br>BOARD OF TRUSTEES OF THE UNIVERSITY )<br>OF THE DISTRICT OF COLUMBIA )<br>4200 Connecticut Avenue, N.W. )<br>Washington, DC  20008 )<br>  )<br>     Defendant. )<br>_____ ) | Civil Action No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, defendant Board of Trustees of the University of the District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (C.A. No. 05-3651), filed on May 12, 2005.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 40 through 43, the First Amended Complaint raises a federal question by asserting federal constitutional claims under 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

        HOLLY M. JOHNSON [476331]
        Chief, General Litigation Section III

        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed, postage prepaid, this _____ day of August, 2005, to:

Joseph Gebhardt
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
*Attorneys for Plaintiff*

        CARL J. SCHIFFERLE
        Assistant Attorney General