UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 5-1557 (JDB) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that attached hereto, as Exhibit 1, is a true and correct copy of the Summons issued by the District of Columbia's Superior Court as to Defendant Board of Trustees of the University of the District of Columbia.

                                        Respectfully submitted,

                                        _____/s/_____
                                        JOSEPH D. GEBHARDT
                                            (DC Bar No. 113894)
                                        JARED S. GROSS
                                            (DC Bar No. 489549)
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

August 5, 2005                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 5th day of August, 2005, via electronic case filing through the Court, upon counsel for the Defendant as follows:

>Carl James Schifferle, Esq.
>Office of the Corporation Counsel
>441 4th Street, N.W.
>Washington, DC 20001

>_____/s/_____
>Joseph D. Gebhardt

Copies to:

Joseph D. Gebhardt, Esq.
Jared S. Gross, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716

Carl James Schifferle, Esq.
Office of the Corporation Counsel
441 4th Street, N.W.
Washington, DC 20001