UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA ) | |
| 4200 Connecticut Avenue, N.W. ) | |
| Washington, DC  20008 ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF
COLUMBIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE
COMPLAINT</u>

Defendant, The Board of Trustees of the University of the District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully moves this Court for a thirty-day extension of time to file a response to plaintiff's complaint, through and including September 21, 2005.  Plaintiff's counsel does not consent to this request.  In support of this motion, defendant states as follows:

1.      Defendant removed this action from the Superior Court of the District of Columbia on August 2, 2005.

2.      Assuming that the defendant's answer would be due twenty days later, on August 22, 2005, defendant requires additional time to investigate plaintiff's claim and prepare an appropriate answer or other response to plaintiff's complaint.  Plaintiff's lengthy, twenty-page complaint contains allegations that date back as far as the late 1970s.  In addition, the General Counsel of the University of the District of Columbia, with whom undersigned counsel

is coordinating a response, is on a two-week period of leave.

    3.     This motion is defendant's first request for an extension of time.

    4.     Plaintiff's counsel does not consent to the relief requested herein.

    5.     The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, defendant respectfully requests that the Court extend the time within which it may respond to plaintiff's complaint by an additional thirty days, through and including September 21, 2005.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


    /s/ Holly M. Johnson /s/
    HOLLY M. JOHNSON [476331]
    Chief, General Litigation Section III


    /s/ Carl J. Schifferle /s/
    CARL J. SCHIFFERLE [463491]
    Assistant Attorney General
    Suite 600S
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6624
    (202) 727-3625 (fax)
    Email:  carl.schifferle@dc.gov

LOCAL RULE 7.1(m) CERTIFICATE

By telephone call of August 19, 2005, plaintiff's counsel refused consent to the relief requested herein.

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA ) | |
| 4200 Connecticut Avenue, N.W. ) | |
| Washington, DC  20008 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant Board of Trustees of the University of the District of Columbia's Motion for Extension of Time to Respond to the Complaint.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON [476331]
        Chief, General Litigation Section III

2

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2