UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 5-1557 (JDB) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Plaintiff Joseph V. Elam, by and through undersigned counsel, hereby files this Response to Defendant's Motion for Extension of Time to Respond to the Complaint, and states as follows:

Upon review of Defendant's Motion for Extension of Time and the reasons stated therein, Plaintiff no longer objects to Defendant's Motion for Extension of Time.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
  (DC Bar No. 113894)
JARED S. GROSS
  (DC Bar No. 489549)

```
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

August 22, 2005               Attorneys for Plaintiff
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Response to Defendant's Motion for Extension of Time to Respond to the Complaint was served this 22nd day of August, 2005, via electronic case filing through the Court, upon counsel for the Defendant as follows:

> Carl James Schifferle, Esq.
> Assistant Attorney General
> Suite 600S
> 441 4th Street, N.W.
> Washington, DC 20001

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　JOSEPH D. GEBHARDT