UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA ) | |
| 4200 Connecticut Avenue, N.W. ) | |
| Washington, DC  20008 ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S SECOND (CONSENT) MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, The Board of Trustees of the University of the District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 6 (b), respectfully moves this Court for an additional one-day extension of time to file a response to plaintiff's complaint, through and including September 22, 2005.  Plaintiff's counsel consents to this request.  In support of this motion, defendant states as follows:

1. Undersigned counsel has been sick and out of the office for the past two days and therefore unable to file a response to plaintiff's complaint by the previous deadline, September 21, 2005.

2. Plaintiff's counsel consents to the one-day extension requested herein.

3. The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, defendant respectfully requests that the Court extend the time within which it may respond to plaintiff's complaint by an additional one day, through and including September 22, 2005.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

### LOCAL RULE 7.1(m) CERTIFICATE

By telephone call of September 22, 2005, plaintiff's counsel consented to the relief requested herein.

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA ) | |
| 4200 Connecticut Avenue, N.W. ) | |
| Washington, DC  20008 ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT
BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S
SECOND (CONSENT) MOTION FOR EXTENSION OF TIME TO RESPOND TO THE
COMPLAINT</u>

1. Fed. R. Civ. P. 6(b).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant Board of Trustees of the University of the District of Columbia's Second (Consent) Motion for Extension of Time to Respond to the Complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

2

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2