UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF TRUSTEES OF THE UNIVERSITY )<br>OF THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1557 (JBD) |

ORDER

Upon consideration of the defendant Board of Trustees of the University of the District of Columbia's second (consent) motion to extend the time to respond to the complaint, the memorandum of points and authorities in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2005,

ORDERED, that the Board of Trustees of the University of the District of Columbia's second (consent) motion to extend the time to respond to the complaint is hereby GRANTED nunc pro tunc to September 21, 2005; and it is,

FURTHER ORDERED, that the defendant shall respond to the complaint no later than September 22, 2005.

_____
JOHN D. BATES
U.S. DISTRICT JUDGE