UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH V. ELAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA**<br><br>**Defendant.** | Civil Action No.  05-01557 (JDB) |

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

It is hereby **ORDERED** that the initial scheduling conference in this matter is hereby set for October 24, 2005, at 9 a.m.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f), and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than 14 days following their conference (see Local Civil Rule 16.3(d)), and in no event less than three business days before the initial scheduling conference.

Counsel may also include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for all causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  <u>See</u> Local Civil Rule 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

/s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:   September 22, 2005

Copies to:

Joseph D. Gebhardt
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4718
(202) 496-0400
Fax: (202) 496-0404
Email: jgebhardt@covad.net
    Counsel for plaintiff

Carl James Schifferle
OFFICE OF THE CORPORATION COUNSEL
441 4th Street, NW
Suite 600 South
Washington, DC 20001
(202) 724-6624
Fax: (202) 727-3625
Email: carl.schifferle@dc.gov
    *Counsel for defendant*