UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOSEPH V. ELAM,              )
                             )
        Plaintiff,           )
                             )
   v.                        )  Civil Action No. 05-01557(JDB)
                             )
BOARD OF TRUSTEES OF         )
THE UNIVERSITY OF THE        )
DISTRICT OF COLUMBIA,        )
                             )
        Defendant.           )
_____)
```

## SCHEDULING ORDER

Upon consideration of the Joint Rule 16.3 Statement of the parties, it is hereby ORDERED as follows:

1. Initial disclosures are not required.

2. Third party pleadings and amended pleadings shall be filed no later than November 25, 2005.

3. Written discovery requests shall be served no later than November 28, 2005.

4. Plaintiff's expert disclosures shall be made no later than November 28, 2005; and defendant's expert disclosures are due the latter of (a) December 28, 2005, or (b) 30 days from the Defendant's receipt of Plaintiff's expert disclosures. Expert depositions, if any, are to be

      conducted before the close of discovery.

5. Discovery shall close March 25, 2006.

6. Any dispositive motions shall be filed no later than May 10, 2006; any opposition shall be filed no later than June 10, 2006; and any reply shall be filed by June 20, 2006.

7. The pre-trial conference shall be set by the Court following resolution of dispositive motions, if any.

**SO ORDERED** on this ___ day of _____, 2005.


                                          _____
                                          Honorable John D. Bates
                                          United States District Judge