UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH v. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1557 (JDB) |
| v. ) | |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF THE DISTRICT OF ) | |
| COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference with the Court on October 24, 2005, and the Joint Rule 16.3 Report previously submitted, it is hereby **ORDERED** as follows:

1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are hereby waived by agreement of the parties.

2. All discovery shall be completed within 150 days from the entry of this order, by not later than March 24, 2006.

3. Any amendments to the pleadings, and any joinder of additional parties, shall be completed within thirty-five (35) days from the entry of this order, by not later than November 29, 2005.

4. The number of depositions is hereby limited to ten (10) per party, in addition to

1

any depositions of expert witnesses. The number of interrogatories, including subparts thereof, shall not exceed twenty-five (25) per party.

5. All written discovery requests shall be served within thirty-five (35) days from the entry of this order, by not later than November 29, 2005.

6. The exchange of expert witness information and expert reports shall comply with Federal Rule of Civil Procedure 26(a)(2). Additionally, plaintiff shall name any expert witnesses and submit any expert reports and information required under Rule 26(a)(2) within thirty-five (35) days from the entry of this order, by not later than November 29, 2005. Defendant shall name its experts and submit expert witness reports and information as required by Rule 26(a)(2) by not later than either (a) December 29, 2005, or (b) thirty (30) days from the date on which defendant actually receives plaintiff's expert witness designations and related materials, whichever is later. All expert depositions shall be concluded by not later than February 17, 2006.

6. Dispositive motions shall be filed within forty-five (45) days from the close of discovery, by not later than May 8, 2006. Any oppositions to dispositive motions shall be filed within thirty (30) days from the date on which the dispositive motion is filed, by not later than June 7, 2006. Any replies to the oppositions shall be filed within fourteen (14) days from the date on which the opposition is filed, by not later than June 21, 2006.

7. The parties shall appear for a status conference on March 28, 2006 at 9:00 a.m.

8. As to all other discovery issues not addressed in this Scheduling Order, the parties

must comply with the limitations and requirements of the Federal Rules of Civil

Procedure and the Local Civil Rules of this Court.

        /s/     John D. Bates
John D. Bates
United States District Judge


Dated:    October 25, 2005


Copies to:

Joseph D. Gebhardt
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4718
(202) 496-0400
Fax: (202) 496-0404
Email: jgebhardt@covad.net

    *Counsel for plaintiff*


Carl James Schifferle
OFFICE OF THE CORPORATION COUNSEL
441 4th Street, NW
Suite 600 South
Washington, DC 20001
(202) 724-6624
Fax: (202) 727-3625
Email: carl.schifferle@dc.gov

    *Counsel for defendant*