UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF TRUSTEES OF )<br>THE UNIVERSITY OF THE )<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-01557(JDB) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Valencia R. Rainey, D.C. Bar No. 435254, as a counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
(D.C. Bar No. 113894)
VALENCIA R. RAINEY
(D.C. Bar No. 435254)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

January 12, 2006          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 12th day of January 2006, via electronic case filing, upon counsel for Defendant:

>ROBERT J. SPAGNOLETTI
>Attorney General for the
>District of Columbia
>GEORGE C. VALENTINE
>Deputy Attorney General,
>Civil Litigation Division
>HOLLY M. JOHNSON [476331]
>Chief, General Litigation Section III
>CARL J. SCHIFFERLE [463491]
>Assistant Attorney General
>Suite 600S
>441 Fourth Street, N.W.
>Washington, DC 20001
>(202) 724-6624
>(202) 727-3625 (fax)
>
>Attorneys for Defendant

                                                                   /s/
                                      VALENCIA R. RAINEY