UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

JOINT MOTION TO EXTEND DISCOVERY

The parties, through counsel and pursuant to Fed. R. Civ. P 6(b) and 16(b), respectfully move this Court to extend the time for discovery for an additional thirty (30) days, through and including April 24, 2005.  In support of this motion, the parties state as follows:

1.  The parties have exchanged written discovery requests but have had some issues regarding both sides' requests.  Counsel have conferred in good faith in an attempt to resolve these written discovery issues without the need for court intervention.  As a result of these good faith discussions, counsel believe that a satisfactory resolution of their discovery disputes has been reached, which counsel anticipates would enable complete exchange of written discovery in the next few weeks.

2.  Because discovery is currently scheduled to close on March 24, 2006, the parties will require additional time to take depositions and complete discovery.  The parties have been waiting until the completion of written discovery to complete depositions, and as noted, the parties believe that they have resolved their disputes regarding written discovery.  The parties seek only an additional month for discovery.

3.  This request is the parties' first request for extension of discovery in this case.

4.      In addition, this matter is currently set for a post-discovery status conference on March 28, 2006. Because of the extension of discovery requested herein, the parties respectfully request that the Court continue the status conference to the week of April 24, 2006, or to another date convenient to the Court.

5.      The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, the parties respectfully request that this Court enlarge the time for discovery by approximately thirty (30) days, through and including April 24, 2006, consistent with the proposed order attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | ROBERT J. SPAGNOLETTI<br>Attorney General for the District of Columbia |
|  |  |
| /s/<br>JOSEPH D. GEBHARDT (113894)<br>VALENCIA R. RAINEY (435254)<br>GEBHARDT & ASSOCIATES, LP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400 | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/<br>HOLLY M. JOHNSON [476331]<br>Chief, General Litigation Section III<br><br>/s/<br>CARL J. SCHIFFERLE [463491]<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6624<br>(202) 727-3625 (fax)<br>Email: carl.schifferle@dc.gov |

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 16(b).

3. The inherent powers of this Court.

4. The reasons stated in the Joint Motion to Extend Discovery.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

/s/
JOSEPH D. GEBHARDT (113894)
VALENCIA R. RAINEY (435254)
GEBHARDT & ASSOCIATES, LP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov