UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | ) Civil Action No. 05-1557 (JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE UNIVERSITY | ) |
| OF THE DISTRICT OF COLUMBIA, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

ORDER

Upon consideration of the joint motion to extend discovery, the memorandum of points

and authorities filed in support thereof, and for good cause shown, it is by the Court this

_____ day of _____, 2006,

ORDERED, that the joint motion to extend discovery is hereby GRANTED; and it is,

FURTHER ORDERED, that discovery shall close April 24, 2006; and it is,

FURTHER ORDERED, that the status conference of March 28, 2006, is VACATED;

and it is,

FURTHER ORDERED, that a status conference shall be held on _____

_____.


_____
JOHN D. BATES
United States District Judge