UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1557 (JBD) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) |
|       Defendant. | ) |

JOINT MOTION FOR PROTECTIVE ORDER

The parties, through counsel and pursuant to Fed. R. Civ. P. 26 (c), respectfully move this Court for a protective order to govern the defendant Board of Trustees of the University of the District of Columbia's disclosure of confidential personnel records of University faculty. In support of this motion, the parties state as follows:

1. Plaintiff has requested through discovery the personnel records of certain University faculty members. Counsel for plaintiff and defendant have agreed upon the terms of a protective order for the disclosure of such personnel records. The parties' proposed protective order is attached hereto.

2. Under D.C. Code § 1-631.01 (2001), official personnel records of the District government are generally not subject to disclosure in order to ensure the greatest degree of employee privacy. Under Title 8 of the D.C. Municipal Regulations, the University is similarly required to maintain personnel records in a manner that ensures confidentiality and personal privacy of its employees. 8 D.C.M.R. § 802; 8 D.C.M.R. § 1132.

3. Given the competing interests of protecting the confidentiality of these personnel records while complying with plaintiff's reasonable discovery requests, the parties submit that

the proposed protective order adequately protects both interests by disclosing the records to the plaintiff while limiting dissemination of these records for any purpose other than the present litigation.

Accordingly, for the reasons stated, the parties respectfully request that this Court enter the proposed protective order, which is attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROBERT J. SPAGNOLETTI<br>Attorney General for the District of Columbia |
| /s/<br>JOSEPH D. GEBHARDT (113894)<br>VALENCIA R. RAINEY (435254)<br>GEBHARDT & ASSOCIATES, LP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400 | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/<br>HOLLY M. JOHNSON [476331]<br>Chief, General Litigation Section III<br><br>/s/<br>CARL J. SCHIFFERLE [463491]<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6624<br>(202) 727-3625 (fax)<br>Email: carl.schifferle@dc.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557 (JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE UNIVERSITY | ) |
| OF THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION
FOR PROTECTIVE ORDER

1. Fed. R. Civ. P. 26(c).

2. The inherent powers of this Court.

3. The reasons stated in the Joint Motion for Protective Order.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

/s/
JOSEPH D. GEBHARDT (113894)
VALENCIA R. RAINEY (435254)
GEBHARDT & ASSOCIATES, LP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2