**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH V. ELAM, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BOARD OF TRUSTEES OF )<br>THE UNIVERSITY OF THE )<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-01557(JDB) |

**ORDER**

UPON CONSIDERATION OF the parties' Second Joint Motion for an Extension of Time in Which to Complete Discovery, and the full record, it is hereby on this ____ day of April, 2006, **ORDERED:**

    1.    That the Joint Motion is GRANTED; and further

    2.    That discovery will close on June 7, 2006.

    3.    Dispositive motions shall be due on July 24, 2006, with oppositions due on or before August 24, 2006. Any replies shall be due on or before September 7, 2006.

    4.    A further status conference will be held on _____, 2006.

 

                                          _____
                                          JOHN D. BATES
                                          UNITED STATES DISTRICT JUDGE