UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01557(JDB) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**SECOND JOINT MOTION FOR AN EXTENSION OF
TIME IN WHICH TO COMPLETE DISCOVERY**

The parties, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P 6(b) and 16(b), respectfully move this Court to issue an Order extending the time to complete discovery in this case, an additional thirty (45) days, through and including June 7, 2006. In support of this motion, the parties state as follows:

1. Discovery in this case is scheduled to conclude on April 24, 2006.

2. The parties have responded to one another's written discovery requests and have scheduled dates for depositions. Counsel have set aside May 1, May 3 through 5, May 10 and May 18 to complete depositions. Prior to depositions, both parties, however, will need to inspect and selectively photocopy documents at opposing counsel's offices, due to the voluminous nature of

some documents identified during discovery. In addition, plaintiff will be providing supplemental answers to interrogatories in approximately the next week, which defendant requires in order to prepare for a deposition of plaintiff. Moreover Plaintiff received Defendant's initial response to his December 1, 2005 discovery request on March 23, 2006, a few weeks prior to the close of discovery. Plaintiff requires an opportunity to fully analyze defendant's response in order to fully prepare for depositions.

    3.  The Court has previously granted the parties' request for an extension of thirty days. However, a further extension will allow the parties to fully explore and produce all relevant discovery, as well as conduct discovery depositions. The parties believe this will further their desire to narrow the issues in this case and be efficient with the Court's time and resources.

    4. Because the parties have now scheduled dates on which depositions can be taken, we do not anticipate that any further discovery extensions will be needed.

    5.  Plaintiff does not believe the April 27, 2006 status hearing is necessary; but, the parties will defer to the Court on

whether to reschedule the hearing.

6. The parties propose the following deadlines for dispositive motions. Dispositive motions shall be due on July 24, with Oppositions due on or before August 24, 2006. Any replies shall be due on September 7, 2006.

WHEREFORE, the parties respectfully submit that the Court should grant their Motion and issue an Order extending the discovery deadline to June 7, 2006. A proposed Order accompanies this Motion.

                    Respectfully submitted,


                     /s/
                JOSEPH D. GEBHARDT
                    (D.C. Bar No. 113894)
                VALENCIA R. RAINEY
                    (Admitted in D.C.)
                GEPHARDT & ASSOCIATES, LP
                1101 17th Street, NW
                Suite 807
                Washington, DC 20036-4716
                (202) 496-0400

                Attorneys for Plaintiff


                ROBERT J. SPAGNOLETTI
                Attorney General for the District of
                Columbia
                GEORGE C. VALENTINE
                Deputy Attorney General,
                Civil Litigation Division

                HOLLY M. JOHNSON
                   (Bar No. 476331)
                Chief, General Litigation Section III


                     /s/
                CARL J. SCHIFFERLE
                   (Bar No. 463491)
                Assistant Attorney General
                Suite 600S
                441 Fourth Street, N.W.
                Washington, DC 20001
                (202) 724-6624
                (202) 727-3625 (fax)

April 14, 2006            Attorneys for Defendant

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

JOSEPH V. ELAM,                        )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )Civil Action No. 05-1557(JBD)
                                       )
BOARD OF TRUSTEES OF THE UNIVERSITY    )
OF THE DISTRICT OF COLUMBIA,           )
                                       )
        Defendant.                     )
_____)
```

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION
TO EXTEND DISCOVERY

1. Fed. R. Civ. P. 6(b).
2. Fed. R. Civ. P. 16(b).
3. The inherent powers of this Court.
4. The reasons stated in the Joint Motion to Extend Discovery.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
VALENCIA R. RAINEY
    (Admitted in D.C.)
GEPHARDT & ASSOCIATES, LP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400

Attorneys for Plaintiff

2

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia
GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

HOLLY M. JOHNSON
   (Bar No. 476331)
Chief, General Litigation Section III


   /s/
CARL J. SCHIFFERLE
   (Bar No. 463491)
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
(202) 724-6624
(202) 727-3625 (fax)

April 14, 2006               Attorneys for Defendant

3