UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) |
|       Defendant. | ) |

THIRD JOINT MOTION FOR AN EXTENSION OF
TIME IN WHICH TO COMPLETE DISCOVERY

The parties, through counsel and pursuant to Fed. R. Civ. P 6(b) and 16(b), respectfully move this Court for an Order extending the time to complete discovery for an additional forty-five (45) days, through and including July 24, 2006. In support of this motion, the parties state as follows:

1. Discovery in this employment discrimination case is scheduled to conclude on June 7, 2006.

2. The parties require more time to complete depositions. Upon plaintiff's request and as necessary preparation for depositions, defendant provided on May 3, 2006, copies of documents previously inspected. Plaintiff has taken three depositions so far. Plaintiff has not been able to proceed with six other depositions, however, which are in the process of being rescheduled. The parties have set aside June 12 through June 16 and June 27 through June 28 for these remaining depositions. Scheduling witnesses for deposition has proven problematic, though, due to scheduling conflicts and because some witnesses associated with the defendant's University are away from the University during the summer months.

3. In addition, defendant has required additional time to prepare for plaintiff's deposition. Up through and including June 1, 2006, plaintiff has provided supplemental discovery responses and documents. Plaintiff's medical records, however, are one category of documents that still have not been produced to defendant, although plaintiff is making diligent efforts to produce these records in approximately a week. Once this written discovery is completed, undersigned counsel can promptly prepare for plaintiff's deposition.

4. This Court has previously granted the parties' two previous requests for an extension of thirty days and forty-five days, respectively.

5. The parties request that the Court also reschedule the June 12, 2006, status hearing to a date convenient to the Court.

6. The parties propose the following deadlines for dispositive motions. Dispositive motions shall be due on September 6, 2006, with oppositions due on October 6, 2006. Any replies shall be due on October 20, 2006.

WHEREFORE, the parties respectfully submit that the Court should grant their motion and issue an order extending the discovery deadline to July 24, 2006. A proposed Order accompanies this Motion.

Respectfully submitted,

/s/
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
VALENCIA R. RAINEY
    (Admitted in D.C.)
GEPHARDT & ASSOCIATES, LP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*

2

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON  (Bar No. 476331)
        Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE  (Bar No. 463491)
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, DC 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov
        *Attorneys for Defendant*

June 7, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THIRD JOINT MOTION TO EXTEND DISCOVERY

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 16(b).

3. The inherent powers of this Court.

4. The reasons stated in the Third Joint Motion to Extend Discovery.

Respectfully submitted,

/s/
JOSEPH D. GEBHARDT
   (D.C. Bar No. 113894)
VALENCIA R. RAINEY
   (Admitted in D.C.)
GEPHARDT & ASSOCIATES, LP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON  (Bar No. 476331)
        Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE  (Bar No. 463491)
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, DC 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov
        *Attorneys for Defendant*

June 7, 2006