UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1557(JBD) ) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) ) ) ) |
| Defendant. | ) ) ) |

ORDER

Upon consideration of the third joint motion to extend discovery, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED, that the third joint motion to extend discovery is hereby GRANTED; and it is,

FURTHER ORDERED, that discovery shall close July 24, 2006; and it is,

FURTHER ORDERED, that dispositive motions shall be due on September 6, 2006, with oppositions due on October 6, 2006. Any replies shall be due on October 20, 2006.

FURTHER ORDERED, that the status conference of June 12, 2006, is VACATED; and it is,

FURTHER ORDERED, that a status conference shall be held on _____ _____.

_____
JOHN D. BATES
United States District Judge