UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE AN AMENDED ANSWER
TO THE COMPLAINT</u>

Defendant Board of Trustees of the University of the District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 15(a), respectfully moves this Court for leave to file the lodged amended answer to the complaint. Plaintiff's counsel also requests the relief requested herein. In support of this motion, defendant states as follows:

1.  Defendant has located additional records, since the filing of its answer in this case, that permit defendant to respond more specifically to some of the factual allegations in plaintiff's complaint.

2.  Plaintiff also requests that defendant file this amended answer and believes that the amendment will permit narrowing of factual disputes.

3.  The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, defendant respectfully requests that the Court grant leave to file the attached amended answer to plaintiff's complaint.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON [476331]
        Chief, General Litigation Section III

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  carl.schifferle@dc.gov

## LOCAL RULE 7(m) CERTIFICATE

Counsel for the plaintiff requests the relief requested herein.

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO THE COMPLAINT

1. Fed. R. Civ. P. 15(a).

2. The inherent powers of this Court.

3. The reasons stated in Defendant's Consent Motion for Leave to File an Amended Answer to the Complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
