UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557(JBD) |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF THE DISTRICT OF ) | |
| COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of defendant's consent motion for leave to file an amended answer to the complaint, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED, that the defendant's consent motion for leave to file an amended answer to the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the lodged amended answer to the complaint is hereby deemed filed.

_____
JOHN D. BATES
United States District Judge