UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) |
|       Defendant. | ) |

FOURTH JOINT MOTION FOR AN EXTENSION OF
TIME IN WHICH TO COMPLETE DISCOVERY

The parties, through counsel and pursuant to Fed. R. Civ. P 6(b) and 16(b), respectfully move this Court for an Order extending the time to complete discovery for an additional sixty (60) days, through and including September 22, 2006. In support of this motion, the parties state as follows:

1) Discovery in this employment discrimination case is scheduled to conclude on July 24, 2006.

2) The parties require more time to complete depositions. Plaintiff has taken six depositions so far. Due to scheduling conflicts, Plaintiff has not been able to proceed with two other depositions. One of these depositions has been scheduled to take place the third week of August. Another witness associated with the defendant had to schedule unexpected surgery, and her availability for deposition is currently unknown. Counsel for Defendant is obtaining further information on scheduling this witness.

3) The parties also require additional time to exchange discovery materials. Plaintiff is awaiting an article referenced in Dr. Shiela Harmon Martin's application for promotion.

1

Counsel for Defendant is working with Dr. Harmon Martin to obtain this document. Further, Defendant is awaiting receipt of Plaintiff's medical records in order to schedule plantiff's deposition.

4) This Court has previously granted the parties' three previous requests for an extension of thirty days, forty-five days and forty-five days respectively.

5) The parties request that the Court also reschedule the July 26, 2006, status hearing to September 26, 2006 or a date convenient to the Court and the parties.

6) The parties propose the following deadlines for dispositive motions. Dispositive motions shall be due on November 20, 2006, with oppositions due on December 20, 2006. Any replies shall be due on January 3, 2007.

WHEREFORE, the parties respectfully submit that the Court should grant their motion and issue an order extending the discovery deadline to September 22, 2006. A proposed Order accompanies this Motion.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
VALENCIA R. RAINEY
    (D.C. Bar No. 435254)
GEPHARDT & ASSOCIATES, LP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON  (Bar No. 476331)
        Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE  (Bar No. 463491)
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, DC 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov
        *Attorneys for Defendant*

July 21, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOURTH JOINT MOTION TO EXTEND DISCOVERY

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 16(b).

3. The inherent powers of this Court.

4. The reasons stated in the Fourth Joint Motion to Extend Discovery.

Respectfully submitted,

/s/
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
VALENCIA R. RAINEY
    (D.C. Bar No. 435254)
GEPHARDT & ASSOCIATES, LP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

1

        GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON  (Bar No. 476331)
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE  (Bar No. 463491)
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
*Attorneys for Defendant*

July 21, 2006