UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01557(JDB) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

UPON CONSIDERATION OF the parties' Fourth Joint Motion for an Extension of Time in Which to Complete Discovery, and the full record, it is hereby on this ____ day of July, 2006,

**ORDERED:**

1. That the Joint Motion is GRANTED; and further

2. That discovery will close on September 22, 2006.

3. That the status conference of July 24, 2006, is continued until _____.

4. That dispositive motions are due November 20, 2006, and replies on January 3, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE