UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

FIFTH JOINT MOTION FOR AN EXTENSION OF
TIME IN WHICH TO COMPLETE DISCOVERY

The parties, through counsel and pursuant to Fed. R. Civ. P 6(b) and 16(b), respectfully move this Court for an Order extending the time to complete discovery for an additional seventy-five (75) days, through and including December 8, 2006. In support of this motion, the parties state as follows:

1. Discovery in this employment discrimination case is scheduled to conclude on September 22, 2006.

2. The parties have completed all but two depositions, which the parties had also hoped to complete prior to the current close of discovery. Unfortunately, however, the two remaining deponents – the plaintiff and Dr. Reuben Cooke, Provost of the University of the District of Columbia – both underwent unexpected surgeries recently, and as a result additional time is required to take their depositions. Additionally, defendant is awaiting receipt of requested medical records from the plaintiff in order to adequately prepare for plaintiff's deposition. The parties also require further time for discovery due to defense counsel's busy schedule in October and early November, which includes two trials and a period of scheduled

leave.  For all these reasons, the two remaining depositions cannot likely be completed until late November, at the earliest.

4. This Court has previously granted the parties' four other previous requests for extensions of discovery, each ranging from thirty to sixty days.

5. The parties request that the Court also reschedule the September 25, 2006, status hearing to a date convenient to the Court and to the parties.

6. The parties propose the following deadlines for dispositive motions.  Dispositive motions shall be due on January 8, 2007, with oppositions due on February 8, 2007.  Any replies shall be due on February 23, 2007.

WHEREFORE, the parties respectfully submit that the Court should grant their motion and issue an order extending the discovery deadline to December 8, 2006.  A proposed Order accompanies this Motion.

Respectfully submitted,

  /s/
JOSEPH D. GEBHARDT
     (D.C. Bar No. 113894)
VALENCIA R. RAINEY
     (D.C. Bar No. 435524)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

        /s/ Kimberly Matthews Johnson /s/
        KIMBERLY MATTHEWS JOHNSON [435163]
        Chief, General Litigation Section I


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE  [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, DC 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov
        *Attorneys for Defendant*

September 21, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FIFTH JOINT MOTION TO EXTEND DISCOVERY

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 16(b).

3. The inherent powers of this Court.

4. The reasons stated in the Fifth Joint Motion to Extend Discovery.

Respectfully submitted,

   /s/
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
VALENCIA R. RAINEY
    (D.C. Bar No. 435524)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Kimberly Matthews Johnson /s/
        KIMBERLY MATTHEWS JOHNSON [435163]
        Chief, General Litigation Section I


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE  [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, DC 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email: carl.schifferle@dc.gov
        *Attorneys for Defendant*

September 21, 2006