UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) |
|     Defendant. | ) |

ORDER

Upon consideration of the fifth joint motion to extend discovery, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED, that the fifth joint motion to extend discovery is hereby GRANTED; and it is,

FURTHER ORDERED, that discovery shall close December 8, 2006; and it is,

FURTHER ORDERED, that dispositive motions shall be due on January 8, 2007, with oppositions due on February 8, 2007. Any replies shall be due on February 23, 2007.

FURTHER ORDERED, that the status conference of September 25, 2006, is VACATED; and it is,

FURTHER ORDERED, that a status conference shall be held on _____.

_____
JOHN D. BATES
United States District Judge