UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOSEPH V. ELAM,              )
                             )
        Plaintiff,           )
                             )
    v.                       )   Civil Action No. 05-01557(JDB)
                             )
BOARD OF TRUSTEES OF         )
THE UNIVERSITY OF THE        )
DISTRICT OF COLUMBIA,        )
                             )
        Defendant.           )
_____)
```

**JOINT MOTION FOR AN EXTENSION OF
TIME IN WHICH TO COMPLETE DISCOVERY**

The parties, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P 6(b) and 16(b), respectfully move this Court for an Order extending the time to complete discovery in this case by an additional sixty (60) days, through and including February 6, 2007.  In support of this motion, the parties state as follows:

    1.   Discovery in this case is scheduled to conclude on December 8, 2006.

    2.   The parties have conducted many depositions; however, two depositions remain.  They are the depositions of Plaintiff, Professor Joseph V. Elam and Dr. Reuben Cooke, Provost of the Defendant, University of the District of Columbia.  As stated in the previous Motions for Extension, both parties underwent

unexpected major surgery. In addition to their respective periods of recuperation and Plaintiff's physical therapy twice per week, Professor Elam continues to be in a great deal of pain and until very recently, was unable to adequately sit for a deposition. Despite this fact, the parties have recently attempted to schedule the remaining two depositions within the discovery deadline, but were unable to avoid conflicts with prior scheduled commitments.

    3. Although Professor Elam is now partially recovered from his surgery, he has recently learned the his mother, who resides in India, is very ill. Therefore, he is traveling to India this week and is not scheduled to return until January 10, 2007, the week classes are scheduled to resume at the University of the District of Columbia.

    4. Moreover, the parties unfortunately have a discovery dispute regarding access to plaintiff's medical records. In its written discovery requests, the defendant requested production of plaintiff's relevant medical records and an authorization for the release of such records. The parties have drafted and discussed in good faith a protective order in an attempt to satisfy both sides regarding this request for production. Plaintiff is prepared to produce the medical records upon

Defendant executing the requisite Protective Order. The plaintiff, however, believes that defendant does not have a right to subpoena plaintiff's medical records. The defendant believes that it is entitled to an authorization for the release of plaintiff's medical records so that it can subpoena relevant records directly from plaintiff's medical providers. Defendant requests that the Court address this discovery dispute at the status conference scheduled for December 11, 2006. Since defendant has not received any medical records bearing on plaintiff's damages claims, defendant has been requesting that it be provided such records with enough time to use them in the preparation and course of taking plaintiff's deposition.

    5.   The Court has previously granted the parties' five other previous requests for extensions of discovery, each ranging from thirty to sixty days.

    6.   The parties propose the following deadlines for dispositive motions. Dispositive motions shall be due on March 8, 2007, with Oppositions due on or before April 8, 2007. Any replies shall be due on April 22, 2007.

    WHEREFORE, for the above noted reasons, the parties respectfully submit that the Court should grant their Motion and issue an Order extending the discovery deadline to February 6, 2007. A proposed Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |

JOSEPH D. GEBHARDT          EUGENE A. ADAMS
(D.C. Bar No. 113894)       Interim Attorney General
                            for the
VALENCIA R. RAINEY          District of Columbia
(Admitted in D.C.)
GEPHARDT & ASSOCIATES, LLP
1101 17th Street, NW        GEORGE C. VALENTINE
Suite 807                   Deputy Attorney General,
Washington, DC 20036-4716   Civil Litigation Division
(202) 496-0400
Attorneys for Plaintiff
                            PHILLIP  A. Lattimore,
                            III,
                            (Bar No. 422968)
                            Chief,  General  Liti-
                            gation Section III


                            CARL J. SCHIFFERLE
                            (Bar No. 463491)
                            Assistant Attorney General
                            Suite 600S
                            441 Fourth Street, N.W.
                            Washington, DC 20001
                            (202) 724-6624
                            (202) 727-3625 (fax)

December 8, 2006            Attorneys for Defendant