UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) |
|     Defendant. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FIFTH JOINT MOTION TO EXTEND DISCOVERY

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 16(b).

3. The inherent powers of this Court.

4. The reasons stated in the Sixth Joint Motion to Extend Discovery.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
   (D.C. Bar No. 113894)
VALENCIA R. RAINEY
   (D.C. Bar No. 435524)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

PHILLIP A. LATTIMORE, III
Chief, General Litigation Section III
GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Kimberly Matthews Johnson /s/

KIMBERLY MATTHEWS JOHNSON [435163]
Chief, General Litigation Section I


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE  [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
*Attorneys for Defendant*

December 8, 2006