**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
JOSEPH V. ELAM,              )
                            )
        Plaintiff,          )
                            )
    v.                      )    Civil Action No. 05-01557(JDB)
                            )
BOARD OF TRUSTEES OF        )
THE UNIVERSITY OF THE       )
DISTRICT OF COLUMBIA,       )
                            )
        Defendant.          )
_____)
```

**ORDER**

UPON CONSIDERATION OF the parties' Joint Motion for an Extension of Time in Which to Complete Discovery, and the full record, it is hereby on this ____ day of December, 2006, **ORDERED**:

1.  That the Joint Motion is GRANTED; and further

2.  That discovery will close on February 6, 2007.

3.  Dispositive motions shall be due on March 8, 2007 with Oppositions due on or before April 8, 2007.  Any replies shall be due on or before April 22, 2007.

4.  A further status conference will be held on ____, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE