UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557(JDB) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR PROTECTIVE ORDER**

The parties, by and though undersigned counsel, hereby move this honorable Court to enter the attached Protective Order Limiting Disclosure and Use of Plaintiff's Medical Records pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. This Protective Order is necessary to protect Plaintiff's privacy while allowing Defendant access to medical records necessary to its defense. Plaintiff and Defendant agree that this Protective Order will facilitate the litigation and discovery process.

Respectfully submitted,

| | |
|---|---|
| ___/s/___<br>JOSEPH D. GEBHARDT<br>   (D.C. Bar No. 113894)<br><br>VALENCIA R. RAINEY<br>   (D.C. Bar No. 435254)<br>GEPHARDT & ASSOCIATES, LLP<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400<br>Attorneys for Plaintiff | ___/s/___<br>EUGENE A. ADAMS<br>Interim Attorney General<br>for the<br>District of Columbia<br><br>___/s/___<br>GEORGE C. VALENTINE<br>Deputy Attorney General,<br>Civil Litigation Division<br><br>___/s/___<br>PHILLIP A. LATTIMORE, III<br>   (D.C. Bar No. 422968)<br>Chief, General<br>Litigation Section III<br><br>___/s/___<br>CARL J. SCHIFFERLE<br>   (D.C. Bar No. 463491)<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, DC 20001<br>(202) 724-6624<br>(202) 727-3625 (fax) |
| December 14, 2006 | Attorneys for Defendant |