UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION
**FOR PROTECTIVE ORDER**

1. Fed. R. Civ. P. 26(c).

2. The inherent powers of this Court.

3. The reasons stated in the Joint Motion for Protective Order.

Respectfully submitted,

　　　　/s/
JOSEPH D. GEBHARDT
　　(D.C. Bar No. 113894)
VALENCIA R. RAINEY
　　(D.C. Bar No. 435524)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 807
Washington, DC 20036-4716
(202) 496-0400
*Attorneys for Plaintiff*


EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


Phillip A. Lattimore, III
Chief, General Litigation Section I


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE  [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
*Attorneys for Defendant*

December 14,  2006