UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 05-1557(JDB) |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| THE UNIVERSITY OF THE | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PROTECTIVE ORDER LIMITING DISCLOSURE
AND USE OF PLAINTIFF'S MEDICAL RECORDS**

Plaintiff and Defendant, by and through their undersigned counsel, agree to entry of this Protective Order in this case, which shall be effective upon Court approval and entry in the docket of the above-referenced case.  Plaintiff will provide Defendant with Plaintiff's medical records subject to Defendant's express agreement to abide by this Protective Order as of the date Defendant signs said Order, even though the Order may not yet be entered and approved by the Court.

    1.   In this case, Plaintiff alleges discrimination based on his race, national origin, and age, when he was not selected for a tenured position as a full professor.  As part of discovery in this action, Defendant has requested all medical records relevant to damages in this action.

2. The parties agree that all documents described in paragraph 1 shall be produced to Defendant's counsel, on condition that they may be received and utilized only in this case only by the following: (a) Defendant's counsel, including legal, clerical and other support staff, (b) University attorneys and legal staff working with Defendant's counsel and University attorneys on this case, (c) medical consultants and experts engaged by Defendant's counsel to work on this case, and (d) anyone employed to copy, image, index, sort, or otherwise manage the storage and retrieval of case materials; and (e) the Court and its employees, the triers of fact, and court reporters transcribing testimony herein and notarizing officers.

3. Further, Plaintiff's medical records are not to be shown or discussed with any persons not specified above. **If Defendant determines that there is a need to show or discuss Plaintiff's medical records with persons not specified above, Defendant's counsel will contact Plaintiff's counsel to request Plaintiff's consent. If Plaintiff objects to Defendant showing and/or discussing Plaintiff's medical records with the additional persons requested by Defendant, the parties will seek a decision from the Court and ask the Court to take such**

**measures as are warranted to preserve Plaintiff's privacy if disclosure is ordered. Any person not specified above to whom disclosure is made shall agree not to further disclose the information provided.**

    4.   Documents containing Plaintiff's medical information shall be filed under seal.

    5.   Nothing in this Order shall be construed as limiting the right of either party to introduce documents described in paragraph 1 into evidence at trial, subject to the Rules of Evidence and such privacy protections as the presiding Judge may deem appropriate.

    6.   Nothing in this Order shall prohibit the defendant from obtaining relevant medical records through plaintiff's authorized release or through subpoena.

    7.   All documents provided pursuant to this Protective Order shall be returned to Plaintiff's counsel within 90 days of the conclusion of all litigation in this case.

                       Respectfully submitted,

| | |
|---|---|
|     /s/<br>JOSEPH D. GEBHARDT<br>(D.C. Bar No. 113894) | <br>EUGENE A. ADAMS<br>Interim Attorney General<br>for the District of |

| | |
|---|---|
| VALENCIA R. RAINEY<br>(Admitted in D.C.)<br>GEPHARDT & ASSOCIATES, LLP<br>1101 17th Street, NW<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400<br>Attorneys for Plaintiff | Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General,<br>Civil Litigation Division<br><br>PHILLIP A. LATTIMORE, III<br>(Bar No. 422968)<br>Chief, General Litigation Section III<br><br>_____/s/_____<br>CARL J. SCHIFFERLE<br>(Bar No. 463491)<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, DC 20001<br>(202) 724-6624<br>(202) 727-3625 (fax) |
| December 14, 2006 | Attorneys for Defendant |

**SO ORDERED THIS ___ DAY OF DECEMBER 2006:**

_____
JOHN D. BATES                    Date
U.S. DISTRICT JUDGE

4