UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH v. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1557 (JDB) |
| v. ) | |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF THE DISTRICT OF ) | |
| COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to the Status Conference held on this date, it is hereby **ORDERED** that the scheduling order previously entered in this matter is modified as follows:

Dispositive motion shall be filed by not later than April 9, 2007, with oppositions to such motions due by not later than May 9, 2007, and replies, if any, due by not later than May 23, 2007;

Based upon the agreement of the parties, this case is hereby **REFERRED to MEDIATION** to commence on February 20, 2007 and to conclude on April 23, 2007.  In accordance with L. Civ. R. 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and

assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part.

**SO ORDERED**.

                                                    /s/     John D. Bates
                                                      John D. Bates
                                         United States District Judge

Dated:    February 15, 2007