UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JBD) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S NOTICE REGARDING DISPOSITIVE MOTION SCHEDULE

At the status hearing on February 15, 2007, this Court extended the dispositive motion schedule in this case by thirty (30) days, based on undersigned counsel's need for additional time due to a trial scheduled March 8, 2007.  Subsequent to the status hearing, undersigned counsel's trial was continued from March 8, 2007, until May 1, 2007.  In light of the continuance, undersigned counsel feels obligated to inform the Court that the primary basis for the requested extension of the dispositive motion schedule is no longer applicable.  Accordingly, undersigned counsel would be willing to reduce the extension of time from thirty (30) to ten (10) days, as plaintiff's counsel had suggested at the status.  If the Court therefore prefers, undersigned counsel would consent to a motions deadline of March 19, 2007; an opposition deadline of April 18, 2007; and a reply deadline of May 2, 2007.  Undersigned counsel attempted to contact plaintiff's counsel in this regard, but was told she had left the office for the day.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov