SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA, MARYLAND
CIVIL DIVISION

JOSEPH V. ELAM

     Plaintiff,

v.

BOARD OF TRUSTEES OF
THE UNIVERSITY OF THE
DISTRICT OF COLUMBIA

     Defendant.

Civil Action
05-1556 (JBD)

Monday, February 5, 2007

DEPOSITION OF:

JOSEPH V. ELAM

called for examination by the Defendant,
pursuant to notice of deposition, in the law
offices of the Attorney General for the
District of Columbia, DC OAG, 441 4th Street
N.W., Suite 600 South, Washington, D.C.
20001, when were present on behalf of the
respective parties:

ORIGINAL



DEFENDANT'S
EXHIBIT
tabbies
A

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

1    Because I am writing and publishing

2    profusely at that time.

3        Q    Okay.  Did you ever enter a Ph.D

4    program in journalism?

5        A    No.

6        Q    Now you also taught or were an

7    adjunct professor in the Lorton Prison

8    College Program?

9        A    Yes.  Yes.  I was one of the

10   pioneer teachers going in the Lorton Prison

11   College teaching lifers in the maximum

12   security, and I taught there from --

13   starting from the beginning of the program -

14   - that was 1994 -- '92 -- '94, yes.

15       Q    Was this program associated with

16   the University --

17       A    Yes.  It was --

18       Q    Again, Professor, if you just let

19   me finish my question.

20       A    Okay.

21       Q    This program, the Lorton Prison

22   College Program, was associated with the

1    held as a professor?

2        A    Well, I had a proposal at Federal

3    City College.  It started in 1976 when the

4    University was established.  That is when I

5    became assistant professor of journalism.

6        Q    Right.  Any other that we haven't

7    talked about?

8        A    No.

9        Q    You are the Journalism program

10   coordinator at the University?

11       A    Yes, Journalism program

12   coordinator.  This year they change the

13   coordinator to guide or something like that,

14   journalism -- program director.

15       Q    Okay.

16       A    Yes.

17       Q    That's your -- is that an

18   official title?

19       A    It is the title that -- because

20   since we are a conglomerate of six programs,

21   so each program is coordinated by a

22   director.

1          Q      And when did you start as the

2     Journalism program coordinator?

3          A      I started from 1978 onwards up to

4     this point.

5          Q      When you started in '78, were you

6     the only journalism professor?

7          A      In '78, we had two professors and

8     -- in the program, we had two others from

9     over at the TV, so it was a TV program with

10    this we started first.  Then I started as

11    the first journalism professor.  I wrote all

12    the programs and needs and syllabi that --

13    from the beginning.  Yes.

14         Q      As Journalism program

15    coordinator, are you responsible for the

16    journalism curriculum and updating

17    journalism courses?

18         A      Of course, yes.

19         Q      Okay.  Do you have any role,

20    again, as a Journalism program coordinator,

21    in supervising faculty?

22         A      Not supervising faculty but the

1    adjuncts that we recruited, the adjunct

2    professors always, in journalism, came

3    through me.  I had to guide them.

4         Q    Okay.  And when you say the

5    adjunct professors came through you, does

6    that mean that you would --

7         A    Yes.  I had to recommend.

8         Q    -- right -- if you let me finish

9    -- does that mean you would recommend them

10   or select them?

11        A    Mostly it is selecting that.  In

12   fact, I had to suggest the names because

13   there were quite a few coming for --

14   applying, and I selected only with real

15   working journalism experience.

16        Q    Let me start with right now.  Who

17   are the other journalism faculty at the

18   University?

19        A    Right now there is Olive Vassell.

20   She's a British citizen, and she is related

21   to the Washington Afro American newspapers.

22             THE REPORTER:  I'm sorry.  I

1    didn't get that.

2              THE WITNESS:  Washington Afro

3    American Newspaper.  That is the oldest

4    Black newspaper subwide.

5    BY MS. SCHIFFERLY:

6         Q    When did she join the faculty?

7         A    She joined as adjunct 11 years

8    ago, and then she was hired last year as

9    full time.

10         Q    Okay.  And when she was hired as

11    an adjunct 11 years ago, that was at your

12    recommendation?

13         A    Yes.

14         Q    Are there other journalism

15    faculty?

16         A    No.  UDC had one in the

17    department in 1982.  Her name was Daphne

18    Northington.  She took -- Daphne Northington

19    --

20         Q    Can you spell that?

21         A    N-O-R-T-H-I-N-G-T-O-N.  She was

22    from Jamaica and she went to Jamaica --

1    government of Jamaica for a sabbatical to do

2    some PR work.  But then she resigned in

3    1982.  She never came back after that.

4         Q    Okay.  Any other journalism

5    faculty since 1982?

6         A    No.

7         Q    But there have been adjunct?

8         A    There have been adjuncts, but all

9    of the core courses that I had to prepare

10   that is thrust upon me.  The Dean's office,

11   the Vice President for Academic Affairs and

12   the Provost, they took the slots and then

13   they were appointed full-time faculty.  It

14   was thrust upon my shoulders, the whole

15   Journalism program and the teaching,

16   including public relations and advertising.

17   Because they didn't have anybody to teach

18   that and they wouldn't hire anybody.

19        Q    Has Professor Vassell been either

20   an adjunct professor or a professor since 11

21   years ago continuously?

22        A    Yes, adjunct term -- because we

1          A     Sure.

2          Q     -- journalism?

3          A     Yes.

4          Q     Okay.  Let me ask you about the

5     journalism lab at the University of the

6     District of Columbia.  Maybe we worked

7     backwards, because you -- where is the

8     journalism lab now?

9          A     Now it is the sixth time it is

10    moved to a much bigger space, and it is --

11    we can call it a lab now.

12         Q     Where physically is it located?

13         A     Physically, it is in Building 42,

14    Basement, B level and we have ample space.

15         Q     How long has it been there?

16         A     Actually, we opened it this

17    semester, this semester.

18         Q     The fall of 2006?

19         A     Yes, fall -- no, fall -- the

20    spring 2007 because it was put together

21    during the summer.

22         Q     And you're pleased with the new

1    lab space?

2        A    I am pleased with it but I have

3    no class assigned to that --

4        Q    How did it come to move to its

5    new location?

6        A    The new location because my

7    constant complaints, and I have been

8    buffeted(sic) because we couldn't -- really

9    didn't have a journalism lab in its true

10   sense -- antiquated computers, given like

11   hand me down computers from Supreme Court,

12   from Housing and Urban Development.  Those

13   were the computers that we were using.  As

14   of 2004, Belanger, who is also -- runs a big

15   lab for the graphic arts.  He came as the

16   Interim Chair and he listened to me and he

17   started upgrading it.  But --

18       Q    How so?

19       A    What?

20       Q    How did he start upgrading it?

21       A    Because he has a full lab with

22   new computers, and he's the pioneer in that

1    field.  And he's now with our department,

2    because we integrated graphic arts two years

3    -- 2004 -- 2003, 2004.  So when he came and

4    he became the Interim Chairman, he listened

5    to the cry in the wilderness and started

6    making it a working lab.  And for the first

7    time, we have, in almost 30 years, we got

8    internet connection as of this semester.

9         Q    The journalism lab never had an

10   internet connection for 2006-2007?

11        A    No.  No.  Not even a fax machine.

12        Q    Nor a fax machine ever?

13        A    No.  Now we have one fax machine,

14   phones on every computer.  We have about 16

15   workstations right now.  It looks like a lab

16   but we have a big TV -- wide screen TV in

17   there.  So it is looking like a lab.

18        Q    Where had the lab been previously

19   before its recent move?

20        A    First, the journalism lab was in

21   Building -- in the downtown -- 9th and G

22   Streets we had a building at 9th and G

1      Street Northwest, and it was on the third

2      floor of that building.

3           Q     And when was that.

4           A     We moved -- that was from 1978 to

5      1989.

6           Q     And then what happened in '89?

7           A     We were all moved to Van Ness

8      campus.

9           Q     The entire building?

10          A     The entire building and the

11     building was finally sold.

12          Q     Okay.  And where on Van Ness

13     campus was the lab located?

14          A     The lab was put in Building 39, C

15     level.

16          Q     What did you think about that

17     location?

18          A     That location was good but our

19     journalism lab wasn't -- we could not

20     accommodate any of the stuff that we moved

21     because it is so squeezed in the little

22     space, and my office was embedded in it.

