# NEW JOURNALISM COURSES PROPOSED

The following eight 300 /400 level courses are proposed to bolster the journalism degree program:

1. Copy Editing And Stylebook Use 300 level*
2. The Ethics of Journalism. 400 level *
3. Intro. To Computer Assisted Reporting 300 level*
4. History of the Black Press 300 level **
5. History of the American Press. 400 level
6. International Press, 400 level***
7. Media And theLaws.400 level
8. Advanced Editing For the Print/Multimedia. 400 level

If the above courses are approved, several of the elective courses -- listed in the journalism program, mostly drawn from the History, Political Science and Philosophy/ Psychology areas – can be dropped. Also two other courses— Newspaper production, and Grammar for Journalists –can be dropped.

---

*Full-blown Syllabus attached
** Peter Bailey has developed the syllabus
*** Olive Vassel has developed the syllabus
Syllabi for #5, #7 and # 8 will be developed in consultation with the adjunct faculty.

DEFENDANT'S EXHIBIT A2