

## JOURNALISM PROGRAM: PLANS AND PROJECTIONS FOR ACADEMIC YEAR 2000-2001

### Curriculum Update:

First, the Journalism curriculum revision has to be completed by this summer, and the introduction of a couple of proposed new courses be planned for Fall Semester 2000-2001. May be the *History of the Black Press* and *Ethics of Journalism* courses could be offered during Fall and the new editing courses in Spring 2001.

Syllabi for all the proposed new courses must be submitted to the Departmental Curriculum Committee though the Chair by July 15, 2000. Journalism faculty, including the three adjunct professors are working on this project.

Deletion of the *Newspaper Production* course must be implemented and the substitute Editing course needs to be announced to the majors during Fall and before Spring registration.

### Free Voice:

If the funds for the lab newspaper is assured, publication of two issues a semester is a mandatory requirement. If there is a paucity of good writers in the News and Journalism Lab-I and II, good writers from other journalism/ mass media classes must be recruited as *F.V. Staff writers.*

Two Journalism Seniors with skills and knowledge in the use of Quark Express need to be assigned to the News Lab for teaching the page layout and production techniques of the Free Voice. For instance, Odile Behe and Kaiwan Cheng who typeset and laid out the last issue of the VOICE can be assigned to the lab under Directed Study.

In terms of the editorial content of the publication, the lab students need to be exposed to investigative reporting, touching controversies and conflicts, the building blocks of civic and community journalism. Research oriented journalism with factual reporting does not and will not degrade itself into sensational press. Every University administrator would skirt the controversial issues and they will avoid speaking to the F.V. But as Attorney Bodney Smolla says, "It is very hard to document people who don't speak. You're documenting silence."

If a fulltime faculty person can devote enough time, the Free Voice can be developed into a community newspaper with paid advertisements. But to get ads, we need to guarantee the frequency of publication and the press run reaching 10,000 or above.

### Space and faculty:

The relocation of the Journalism LAB and the Free Voice office into a cloistered, windowless space is ideally suited for the Underground Press. Who knows whether there will be a resurrection of the *Silver Times?* In other universities, Journalism is normally featured in highly visible spots of the campus.

-More-



*Journalism: plans and projections, page 2*

Considering the number of majors and journalism graduates as well as the proposed new courses, at least one more full time, permanent faculty is warranted.

### Internship:

There are ample internship opportunities open to our students from the media organizations, public relations firms and advertising agencies. We need to streamline the requirements and correspondence with the firms and organizations.

### Journalism Club:

The newly elected president of the UDC Journalism Club is a dynamic person with solid ideas. The club plans to have several events during the next academic year.

### Literacy Through Journalism (LTJ) Project:

The LTJ Pilot project has been already implemented. With 28 fifth grade students from the Mary Terrell Elementary School in Southeast, six UDC journalism majors taught Literacy classes from April through June 13th. The LTJ graduation ceremony was held on June 14 at the Boardroom in Building 39. Certificates were presented to the students for successful participation. President Nimmons and Vice President Blagmun-Earle spoke on the occasion.

It is proposed to extend the pilot project to a D.C. high school while continuing the project at Mary Terrell.

### Recruitment:

It is proposed to launch recruitment campaigns for the journalism program during the next academic year. The initial plan is to foray into the D.C. public schools, targeting senior high students. A team of faculty, administrators, seniors and journalism alumni will go visit the schools. Also, we will bring the seniors as well as the school advisors to UDC and into our journalism classes.

### Other Ideas:

The *Living Legend Award* program will be revived as a fundraiser, corollary to the LTJ program in the Spring Semester. Also, the Journalism Club might revive the *Freedom's Journal Award*, honoring outstanding Black journalists, photo-journalists, P.R. practitioners and advertising leaders.

P.S. Further suggestions will follow.
Submitted by:
Joe Elam, Associate Professor of Journalism, Department of Mass Media, Visual and Performing Arts. University of the District of Columbia. June 15, 2000

COORDINATOR, JOURNALISM PROGRAM