1    That means I didn't have any office in the

2    journalism lab.

3         Q    Okay.  I'm sorry.  Did you say it

4    was a good location but a small space?

5         A    Small space, just three rooms

6    actually.  One room was half of this size

7    and another one was -- yes, there was -- one

8    room was half of this size, and one room was

9    three-fourth of this size, and my office was

10   in it with 22 -- 25 students at the time.

11        Q    How long was the journalism lab

12   in Building 39, C level?

13        A    Okay.  Because I wrote letters to

14   the chair at that time who was Emilia Gray,

15   Professor Emilia Gray in the Theater

16   Department, and I wrote that the journalism

17   professor and the students are just like

18   Argosy in the Mediterranean that almost just

19   drifting without any direction, any space to

20   move around.  Then they expanded.  They gave

21   me an additional large space.

22        Q    When was that?

1        A      That was in 1992, '93.

2        Q      And this was at Chair Gray's

3    direction?

4        A      Emilia Gray's, yes.  She was --

5    she granted that space, '92 I think, yes.

6    And that was a former art lab, the lab for

7    the Art Department.  They moved to better

8    facility and they give me this.  So I had to

9    spend $90.00 from my pockets to get it

10   painted.  It wasn't even expended.  I --

11   myself and the student stayed two, three

12   days to paint it and that was habitable the

13   way that we made it, but it was loaded with

14   these hand-me-down computers and others and

15   they stocked them.  But there was no

16   appropriate computers for the students,

17   whether they came with their own laptops.  I

18   came with some of the other computers we

19   wrangled from the Accounting Department and

20   so on.  But that space --

21       Q      You made it work?

22       A      Made it work, of course.  My

1    experience with the Black newspapers

2    prepared me for that.  We worked with what

3    we had.

4         Q    And then what happened next in

5    terms of the lab space?

6         A    Then the Physics Department, a

7    crony of the Dean, or that is only way I can

8    say that, that he wanted that space and I

9    was evicted.

10        Q    When?

11        A    That I don't recall.  That is

12   '95, '96 it could be.  Yes, around that

13   time, '95.

14             THE REPORTER:  You said Carl

15   Levine Karaktas (phonetic)?

16             THE WITNESS:  What is it?

17             THE REPORTER:  You said two

18   different people I think.  Is there two

19   people?

20             THE WITNESS:  No, the -- I said

21   evicted from that space.

22             THE REPORTER:  Evicted?

1          A       Evicted, e-v-i-c-t-e-d, from that

2     space because the person, the professor who

3     was heading the Physics Department, had more

4     influence on the Dean and the Vice President

5     and he took the space despite my protest.

6     BY MS. SCHIFFERLY:

7          Q       Who was that?

8          A       I don't recall his name, but he's

9     from the Physics Department.  And now -- and

10    after a year, he moved to a better space,

11    that he abandoned it.  Now it is a storage

12    space at the University.  Then we were moved

13    to Building 42, A level, which was a fairly

14    ventilated room, very -- fairly good space.

15    And again, my office was embedded in it for

16    -- there was no other office space for me,

17    so I lived with the students at -- they had

18    a -- they could -- this was an open space

19    for the office so they could use all my

20    books and everything.  But that space was

21    wired with -- for two years when we were

22    there, that space was wired for 16, 18

1    stations -- work stations with internet

2    connections.  That is what the plan.  Then

3    all of a sudden, the wiring was completed,

4    and I was asked to move because Clarence

5    Pierson, head of the Architecture Program

6    moved from Building 1 which is the Carnegie

7    Library, which is -- the DC government took

8    that building back from UDC and made it as a

9    exhibit center for providing the archives of

10   Mayor Washington and the administrators of

11   the city at one time.  So then he came

12   there, because he was a golf buddy with the

13   President and I had no choice.  I had no --

14   my words were not at all effective because I

15   had no choice.  The Department Chair said

16   there is no way, that Joe, you're to move

17   because the Vice President and the Dean and

18   everybody's leaning towards that.  It was

19   Beverly Anderson.  Dr. Beverly Anderson who

20   was the Vice President for Academic Affairs

21   at that time took the lead in moving the

22   journalism lab to a small space.  And

1    wiring that they call -- special type wiring

2    that -- optical fiber -- they were using

3    that all the building, but they never

4    introduced the internet connections to the

5    lab.  But it was prepared, wired for it.

6    The only thing they didn't pay for the

7    internet connections.  They didn't want it.

8         Q    Did they not pay for it for that

9    lab or for the building as a whole?

10        A    That I don't know.  I don't know

11   exactly.

12        Q    Okay.  And then did there come a

13   time you moved from that Room A13?

14        A    Yes.

15        Q    And when happened then?

16        A    To a larger room in the same

17   location, in Room 14 which was much larger

18   space, yes, with ample light.

19        Q    Was that at your request this

20   move?

21        A    I think that probably they

22   listened to my complaints, constant

1    complaints about these things.  So that was

2    a larger room.  We could function there --

3    function.  The students were settled and the

4    newspaper, Free Voice, which was privilege -

5    - it was under my direction -- I am one of

6    the founders of that paper -- so we were

7    comfortable in that ample light.

8         Q    When did you move to that larger

9    room, A14?

10        A    I would say that it was maybe

11   2000.

12        Q    Okay.  You didn't object to that

13   move?

14        A    No.  No, because it was much

15   comfortable, a nice open space.  The

16   childrens (sic) were happy about it because

17   there was -- before that, students were

18   complaining about sneezing and the stifling

19   atmosphere, so locked in, almost like

20   landlocked.  Everywhere -- there is no --

21   only two doors, no windows.

22        Q    Did the journalism lab get new

1        A      -- he probably -- I didn't know

2    that I am going to make a judgment on it so

3    that he disapproved.  He probably

4    disapproved but he didn't say.  What he says

5    was that he has no power to do that.  He had

6    to go with the -- where the directives are

7    coming from.

8        Q     Okay.  What I'm wondering is if

9    he also said that he thought the move was a

10   good idea?  This is in 2004.

11       A     The only way that he could have

12   thought, because his graphic labs was next

13   to it.  It's a huge lab with modern -- all

14   brand new machines, computers, and he and

15   Peter Interdonato, his assistant in the

16   Graphics Department -- he's adept at setting

17   up machines and everything -- so they have

18   modernized that lab.  So thought it is

19   adjunct to that main lab, this was a

20   convenience for the students to use the

21   other lab.

22       Q     Okay.

1          A     Oh, sure.  Kids are happy.

2    Unfortunately, none of my class are

3    scheduled there.

4          Q     Okay.  And what is the room

5    number again?  Did you say --

6          A     B as in boy, 10.

7          Q     Ten.

8          A     Yes.

9          Q     And how did that move come about

10    to B10?

11          A     Because of -- I think because of

12    my constant complaints about it, my refusal

13    to go and teach in that room.  That prompted

14    Belanger, before he stepped down -- he

15    submitted his resignation as of May -- but

16    he's still here -- and Professor Interdonato

17    -- they are very close friends -- they're --

18    they worked on it this last summer and made

19    it habitable.  It was a very garish place

20    but they painted it and it looks neat.

21          Q     Who had to approve that move

22    beyond Professor Belanger?

1        A      I think the Dean's office and the

2    Building -- the Buildings and Grounds

3    supervisor did.

4        Q      So Dean Petty approved the move?

5        A      Yes.  Everything has to be

6    approved by Dean Petty and then sometimes it

7    goes to the Vice President.

8        Q      You were faculty editor to the

9    Free Voice from 1978 until 2001?

10        A      Yes.

11        Q      And then you left as editor in

12    2001?

13        A      Yes.

14        Q      Why was that?

15        A      That was led by a concomitant of

16    circumstances.  For instance, it all came

17    from Dean Beverly Anderson and Vice

18    President Beverly Anderson who was extremely

19    hostile to me.

20        Q      Dean Anderson asked you to leave?

21        A      No.  She didn't ask me to leave

22    but this is the way that it came.  First, in

1    1997, she forced -- changed the grade of one

2    of my journalism students from a F to C.

3        Q    What's -- but that -- we'll start

4    with that.

5        A    Yes.

6        Q    What was the name of the student?

7        A    The name of the student is

8    Tamania Davis and she's a good student --

9    she's a good friend of mine.  She's working

10   as a professional now.  She was the editor

11   of the Free Voice at that time, 1996-97, and

12   she accepted the position as the editor.

13   And then in the middle of the semester, she

14   disappeared without telling me and said I am

15   resigning.  So I said that is abdicating the

16   responsibility.  Once you accepted the job,

17   you're to stay with it because that is the

18   condition.  But if you're weighted -- if you

19   need some assistance, we'll provide it, but

20   abdication of responsibilities not a good

21   thing for a journalist, especially for an

22   editor.  But anyway, she left and I flunked

1    her in the course giving her an F.  But --

2    that was in the fall semester.  In the

3    second semester, that spring semester, the

4    lab continued because they had the

5    responsibility to publish the paper, the

6    Free Voice.  The same students were in the

7    second lab, but they were all complaining

8    about Tamania Davis' operations and thought

9    a irresponsible way of getting out, leaving

10   and dumping everything at their shoulders.

11   So they were complaining and they were

12   complaining to the Department Chair.  So I

13   had to flunk her.  There was no choice.  She

14   didn't produce anything.  But the following

15   semester, she wanted to graduate and she

16   went to the Dean straight saying that Elam

17   flunked and that he's not -- was not fair

18   and things like that.  So --

19        Q    Who was the Dean?

20        A    The Dean was Beverly Anderson at

21   that time.

22        Q    Okay.  Go ahead.

1        A       And then my Department Chair

2    called me and said, Joe, there is -- one of

3    your favorite students is complaining --

4    because she was very much inspired by me,

5    she was following my footsteps at one time -

6    - so she said that you failed her.  She is

7    complaining against you.  So I said, Tamania

8    Davis?  I explained why I flunked her --

9    because she has to learn that experience

10    that -- because she was abdicating her

11    responsibility.  When you deal with

12    deadline-oriented publications, you don't do

13    that.

14              So Department Chair, Yvonne

15    Carter, said, okay, you -- let us have a

16    meeting with her.  I said I will agree.

17    Before that meeting took place, Beverly

18    Anderson called me for a one-on-one meeting,

19    and the way it was, in her office of the

20    Dean.  And she berated me without any --

21    without asking the why I failed the student.

22    And her idea was that I am -- you -- all

1    students are here to take a different,

2    lenient towards your student -- all

3    students, they come from different

4    background.  I said I know better than that

5    because I worked in the community for 30

6    years with the Black newspapers and the

7    Black community reporting on the Black

8    affairs.  And she said, but Tamania Davis,

9    that she's a bright student.  She has got

10   good grades in others.  I said, maybe but in

11   my class, she didn't perform.  And she was

12   completely irresponsible in the class, that

13   -- so that is why I failed her.  Then she

14   said, well, Mr. Elam, but she has to work,

15   she has only this last semester of courses,

16   that she has to graduate in the -- in the --

17   May commencement, so will you reconsider?

18            I said, I don't want to

19   reconsider because the way she left

20   offending the rest of the class.  I said,

21   I'll think about it.  And then the next

22   thing that she said, Professor Elam, that I

1    have to start an investigation on your

2    teaching methods and how your interaction

3    with the students in the campus.  That was a

4    serious problem, because I understood its

5    significance, what the impact of it, because

6    I was on such a investigative committee, one

7    white professor who has been attacked by

8    students in the geography section.  And I

9    was one of the five members on that

10   committee and how he was humiliated.  Okay?

11   So I took back and I said, okay, I'll think

12   about it and I left, went to the Department

13   Chair, Yvonne Carter, and got the student.

14   The three of us sat down and I said, do one

15   thing, you -- I asked did you do any

16   responsible thing by abdicating the

17   responsibility without letting us know,

18   consulting me and the students who are

19   working with.

20         So she said, yes, I did it.  I am

21   sorry.  I said, that I is not enough, don't

22   say sorry to me, write an apology to the

1    whole class now taking the paper.  So she

2    agreed.  She wrote and I changed her grade

3    from F to C.  But that is still haunting me.

4        Q    Okay.  But you changed the grade

5    after she wrote the apology letter?

6        A    Yes, yes.

7        Q    And you suggested to her that she

8    write an apology letter?

9        A    Sure.  I suggested it because she

10   was a bright student and I saw potential

11   future in her so that I -- because that

12   apology would pacify the rest of the

13   students who worked with her.  I had no

14   malice.

15       Q    The rest of the students accepted

16   her apology?

17       A    Yes.

18       Q    Did you take any notes of your

19   meeting with Dean Anderson?

20       A    No.  No.  This was -- this was an

21   impromptu -- the meeting that she wouldn't

22   even ask me to sit down when I was in her

1    office.  I was standing.  But then I sat

2    down on my own volition.  And her attitude

3    was that here is a strange guy with a

4    strange name that with a -- is a strange

5    land coming and trying to teach me.  And she

6    -- she gloated about her 30 years of

7    experience in teaching.  But she didn't know

8    -- the way that I understood it was an

9    invasion of my academic freedom.  She was

10   basically -- she was literally trampling on

11   my right but -- and that is still haunting

12   me, that why should I submit.  As a

13   journalist, I --

14            THE REPORTER:  I'm sorry.  I

15   didn't get that.  You said she was

16   literally?

17            THE WITNESS:  Trampling,

18   trampling, stampeding my academic freedom.

19   In my true sense as a journalist, I wanted

20   to slap her at the time, but I controlled

21   myself.

22   BY MS. SCHIFFERLY:

1        Q     But you got upset?

2        A     Oh, of course.  It is still

3   haunting me that always that my conscious is

4   in why did you submit to that, to her

5   intimidations and berations, threatenings.

6   And I have no explanation.  I have to live

7   with it.

8        Q     Anything else you recall Dean

9   Anderson --

10       A     Yes.

11       Q     -- saying during that meeting

12   that was intimidating or berating?

13       A     That -- anytime when a University

14   administrator telling a faculty member I

15   have to investigate you, I want to

16   investigate your teaching methods and your

17   interactions with the students, in its face,

18   without getting a written notice, are

19   without the bases of complaints.  Maybe in

20   that whole University I am the only one who

21   hasn't got any complaints against me all

22   these years.  So she didn't -- that why it

1    was sufficient, that why it was -- because

2    based on my experience of the other

3    Professor, Martin, who was in he Geography

4    Department, and he had -- the complaint

5    against him was that that is one thing that

6    made me to think about it.  They complained

7    against that Martin, was the geography

8    teacher, was one of the students complained

9    he referred to a peninsula on the map as

10   penis.  Hence, that is the complaint.  So

11   it's like trivial things could become as

12   major complaints.  So I thought what this

13   children is going to say.  So I have no

14   choice but to surrender to the intimidations

15   of this Dean.

16        Q    Well, you were concerned about

17   what Tamania Davis would say in her

18   complaint against you if it were

19   investigated?

20        A    Her only complaint was I gave her

21   an F because she didn't produce anything but

22   said Elam is giving freedom to the rest of

1    the students to produce and he's not -- I am

2    not controlling them by any leashes.  That

3    is main complaint.  And I don't -- I give

4    unfettered freedom to my students in

5    thinking.

6        Q    Okay.  There was another occasion

7    where you have a complaint against Beverly

8    Anderson, and that involved a negative

9    article on Beverly Anderson --

10        A    Yes.  Yes.

11        Q    -- in the Free Voice?

12        A    Yes.  That was -- I don't recall

13    the date exactly.  It was Mayor Williams

14    became the Mayor, and he was coming for the

15    first congregation that we had.  He was

16    speaking that day.  And he came to the

17    auditorium and that is the first time that

18    all the faculty in the fall semester

19    converged for the first meetings.  So Mayor

20    Williams was supposed to speak.  He was

21    speaking to the group, all the faculty and

22    the students.  So before the meeting started

1    make the children to react to events, the

2    positive events.  If they reactive

3    positively, that they'll speak about it,

4    they can write about it, not the traditional

5    composition, not that affect, team and

6    everything -- look at the picture, write

7    about it, speak about it so they'll become

8    articulate or lose their fear to speak

9    before an audience.  So the Department Chair

10   approved and Dean Petty was very much

11   interested.  I put together a group of

12   students, trained them.  I wrote the manual

13   for it, how to teach.

14        Q    I'm sorry.  This is the Literacy

15   through Journalism?

16        A    Journalism.  Yes.  The reason was

17   when we got full title of all this project,

18   I realized nobody's going to attend it if it

19   is a Literacy through Journalism, so I got

20   together with my journalism majors and the

21   journalism club, which I founded in 1999 for

22   the University.  Those childrens (sic) came

1    and I said, okay, we ought to -- we have a

2    problem getting audience for this Literacy

3    through Journalism, so I asked them -- I

4    just -- and some of them said, no, we can

5    have the Living Legend Award put together so

6    tight with that.  So I immediately jumped to

7    that.

8              So we immediately went for

9    selecting the honorees and give the

10   guidelines that I provided.  They selected

11   four people.  One was former Mayor of

12   Washington, Mayor Walt Washington, the first

13   mayor, first appointed -- elected mayor.  So

14   he was selected.  He was an ardent supporter

15   of UDC.  Then the other one was Reverend

16   Walter Fauntroy who pleaded for and

17   introduced the legislation for Home Rule in

18   1973 and got it passed.  Then the editor --

19   publisher of the Washington Afro, Mrs.

20   Murphy, Frances Murphy, who was a journalism

21   professor at Howard University and

22   Wilhelmina Rolark, the Chairman of the

1    District Committee who served the children

2    of DC who are being railroaded in the prison

3    for truancy and loitering.  So she raised

4    the legislations and made the life of the

5    children of DC safe rather than railroading

6    them into prisons.  So we all agreed that we

7    would honor these four people.

8           We printed 2,000 invitations, big

9    flyers, everything and I raised $7,500.00

10   from four donors who I know.  One was Jack

11   Olender who was a trustee of UDC.  The other

12   one was one of my former students who put

13   together a magazine called African Americans

14   on Wheels he created in my class and now it

15   is 900,000 publication going into 300 Black

16   publications as an insert.  He gave me

17   another 15 hundred dollars.  The United

18   Black Fund gave me about $600.00.  And all

19   together, I raised $7,500.00 by writing to

20   four people.  So that money went into the

21   University fund so I can draw it.  It was in

22   the name for the Journalism program.

1          So we organized the publicity.

2     The event was well publicized.  All the

3     media -- the local -- the five daily Black

4     newspapers published it -- about this event,

5     the honorees and everything.  And two days

6     before the event, I went to President's

7     office -- at that time, President Julius

8     Nimmons was the President -- to get two

9     checks, one for the printer who printed the

10    2,000 invitations and one for the caterer.

11    When I said, the President's secretary said,

12    Mr. Elam, you cannot have the check.  I

13    said, why?  Because it is the money that I

14    raised and put in the account, I am the only

15    one to draw that account from and here is

16    the account register I billed for -- checked

17    for -- I gave the figure to write the

18    checks.  And she had all them, the checks.

19    The checks was ready, but she said, no, you

20    cannot pick up the check because you're to

21    see Vice President Beverly Anderson.  I knew

22    that the trouble is coming.

1          So she literally forced me into

2    her office.  So I said, Dr. Anderson, my car

3    is parked outside the street.  I am going to

4    the vendors to pick up the -- pick up the

5    check and give to the vendors for the

6    program on Wednesday.  She said, come to my

7    office, see you only five minutes.  And she

8    held me there almost more than 45 minutes

9    cross examining me saying that, Mr. Elam,

10   that who authorized you to start the Living

11   Legend Award.

12          THE REPORTER:  I'm sorry.  I

13   didn't get that.

14          THE WITNESS:  Who authorized you

15   to start the living legend award.  I said

16   the authorization came from in 1992 from the

17   President's office, from the Department

18   Chair and the Vice President, that in 1992 -

19   - and there was two events already held

20   honoring Tuskegee Airmen and the only

21   surviving Buffalo Soldier, Colonel

22   Montgomery, who died in January this year.

1    Basically, that it is in existence and there

2    is photos that is printed double-truck, two

3    pages of pictures and everything sitting in

4    our journalism lab.  So I didn't ask --

5    started anything new.  This is an -- a

6    rewiring an existing program that which I

7    organized and started which brought immense

8    publicity to the University and goodwill to

9    the University.

10            So she said, I don't see any

11    records of that here.  I said, well, maybe

12    that I will pull out some of the old

13    photographs.  Then she said, no, you cannot

14    start any programs without the prior

15    approval from ths office, Academic Affairs.

16    I said that that is why that I have

17    approached for you the Living Legend Award -

18    - the Literacy Through Journalism Award

19    which is tied with this.  It is a new

20    program.  It is -- it has come through the

21    channel with the Department Chair, the Dean

22    to you, so you're one of the speakers,

1   said, no, it is gone to the media, the five

2   Black newspapers is published, 2,000

3   invitations have gone to the specific

4   invitation list provided by former Mayor

5   Washington, Mayor -- Walter Fauntroy, the

6   congressman -- former congressman, and the

7   Afro's publisher sent a special list to

8   invite.  And we have sent the selectee list.

9   There is no way that I am going to call it.

10  If you want to cancel it, you cancel it, and

11  I walked out.  And well, picked up the

12  checks.  And we had an excellent program.

13  And Mayor Washington came and spoke and

14  defended the University and openly said,

15  Mayor Williams did the wrong thing by

16  attempting to diminish the UDC.

17              MR. SCHIFFERLY:  Okay.

18              THE WITNESS:  Yes.  Well -- but

19  anyway, to cut it short, the program was

20  successful but --

21  BY MS. SCHIFFERLY:

22          Q    And it went on as the Living

1    Legend --

2         A    Legend --

3         Q    Award?

4         A    No.  It was Literacy Through

5    Journalism kickoff and the Living Legend

6    Award.

7         Q    Right.  But you gave the Living

8    Legend Award --

9         A    Sure.

10        Q    -- out?

11        A    Yes.

12        Q    Okay.

13        A    So -- because just get the

14   audience, we -- because these four people

15   attracted the community and the students.

16        Q    Okay.  During your meeting with

17   Beverly Anderson, did she suggest changing

18   the title of the Living Legend Award to the

19   Literacy Through Journalism Award?

20        A    Yes.  She suggested and I said

21   that the purpose of the -- it is confusing

22   the principle.  It is just like playing

1    before -- grace before meat -- muttering --

2    muttering from a mouth that is watering that

3    praise to the Lord.  So I said, no.

4         Q    Did the Living Legend Award

5    program ever get approved by the University

6    senate, do you know?

7         A    No.  University senate doesn't

8    have to approve it.  All these programs --

9    this is another thing.  See, one of the

10   missions of the University that each

11   department is responsible to create

12   traditions for the students, just not the

13   football game or the homecoming that is

14   keeping these children together.  These

15   childrens (sic) will come forward if you

16   honor journalists or the Journalism program.

17   That is a tradition that I brought the

18   University honoring the journalists and

19   every year they come to talk to the students

20   and so you don't need the approval of the

21   senate.

22        Q    For the Living Legend Award

1    program?

2         A    No.

3         Q    Did the Living Legend Award

4    program -- I think you mentioned that it

5    started in '92?

6         A    Yes.

7         Q    And then it went on for a couple

8    of years?

9         A    A couple of years.

10         Q    And then it lapsed in 1994?

11         A    These -- see, this is -- these

12    things are lapsing.  Just like I said, the -

13    - the freelance journal award in the name of

14    the first Black newspaper, I established out

15    of my extensive contacts with the local

16    media and fund raising.  The University not

17    supported with a -- with a penny.  All these

18    programs I do that I collect funds on

19    because of my public relations background,

20    media background.  The people that I ask,

21    they give money for the simple reason that I

22    have done something to them as journalist

1    and as a PR person.  So what other things

2    are failing in this University because the

3    University doesn't support with financial

4    supple -- and professors don't know the way

5    to raise fund for their programs, I have no

6    problem.  I can start a new program at the

7    University without a single penny support

8    from the University.  I only need the space.

9        Q    Do you also need approval of the

10   University?

11       A    The approval of the University is

12   legitimately gone for one -- once when I

13   inform the Department Chair.  The Department

14   Chair informs the Dean, and we only send the

15   invitation.  The proper channel is that it

16   is going through the -- if they wanted to

17   stop it, it is -- that is the time they have

18   to stop it -- you cannot go with this.  They

19   seldom -- see, this is the thing that most

20   people don't realize.  We don't need their

21   approval to hold a press conference -- not a

22   press conference -- a journalism seminar.

1    awards at the Literacy Through Journalism

2    program kickoff?

3         A    Yes, in 1999.

4         Q    In 1999?  Were there any Living

5    Legend Awards awarded between '94 and '99?

6         A    Yes.  There was -- no, I don't

7    think -- '94 and '99, no.

8         Q    Okay.  Did you take any notes of

9    your meeting with Beverly Anderson regarding

10   the Living Legend Award program?

11        A    No.  Here again that she didn't

12   even ask me to sit.  She said only five

13   minutes and held me almost 45 minutes

14   berating me, attacking me and making all

15   kinds of characterizations.  And I know that

16   I couldn't -- even if I took notes, there

17   was no time for taking notes.  If the --

18        Q    That's fine.  Was there a meeting

19   with the students who were involved in the

20   program --

21        A    Yes.

22        Q    -- and Beverly Anderson?

1    BY MS. SCHIFFERLY:

2        Q    Professor Elam, about the faculty

3    editor role with the Free Voice and your

4    leaving that position, when did you leave

5    that position?

6        A    I believe it was after 1999 but

7    it was carried on until 2001, my name as --

8    not as advisor but as the -- yes, as the

9    faculty coordinator for journalism.  I asked

10   to remove my name from as the lab instructor

11   and the advisor became Olive Vassell and

12   that she started on the masthead putting her

13   name as the advisor and lab instructor and

14   my name as the faculty coordinator for

15   journalism.  That was in 2000 she started

16   this.

17       Q    In 2000, Professor Vassell

18   actually took over the role as faculty

19   editor?

20       A    It's approximately 2001 I think,

21   because we had constant problems in printing

22   the paper.  The money was not forthcoming.

1    Two printers threatened sue and I was

2    threatened to sue and now the Washington

3    Times is suing right now -- no, collecting -

4    - collection agency.  So financially, this

5    is a  line item -- budget item -- but it was

6    always constant problems, so some of the

7    issues didn't come out.  But I think that my

8    -- after this incident with Dr. Beverly

9    Anderson's allegations and charges, I told -

10   -

11             THE REPORTER:  What'd you say,

12   allegations of child --

13             THE WITNESS:  Charges.

14             MR. SCHIFFERLY:  And charges.

15             THE WITNESS:  Charges.  So I

16   discussed it with the Department Chair, and

17   she agreed it is better to remove yourself

18   from that position.  And that is what

19   happened, but it didn't get onto the paper

20   until 2001.  It was still going under my

21   name.

22   BY MS. SCHIFFERLY:

1      Q     Okay.  But it was in 1999 when

2  you went to Professor Carter --

3      A     Yes.

4      Q     -- and suggested that Professor

5  Vassell take over as the faculty editor?

6      A     Yes, '99 I think that.

7      Q     And was this before or after your

8  meeting with Dr. Anderson about the Living

9  Legend --

10      A     It is --

11      Q     -- Award program?

12      A     I'll correct that.  It was in

13  1999 when I came back from my trip to India,

14  because that was the time, that December,

15  Beverly Anderson had the talk with Lawonda

16  Linder, the editor.  And that is the time

17  that I -- it was in 1999, that January, that

18  I told Professor Carter, yes.

19      Q     In January of 1999?

20      A     Yes.

21      Q     Okay.  And were there other

22  reasons why you went to Professor Carter and

1       A      Yes.  The Department office is in

2  Building 46, A level.  My office is in

3  Building 42, AOH, A level.

4       Q      Okay.  And do you currently have

5  a key to the departmental office?

6       A      Yes.  Thanks to the outgoing

7  Chairman that --

8       Q      That's Professor Belanger?

9       A      Professor Belanger.  He listened

10  to me.  I appraised him that I don't have a

11  key while almost all the other department

12  professors have, all since 1994.  And the

13  former chair, that Yvonne Carter, always

14  told me when I asked for the key, she said,

15  well, the office is always open, there'll be

16  somebody here, why do you need a key.  I

17  said the others have the keys, but we are

18  ready to open because there are office files

19  and everything.  I had said that is

20  precisely that is the reason I am asking.  I

21  have to access these children's records that

22  are on file.  I have to use the fax

1    machines.  I have to use the duplicating.

2    As a journalism professor, I have tons of

3    material for testing the students.  And I --

4              THE REPORTER:  Do what to the

5    students?

6              THE WITNESS:  Journalism

7    students.  They have to give the samples and

8    the worksheets and the -- so it was an

9    ordeal to get stuff duplicated when they

10   closed the door.  The last person leaves at

11   5:30 or 5.  And I had to depend on the

12   charity of other professors who would kindly

13   open the door for me.

14   BY MS. SCHIFFERLY:

15        Q    Okay.  Did you have a key to the

16   departmental office before 1994?

17        A    No.

18        Q    Okay.

19        A    No.

20        Q    But you've been requesting the

21   key --

22        A    Yes.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com

1      Q      -- since 1994?

2      A      Oh, yes, the new Chair.  They

3 didn't share it with me the first time, and

4 then I constantly reminded and appealed to

5 Department Chair, and this was exactly the

6 answer.  You heard the other professors that

7 we are open until -- because we have late

8 classes, but many a time when I go in the

9 evening classes, it is closed.  So I had to

10 go to the Kinkos, which was Connecticut

11 Avenue, or the Office Depot across the

12 street, spend my own money.

13     Q      How long have you had the key

14 now?

15     A      Now it is 2005 -- yes, January of

16 2005, Charles Belanger granted me after I

17 filed this lawsuit specifically exchanging

18 and I -- he knew that -- I told --

19     Q      He knew that you had filed a

20 lawsuit?

21     A      Yes.  After that.

22     Q      And did he agree to get you the

1    were -- there was occasions when other

2    faculty would let you into the departmental

3    office?

4        A    Sure.

5        Q    Was there security for the

6    building who could also let you into the

7    departmental --

8        A    No, I never --

9        Q    -- to the departmental office

10   after office hours?

11       A    There was but I never resorted to

12   that.  I -- it was too much cumbersome.  Why

13   should I be -- I alone, of all the faculty,

14   18 faculty should go to the security.  That

15   is why I said that I was treated like a

16   pariah, an outcast as an excommunicated

17   Catholic.  That is the way that I feel.  And

18   I resented that idea and I still feel it is

19   because of my race or my exotic appearance

20   or -- I cannot stomach that idea.  So that

21   is a -- that is discrimination by design.

22       Q    But there was security who could

1    have let you into the departmental office?

2    You chose not to go that way?

3         A    Sir, it's a good -- thing is that

4    I was locked last Thursday, my key was.  I

5    spend half an hour to go to the security to

6    return my key and open it.  They came with

7    the master key. It wouldn't open.  So

8    finally, I looked around for the -- a six

9    foot eight, this tall student, who climbed

10   over the ledge, opened the door.  Security

11   said sorry that we didn't have the key.

12   See, it spending 45 minutes.  See, it is

13   easy to say go to the security.  It is not

14   easy at UDC to go to the security and open a

15   door.  It takes always procedures, filling

16   out forms.

17        Q    Leroy Barton, is he a member of

18   the department faculty?

19        A    He used to be.  I think he's

20   still, yes.

21        Q    Do you know whether he had a key

22   to the departmental --

1         A      I don't --

2         Q      -- office?

3         A      -- I don't know.  He was a

4    faculty member who came on the four or five

5    years ago, not a senior as me.  I was there

6    more than 30 years at the University, but

7    Leroy Barton was a newcomer and I don't know

8    too much.  He's in the Music Department.

9    But I didn't see him this semester that --

10        Q      You don't know whether he had the

11   departmental key?

12        A      I don't know that because I

13   abandoned that inquiries after these years

14   of futile efforts to get a key, and I never

15   checked with whether he had key because they

16   were not going to give to me one.

17        Q      Is Garth Gardner a member of the

18   department faculty?

19        A      Who?

20        Q      Garth Gardner?

21        A      I don't know.  There is a Stu

22   Gardner who is a kind of a technician for

1    the Music Department.

2        Q    William Hanff, H-A-N-F-F, a

3    member of the department faculty?

4        A    Yes, he is a member of the

5    faculty.  He was hired last year along with

6    Olive Vassell.  He was hired last fall.

7        Q    And do you know whether he got a

8    departmental -- key to the departmental

9    office when he was hired?

10       A    No, I didn't inquire it.  I don't

11   want to know about it anymore.

12       Q    Peter Interdonato, is he a member

13   of the department faculty?

14       A    No.  He was a department faculty

15   of the -- now he is, but as of 2004, he was

16   a department faculty of the Graphic Arts,

17   and they have separate -- he has two offices

18   in Building 42 before, not in our

19   department.  But now he's with our

20   department and --

21       Q    Do you know whether he has a key

22   to departmental office --

1          A     He doesn't need one.

2          Q     Do you know whether he has a key

3    to the departmental office in your

4    department?

5          A     No.  He has been an actual

6    faculty in our department only since 2004

7    and I don't know that he has.  But if he --

8    let me -- in context, let me explain.  He

9    had access to all the labs and all the

10   facilities in Building 32, B level because

11   he's the person -- and he keeps two offices

12   at his disposal, not one.  So he doesn't

13   need that office.  He has a -- the fax

14   machine.  He has everything that he needs

15   and their department was separate from ours

16   before.

17         Q     Allyn Johnson?

18         A     I don't know?

19         Q     Lloyd Jones?

20         A     See, these are adjunct faculties

21   who come and go and they don't -- they are

22   not allowed to have keys of the department.

1      Q    Okay.  Lloyd Jones is an adjunct

2  faculty?

3      A    Will Jones?  I think so because

4  he's not a permanent faculty.  Lloyd Jones

5  is.

6      Q    That's who I asked about, Lloyd

7  Jones.

8      A    Yes.  Raki's -- his name is -- we

9  call him Raki -- Lloyd Jones.

10      THE REPORTER:  I'm sorry.  What

11  was that?

12      THE WITNESS:  Raki, R-A-K-I,

13  Lloyd, L-L-O-Y-D, Jones.  He is the TV

14  faculty and he has a self-contained office

15  embedded in his TV studio, a large facility.

16  BY MS. SCHIFFERLY:

17      Q    Do you know whether he has a key

18  to the departmental office?

19      A    I don't know that.  Basically, I

20  never inquired about it and he doesn't need.

21  As I said, he has a self-sufficient, self-

22  contained office with all the computers, all

1    the duplicating machine, everything that he

2    has.

3        Q    But he doesn't have access to the

4    student records?

5        A    I don't know.  I don't know.  I

6    never asked.

7        Q    Rookman Nyingonda?

8        A    He's an adjunct and he's not

9    qualified to get a key.

10       Q    Meredith Rode?

11       A    Meredith is a art faculty and I

12   don't know, for some reason, he -- she told

13   me she never wanted the key and she never

14   had the key.  She's the oldest in terms of

15   service in our department -- in our

16   department.

17       Q    George Smith, is he a member of

18   the department faculty?

19       A    Yes.  He is a department faculty

20   member, yes.

21       Q    Do you know whether he has a key

22   to the departmental office?

1      A      No.  He told me that basically

2   one of the reasons that he didn't want the

3   key, he and the former Department Chair were

4   at loggerheads, they were fighting all the

5   time, and he doesn't want to go into the

6   department most often.

7      Q      So he doesn't have a departmental

8   --

9      A      Yes.

10      Q      -- a key to the departmental --

11      A      Keys for the departmental office.

12      Q      No?

13      A      No.

14      Q      Okay.  Lennie Smith, this person

15   a member of the Department faculty?

16      A      I don't know.  I don't know.

17      Q      Do you know if Professor Vassell

18   has a key to the departmental office?

19      A      No, because she was adjunct as of

20   last year.  I don't know since that whether

21   she received one.  I don't think so.

22      Q      But you don't know for sure?

1        A      No, because many of them don't

2    ask looking at my situation -- all of the

3    senior most faculty who is deprived of that,

4    so they think it is futile to ask.

5        Q      Daniel Venne, V-E-N-N-E?

6        A      He's -- he was hired last year in

7    the Art Department.

8        Q      Do you know whether he has a key

9    to the departmental office?

10       A      He assumes that he's not eligible

11   to get one.

12       Q      So he doesn't have one?

13       A      I don't know.  Maybe he has but

14   most of them, new faculty hired, they think

15   it is a privilege for a few.  Yes, that is -

16   -

17       Q      Let me ask about your office?

18   Has your office moved recently?

19       A      No.  It was moved when I was

20   moved from Building 39 to Building 32.  Then

21   my office was in Building 42, A level, with

22   the lab.  But when the architecture program

1    displaced the Journalism program lab, I was

2    moved into the tiniest, the most odd-shaped

3    -- it is neither a triangle nor a rectangle

4    -- it is so much a -- it is an odd-shaped

5    and it is the tiniest place.  It is a

6    mousetrap.

7            Q      When did this move happen?

8            A      That was in -- when the lab was

9    displaced from Building 42 to Building 42 --

10   Art Department.  That was the time that my

11   office -- it was embedded in the lab --

12   moved to this little space.

13           Q      So around 1998?

14           A      Close to that, yes.

15           Q      Okay.  And you share the same

16   office area with three others?

17           A      Yes.

18           Q      And who are the three others?

19           A      Meredith Rode, John Smith, now as

20   of last year, Venne.

21           Q      I'm sorry, as of last year?

22           A      Professor Daniel Venne.  And yes,

1    working, how -- we cannot get into that.

2    There was a bunch of students from English

3    Department, Political Science and Accounting

4    Department using it.

5         Q    As the Journalism program

6    coordinator, did you have any responsibility

7    for the budgeting process for the Journalism

8    program?

9         A    I was supposed to have the

10   responsibility -- each coordinator.  But we

11   never had any real participation in the

12   budgeting process.  It was coming from the

13   Dean's office to the Department Chair, and

14   they will ask us a courtesy that what you

15   need supplies.  So I always said I don't

16   need supplies, I need hardware, most of the

17   new computers and that is out of the

18   question.  You cannot ask them.  That is a

19   different department.  The basic stuff that

20   we need for layout of the paper, that we got

21   it as minimum.  But for the money for the

22   printing of the newspaper, we never got it

1    on time, numerous occasions, that money.

2         Q    Were you ever requested to submit

3    a written budget for the Journalism program?

4         A    We all -- written budget?  Yes,

5    one time that -- one or twice that I put a

6    written request to the former Chair.  And

7    when Chairman Tex Gathings was there, he was

8    very considerate.  He used to -- he was a

9    technically-oriented person, and he used to

10   try to upgrade.  But the money never came

11   down from the University to upgrade the lab.

12   And we had to have -- particularly that we

13   were only consultant for supplies, what are

14   the supplies you need.  Most of the supplies

15   that we needed was hardware, that machines

16   and things like that.

17        Q    Did Dr. -- Professor Carter, when

18   she was Department Chair, request that you

19   submit an annual written budget for the

20   Journalism program?

21        A    No.  She never requested an

22   annual -- in fact, that is one of the

1    things, that she never requested an annual

2    written budget.  And our involvement was

3    what the supplies that we need.  And I put

4    at least two, three proposals to her to

5    upgrade the lab with a number of machines

6    that we need, new computers that we need,

7    and the new address to put the computers.

8    See, we were used to hand-me-down stuff from

9    the University for tables and chairs and

10    things like that.  It is antediluvian that

11    most of the chairs that we were using --

12    furniture -- even today.

13         Q     But was there occasion where

14    Professor Carter, when she was Department

15    Chair, requested of you a annual -- or

16    requested of you a written budget for the

17    Journalism program?

18         A     No.  She never requested a

19    written budget for the Journalism program.

20              THE REPORTER:  She never

21    requested what?

22              THE WITNESS:  Never requested a

1    written budget for the Journalism program.

2    But she verbally asked me to list the

3    supplies, the needs, immediate needs.  It

4    was always premised that the immediate needs

5    budget.  That is very minimal, the layout

6    paper, the tools for laying out the,

7    manually, the paper that -- see, that is all

8    that we -- and that was very minimal.

9    BY MS. SCHIFFERLY:

10       Q    Do you have any record of any

11   written proposals that you submitted

12   requesting new computers or additional --

13       A    I --

14       Q    -- items for the program?

15       A    -- I don't have it with me, but

16   at that time, it was on the spur of the

17   moment and she asked that we provide it from

18   using the Office Depots and then there was a

19   catalog listing items.  And the one time I

20   got some stuff because there was money that

21   time in the budget for the layout and

22   production in the paper.  We got -- and I

1    gave it, a written statement, to Professor

2    Carter.

3        Q    When was that?

4        A    That was when she came, 1994, '95

5    -- '92 -- '94, yes.

6        Q    And Professor Carter, when she

7    was Department Chair, did ask you verbally

8    what items you had wanted for the Journalism

9    program?

10       A    My -- yes, she has asked me and

11   my constant refrain was we need computers,

12   new updated computers and software to teach

13   journalism classes, to report -- because

14   there was software -- Howard University was

15   using -- I went there and they were using,

16   for reporting purpose, software that to

17   write a story from multiple sources, from

18   the -- if there is a homicide, the police

19   department, there is a statement from the

20   coroner's office, from the U.S. Attorney's

21   office, the Mayor's office, major statements

22   coming, and the students could use that and

1    incorporate in the stories, but it was never

2    even tried.  It was --

3         Q    This is something different than

4    the QuarkXPress software?

5         A    Oh, yes.  This is -- this is

6    basically to -- see, there is the

7    QuarkXPress, it is the technical aspect of

8    the production of the paper.  My expertise

9    is on the print media and newspaper and

10   magazines.  And I need teach them the news

11   gathering or news reporting, news edit --

12   writing and news editing.  And that is what

13   I am trained for at Northwestern at the

14   Medill School of Journalism and that is what

15   I was teaching.  The other one of putting a

16   newspaper was an additional class that I

17   took to establish a newspaper.  It was not

18   mandatory for me to do it.  I was doing it

19   out of my love of journalism and love for

20   the students.

21        Q    What was the software that you

22   wanted?

1    had to remove myself from the lab that each

2    semester I lost almost six -- almost seven

3    PU's I lost.

4         Q    This is after you left the

5    faculty editor position --

6         A    Yes.

7         Q    -- around 2000?

8         A    Yes.

9         Q    Okay.  And since then, have you

10   been teaching four courses each semester?

11        A    No.  Four in the fall and three

12   in the spring.  But this semester that

13   didn't have a faculty and they asked me to

14   teach an additional course which is not in

15   my area and I refused.

16        Q    Okay.  What was that course?

17        A    I think it was the course in

18   advertising or something like that.

19        Q    How many courses did you teach

20   this fall semester -- past fall semester?

21        A    I didn't teach -- last fall

22   semester, four courses.

221

1      Q    Have there been any -- was there

2  any changes in the journalism curriculum

3  between 1994 and 2004?

4      A    The curriculum that -- yes, I

5  proposed eight new courses, and that is

6  where Dean Petty, in her deposition, said

7  that how come that we don't have journalism

8  reporting directly from the -- using the

9  internet sources, because she didn't even

10  know --

11              THE REPORTER:  From which

12  sources?

13              THE WITNESS:   Internet --

14  internet source.  In other words, the data

15  banks in the internet you can use for

16  reporting, teaching, but we didn't have

17  that.  But I -- anyway, I proposed ethics

18  course.  I wrote down the syllabus for it,

19  then reporting course.  There was a list

20  that I submitted.

21              MR. SCHIFFERLY:  Ask to mark this

22  -- that is Elam's Deposition Exhibit 2.

1                    (Exhibit 2 marked.)

2                    THE WITNESS:  Yes.  Reporting,

3        computer assisted courses, history of the

4        American press; international press, level;

5        media and the laws; advanced editing for the

6        print.  The following 8, 300 or 400-level

7        courses are proposed to bolster the

8        journalism degree program -- Copy Editing

9        and Style Book use, 300 level; the Ethics of

10       Journalism, 400 level; Intro to Computer

11       Assisted Reporting, in view of the

12       University never had the internet, we

13       propose it as a 300 level -- actually, it

14       should be a 200 level course, the -- like

15       Fundamentals of Journalism -- History of the

16       Black Press, 300 level, which I am teaching

17       now; History of the American Press, 400

18       level; International Press, 400 level; Media

19       and the Laws, 400 level; Advanced Editing

20       for the Print/Multimedia, 400 level.

21                    THE REPORTER:  What was the last

22       one?

1    studies or independent studies because it

2    hasn't got into the catalog.  See, that is a

3    laborious, time-consuming process.  There

4    are so many steps involved.  But at UDC,

5    that in order to keep the students, giving

6    courses in sequence, we create this, the

7    Department Chair and the Faculty

8    Coordinator.

9         Q    Okay.  For directed study

10   courses, as long as the Department Chair

11   approves, then the directed student course

12   can be offered?

13        A    Yes.  She creates the course

14   number for it in the computer base --

15        Q    Okay.  None of these journalism

16   courses listed here, the eight that are

17   listed as proposed in Exhibit 2 ever became

18   regular catalog courses?

19        A    None.

20        Q    Okay.  Was it your desire that

21   any of these be so?

22        A    What is it?

1    a need for Ethics of Journalism course?

2          A    I always feel that a need for

3    ethics in all professions because I came

4    from a very solid basis in the English

5    Department professor, from public relations

6    and journalism.  I feel it.  I --

7          Q    It's just as important in

8    journalism?

9          A    Of course.  It is important.  The

10   other day that I saw on the front page of

11   the Washington Post in China, the reporters

12   conniving with the business magnates to

13   defeat the public issues, the public laws

14   and they take bribes.  In India there were

15   some journalists that I've seen -- we always

16   expose them.

17         Q    Since 1994, have you ever

18   submitted to the department curriculum

19   committee the required proposal for any

20   particular new catalog course?

21         A    I didn't.  The only thing was

22   that when Department Chair, Professor

1    Carter, was -- it was on a needs basis --

2    predicated there is faculty to teach a

3    course.  And she always told me there is no

4    new faculty coming.  So that means if I

5    submit it, I teach the course.

6         Q    Or Professor Vassell teaches the

7    course?

8         A    Doesn't have to be.  Professor

9    Vassell doesn't have that widespread

10   involvement in the journalism field.  She is

11   from Britain, Great Britain, and her

12   involvement -- she's very, very young

13   faculty member -- and her involvement is not

14   that extensive that in terms of some of the

15   courses.  She couldn't teach some of the

16   courses.  She has -- that is why that she

17   was happy to teach the lab course, because

18   she had experience.

19        Q    Professor Vassell is incapable of

20   teaching the Ethics for (sic) Journalism

21   course?

22        A    No.  I would -- that's -- that is

1    my main idea -- if Vassell was quite capable

2    of teaching this course.

3         Q    As a regular catalog course?

4         A    Yes.

5         Q    Ethics of Journalism?

6         A    She can teach, yes.  She can

7    teach the ethics.  In fact, the teacher that

8    we retained, adjunct faculty --

9              THE REPORTER:  I'm sorry, what?

10             THE WITNESS:  The teacher -- the

11   faculty that we retained this semester to

12   teach that course was from Washington Post,

13   was a copy editor.

14   BY MS. SCHIFFERLY:

15        Q    Okay.  And so money was found to

16   pay that person to teach the course?

17        A    Yes.  I think that we had to --

18   yes.

19        Q    I mean the University --

20        A    Yes, the University had to --

21   yes.  Otherwise, the childrens (sic) won't

22   graduate in the seven year period.

1    its -- the needs.

2        Q    Okay.  And did Professor Carter

3    then solicit your department need -- or your

4    Journalism program's goals, objectives,

5    needs for purposes of this document?

6        A    Yes.

7        Q    Okay.  I want to start with the

8    first program goal under the Journalism

9    program.  It says review the curriculum for

10   substantial upgrading and revamping.  Do you

11   see that?

12       A    Yes.

13       Q    Okay.  Was that something that

14   had the recommendation and support of

15   Professor Carter to your understanding?

16       A    She was -- of course -- very

17   progressive oriented that she wanted to

18   bring the department to the forefront and

19   everything.  She had that desire since she

20   ever came to the department as the chair and

21   review the curriculum for substantial

22   upgrading and revamping.

1     Q     Okay.  Is that --

2     A     Yes.

3     Q     -- is that something you agreed

4     with yourself?

5     A     Sure.  I was the one that who

6     submitted that recommendation.

7     Q     Okay.  And the next

8     recommendation is -- under the Journalism

9     program -- is to develop new courses to

10    strengthen writing skills?

11    A     Yes.

12    Q     That was something that Professor

13    Carter recommended and supported?

14    A     No.  I recommended and she

15    supported.

16    Q     Okay.  And the next one is to

17    sponsor events with emphasis on the Literacy

18    Through Journalism project?

19    A     Yes.

20    Q     Is that something you

21    recommended?

22    A     I recommended.  I initiated that

1   submitted by Joe Elam --

2        A    Yes.

3        Q    -- and it has a date of June

4   15th, 2000.  Are you familiar with this

5   document?

6        A    Yes.

7        Q    Is it something that you

8   prepared?

9        A    Yes.

10       Q    Okay.  I want to refer to the

11  first heading on the first page which reads

12  curriculum update and maybe I'll just read

13  it for the record.  It says, (reading)

14  "First, the journalism curriculum revision

15  has to be completed by this summer and the

16  introduction of a couple proposed new

17  courses be planned for fall semester 2000-

18  2001.  Maybe the History of the Black Press

19  and Ethics of Journalism courses could be

20  offered during the fall and new editing

21  courses in the spring 2001" (end reading).

22       A    Yes.

1    implemented History of the Black Press

2    offering that course.

3        Q    Okay.  But if you need to refer

4    back, the syllabus for the Ethics of

5    Journalism course stated spring 2002 in

6    Exhibit 3.  Do you see that?

7        A    Yes.  This is the prototype

8    sample that I attached for this -- for that

9    particular -- as a directed study.  That was

10   '02.

11       Q    So there was no syllabus

12   submitted for the Ethics of Journalism

13   course to the Departmental Curriculum

14   Committee by July 15th, 2000?

15       A    No.  No, because main reason we -

16   - the whole University shifted its mode

17   preparing for the visit of the accrediting

18   team, the External visits and so on.  So the

19   emphasis was shifted very quick.  So we

20   didn't -- we -- actually, we were all pulled

21   out from what we were doing to focus on each

22   media department to be prepared for the

1    city leaders.  I --

2         Q     And when you say power of the

3    media, you mean generally such as

4    television, movies, music videos?

5         A     Yes.  Everything -- everything

6    that projects the pop culture on one hand.

7    And we have a tendency to under-rate people

8    who are athletes or actors or singers as of

9    inferior intellect or of just showman.  But

10   that is what the children aren't looking at.

11   So their role models come from that domain,

12   so that is these two ladies put together the

13   book and they consulted me.  And I edited it

14   for style, stylistic errors, strong logical

15   errors and things like that, I eliminated

16   it, streamlined it.

17        Q     Do you have any published

18   writings about the field of journalism?

19        A     About the field of journalism --

20   published writing about the filed of

21   journalism?  I have occasionally wroten

22   (sic) articles, yes, about the Indian

1    journalism.  In fact, my first journalistic

2    attempt when I was an undergraduate student

3    was how inferior is the Indian journalism in

4    my college magazine and as the editor of the

5    college magazine in 1957 called The

6    Albertian -- it is the St. Albert's College

7    under Madras University -- and my first

8    article was on that, literally, that the

9    poor quality of the Indian journalism.  And

10   the second one was that I wrote at

11   Northwestern, but it never got published.

12   IT was the Sacred Cows of India.  Basically,

13   that I was telling that how journalists

14   don't touch certain institutions, such

15   religion symbols, things like that,

16   including the cows.

17        Q    Since 1980, have you -- do you

18   have any published writings about the field

19   of journalism?

20        A    No, I don't have.

21        Q    Okay.  You haven't written about

22   any published writings about law or ethics

1    assassination of a qualified professor.  And

2    the only reason that I would think he came

3    to that conclusion, he's an alien.  He's a

4    Indian ethnic.  He doesn't belong to us.  I

5    have to support my kind like the hyenas and

6    the lions, always the herd instinct.

7         Q    Do you believe that President

8    Pollard discriminated against you based on

9    your age in denying your appeal?

10        A    He probably did not want because

11   he didn't believe that I am that old,

12   because I -- it is a matter of good like

13   that I had a good living, so he didn't think

14   that I was that old that -- and he even

15   conveyed that sense to somebody.  But I

16   don't think that he personally picked me on

17   the age, no.  But it was a convenient crutch

18   or a stick to beat me and he used it.

19        Q    Let me ask now about -- oh, well,

20   let me ask if you ever heard or heard of

21   Dean Petty making any racially

22   discriminatory or derogatory comments toward

1    anyone?

2        A    No, I haven't heard -- I didn't

3    have no -- no dealings with Petty because

4    Petty was one Dean who isolated herself from

5    the faculty and dealt with -- through the

6    Department Chairs.

7        Q    Okay.  Did you ever hear Dean

8    Petty or hear of Dean Petty making any

9    discriminatory or derogatory comments that

10   were based on age?

11       A    When the faculty senate, I heard

12   all the administrators are getting together,

13   including Petty and everything, but nobody

14   said that they coming up with this plan to

15   eliminate the faculty based on -- senior

16   faculty, rift them and save their exorbitant

17   salaries.

18           THE REPORTER: Who?

19           THE WITNESS:  Exorbitant salaries

20   that -- it is not exorbitant by any means.

21   It is -- but the senior faculty always drew

22   the bigger salaries.

1    BY MS. SCHIFFERLY:

2        Q     Did you yourself hear Dean Petty

3    saying any comment that was discriminatory

4    or derogatory based on age?

5        A     No.

6        Q     Did you ever hear Provost Reuben

7    Cooke make any discriminatory or derogatory

8    comment that was based on race?

9        A     No.

10       Q     Did you hear Provost Reuben Cooke

11   make any discriminatory or derogatory

12   comment that was based on age?

13       A     No.

14       Q     Did you ever hear President

15   Pollard make any discriminatory or

16   derogatory comment that was based on race or

17   national origin?

18       A     No.

19       Q     And did you hear President every

20   make any discriminatory or derogatory

21   comment that was based on age?

22       A     No.

1      Q    J-O-H --

2      A    H-N -- Thomas John.  His first

3  name is Thomas.

4      Q    Okay.  Anyone else?

5      A    The one who was rift is from the

6  business school, Joseph Arakkal, A-R-A-K-K-

7  A-L.  And there were quite a number of

8  faculty that they already left the

9  University.

10     Q    Do you believe that Beverly

11 Anderson treated you in any negative way

12 because of your age?

13     A    She probably didn't discriminate

14 me on the base of age, I don't think.  Not -

15 -

16     Q    No?

17     A    No, I wouldn't think so.

18     Q    Okay.  Did you ever hear Beverly

19 Anderson or hear of Beverly Anderson making

20 any discriminatory or derogatory comments

21 that were based on race or national origin?

22     A    No.

1          Q     Do you have any complaint about

2    your -- well, let me ask you it this way.

3    Do you believe that Professor Yvonne Carter,

4    as Department Chair, ever treated you

5    adversely because of your race or national

6    origin?

7          A     I would not say that but she ill-

8    treated me by denying the key to the

9    department, because that shows she

10   distrusted me.  She didn't have the faith in

11   giving the key to me -- and several

12   occasions the conversations -- but she was

13   one of the persons that I liked to work with

14   because of the openly.  At first, she

15   clashed with me on, just like faculty, on

16   different styles of teaching and behavior,

17   whatever it is that -- but I liked her.  She

18   was one of the fairest one.  But she had

19   this tendency, especially when it comes to

20   the key to the department, because I was

21   known in the whole University that I throw

22   open my office to the students.  It is known

1    fact they could use my office, my phone,

2    anything, because what I was trying to deal

3    with and make them open-minded, trusting

4    people.  And they always called me Joe.

5    They don't call me Professor or they call --

6    on a first-name basis.

7         Q    Was Professor Carter concerned

8    that if she gave you the departmental office

9    key, you would share it with your students?

10        A    She may have that fear but I'll

11   never do that.

12        Q    Did she articulate that to you as

13   a concern that she had?

14        A    No.  She was a good observer of

15   men and matters, and she understood exactly

16   that, my mental state, my attitude, coming

17   as a totally liberated Indian.  She knew

18   that, my work, background, ethics,

19   association with the community.  She knew

20   that.

21        Q    Do you believe that Professor

22   Carter in not giving you a key to the

1    departmental office was doing so because of

2    your race or national origin?

3         A    That is a hazy area.  That it is

4    depends upon how you trust foreigners.  That

5    is an acquired cognizant knowledge based on

6    interaction with a different culture --

7    different culture.  And I think that she

8    didn't reach that level of trust, so and it

9    is primary coming from race or ethnic

10   origin.

11        Q    Did you ever hear Professor

12   Carter make any discriminatory or derogatory

13   comment that was based on race or national

14   origin?

15        A    No.  She never -- she never make

16   a statement.

17        Q    And do you believe that Professor

18   Carter in not giving you a key to the

19   departmental office -- to you -- was

20   discriminating based on your age?

21        A    She was almost of -- close to my

22   age.