1

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

- - - - - - - - - - - - - - x
                                          :
JOSEPH V. ELAM,                           :
                                          :
        Plaintiff,                        :
                                          :
   -vs-                                   : Civil Action No.:
                                          : 05-0003651
BOARD OF TRUSTEES OF THE                  :
UNIVERSITY OF THE DISTRICT                :
OF COLUMBIA,                              :
                                          :
        Defendant.                        :
                                          :
- - - - - - - - - - - - - - x

Washington, D.C.

Friday, February 2, 2007


        The deposition of WILHELMINA

REUBEN-COOKE, called for examination by counsel for

the Plaintiff, pursuant to notice, in the offices of

Gebhardt & Associates, LLP, 1101 17th Street,

Washington, D.C., convened at 10:10 a.m., before

Emma N. Lynn, a Notary Public in and for the

District of Columbia, when were present on behalf of

the parties:

18

1    have been provost?  Is that an accurate statement?

2      A.   Some of them are while I was provost and

3    others are while I was a professor.  Others are

4    coming to mind now.  I would have to look at

5    something.

6      Q.   Certainly.

7           I would like to talk a little bit about

8    the evaluation and promotion process at the

9    university.  Now, I am assuming that as provost you

10   certainly have a role in the hiring and the

11   promotions of professors through the ranks.  Is that

12   correct?

13     A.   Yes.

14     Q.   What is your role in the evaluation of

15   professors that are seeking promotion?

16     A.   Much of it is governed by the Master

17   Agreement, I think.  But the process is that the

18   candidate applies to the department.  I think the

19   first level is the department chair certifies

20   eligibility for promotion.

21           It goes to a college committee.  In the

22   case of Arts and Sciences, a university -- not a

19

1    university -- a college-wide committee.  That

2    committee makes a recommendation to the dean of the

3    unit.  You have three academic units outside of the

4    law school.  The dean then makes a recommendation.

5        Q.  Let me just ask a question.  You just

6    stated there are three academic units outside of the

7    law school.  What do you mean by that, "three

8    academic units"?

9        A.  The College of Arts and Sciences is one.

10   There is the School of Business and Public

11   Administration, and then there is a college, the

12   School of Engineering and Applied Sciences.  And

13   those have faculties that go through the promotion

14   and tenure process.

15       Q.  Arts and Sciences, Engineering and what  the

16   other one?

17       A.  Business and Public Administration.

18       Q.  Okay.  You were explaining the different

19   levels in the process.

20       A.  Then the recommendation goes to the dean  of

21   the unit.  The dean makes a recommendation to the

22   office of the provost.  I review the materials and

20

1  make a recommendation to the president.

2    Q.  So how would you describe your role?  You

3  stated that the dean makes a recommendation to the

4  office of the provost.  Explain to me the office of

5  the provost's role in that process.  You said you

6  make a recommendation to the president?

7    A.  Yes.

8    Q.  So what actually do you do?  Give me an

9  idea of exactly what you do, what your role is and

10  what your process is.

11    A.  Let me get at it in two ways.  One is I

12  think the role of the provost -- it could be the

13  role of provost, the chief academic officer -- is

14  pretty standard.  One reviews the files.  Usually

15  you are the one person who has a view of all of the

16  applications that come from the university.  Then

17  looking at the various criteria, looking at the

18  files, looking at the recommendations, you make an

19  independent assessment and make a recommendation

20  that goes forward.  And it can be a recommendation

21  for promotion.  It can be a recommendation not to

22  promote.

21

1       The way it works at the university, the

2   recommendation moves forward to the president, and

3   the president is the person who makes the final

4   decision in terms of whether or not the promotion

5   goes through or not.

6       And at both levels there can be an appeal

7   from the dean's decision.  There can be an appeal

8   from the provost's decision under certain

9   circumstances under that contract.

10    Q.  So there is a two-level appellate  process,

11  is that accurate?

12    A.  Well, there is.  There are two decisions

13  that are extremely important to the process from

14  which appeal is allowed.  One is the dean's and the

15  other is the provost's.

16    Q.  So does the dean make a final decision?

17    A.  No, because it comes to me.

18    Q.  So the dean makes a recommendation?

19    A.  The dean makes a recommendation, and I  make

20  a recommendation.

21    Q.  But one can appeal the dean's

22  recommendation, is that correct?

54

1   supported promotion to the highest rank at the

2   university.

3       Q.  And what was your conclusion?  What was

4   your evaluation with respect to the scholarship?

5       A.  I did not find evidence that that was the

6   case.

7       Q.  And I need you to be more specific.

8       A.  In looking at the file, one looks for --

9   there are several things that one looks for.  I did

10  not see evidence of original research in terms of

11  one looks for -- I think some of the criteria talks

12  about new ideas, intellectual development,

13  publication, not necessarily publication, but things

14  that could turn into publications or things that

15  were tangible.  I did not see evidence of dealing

16  with issues and questions within the discipline and

17  working those through.

18          In terms of those kinds of things I did

19  not see it, did not find the support there for

20  movement to the highest rank.

21      Q.   And did you look for those in the other

22  application packets?  Did you look for the

62

1  discipline, they were targeted, the coaching, the

2  study, all of that.  In many ways I am trying to

3  find points for the various files that I am making

4  sure I am giving everyone the benefit of their work.

5       You asked about the performances.  I

6  think that what you would find is that in the

7  categories of music and art one would look at

8  performance more.  I think there is a category that

9  is reflected in the Master Agreement that talks

10  about creative work that is designed to address

11  those kinds of disciplines a little bit more because

12  one looks at the creativity less than the

13  publication.  So it is reflected there.  So you have

14  several categories.

15       I think you have the more traditional

16  disciplines which are reflected in the various

17  academic units you may have.  The more performance

18  in the arts, the music, I think the creative works

19  is a way of capturing that a little bit more.  You

20  have LRD, which is the learning resources division,

21  and they talk more about job performance because

22  there it would be not how many articles you wrote

63

1  but your performance.

2   Q.  LRD, what does that stand for?

3   A.  Learning resources division.

4   Q.  Is that a category?  Explain what that  is.

5   A.  Most people would refer to it as library

6  information resources division.

7   Q.  I see.

8   A.  So I think that it recognizes that the  way

9  in which one displays excellence in the  discipline

10  may be slightly different and evaluated  differently.

11   Q.  Still sticking with the Ormond file, so  was

12  it the performances that formed the basis of her

13  scholarship?

14      MR. SCHIFFERLE:  Objection to form.

15      THE WITNESS:  Yes, that's a part of it.

16  BY MS. RAINEY:

17   Q.  What's the other part of it?

18   A.  There are lots of parts of it.

19   Q.  Tell me what they are.

20   A.  I think I did some of it already in terms of

21  there is the performance.  There is also the peer

22  review in terms of the critical acclaim.  You could

64

1  look through the file and you could find critical

2  reviews.

3      Q.   Let me stop you for just one second.

4  When you say "peer review," are you speaking about

5  peer review of Ms. Ormond?

6      A.   Yes.   Yes.   In terms of -- when I use

7  critical, there might be, for example, she had

8  reviews of her performance.   It wasn't just the

9  performance.   It was by critics, people who were

10  credentialed in the area that says this is a

11  critical performance.   You had the coaching.   So the

12  study within the discipline.   You had not only the

13  performances, but you had some of the workshops in

14  which she had done lecture notes and so forth.   I

15  remember that being in the file.   You had those

16  kinds of things in that particular file that helped

17  to move it in the area of scholarship and

18  performance.

19          You had also -- I want to talk about

20  looking at it.   You can weigh one way or the other

21  the question of the preparation for the performance

22  in terms of not just the production, because it is

65

1  voice, so all of that went into that category of

2  performance which is a little different from some of

3  the others.

4      Q.  Explain what you mean by "preparation for

5  the performance."  In terms of what?

6      A.  There is the intensive period of

7  preparation of a performance.  It is like a pianist

8  or a vocalist in doing a recital; they spend a great

9  deal of time, one would think, in preparation, in

10  performance, in practice, which probably is more

11  analogous to a person who, for example, is the

12  professor in doing the research and so forth that

13  also results in the publication.

14      Q.  Is there anything else that you would  have

15  considered for scholarship for this particular

16  packet, this individual?

17      A.  There may be others, but I don't have my

18  notes in front of me.  So those are some of the

19  things.

20      Q.  Certainly.

21          You mentioned a little bit earlier you

22  had notes, but you don't know where they are, is

71

1  specifically the scholarship and professional

2  development, her performances is what you looked at

3  for her scholarship, is that correct?

4       MR. SCHIFFERLE:  Objection to form.

5  BY MS. RAINEY:

6    Q.  Please explain, if that's not a correct

7  statement.

8    A.  You look at a variety of things when you

9  look at the category of scholarship and professional

10  development.  I enumerated some of the things that I

11  saw in that package.  Among them were her

12  performances.  Her area is voice.  There were

13  performances, critical, artistic performances that

14  received reviews by critics, and I use that as an

15  example of a kind of credentialed audience that can

16  make that type of assessment as to that.

17       I mentioned -- and I may miss some of

18  them in repetition -- I mentioned a consistent

19  pattern of study in the vocal arts with people who

20  were recognized in the area.  I think at one point

21  she had received a selection to a variety workshop

22  or something like that.  I mentioned that there were

72

1   a couple of incidents of putting on a workshop in an

2   area for which she did a paper in support of that

3   and lecture notes and so forth for that particular

4   lecture, recital kind of thing.  So it was

5   performance and scholarship.

6            While this was in the background, it was

7   not -- she had started doctoral work.  But that was

8   after the promotion package was put in.  So those

9   were some of the things that one could find in the

10  package.

11           In looking at them my first time, it was

12  what I can find that sustains and can consciously

13  move her forward.  And I think I also used the

14  example of there are different categories of

15  assessment in the sense that we have the more

16  traditional disciplines and you have the kind of

17  creative works category to capture that area of the

18  university.  And I think I mentioned LRD job

19  performance.  So in many ways you can't apply the

20  same absolute criteria for things that are very

21  different.  I can't apply --

22     Q.   And is that for purposes of scholarship?  If

73

1   you were to finish that sentence where you said  "I

2   can't apply" --

3       A.   In the scholarship category, you have the

4   category of creative arts and that is to capture

5   that area such as the arts and music and so forth.

6   So a political scientist who paints at an easel

7   would not be considered scholarship, but the art

8   professional who paints at the easel might produce

9   that in the category of scholarship.

10      MS. RAINEY:  Before I move on too much  more

11  forward, you mentioned you did bring some notes or

12  documents with you.  Let's take a look at those.

13      MR. SCHIFFERLE:  Let me interject.  I  will

14  object.  I will say for the record that there  are

15  some, several sheets of yellow legal pad type  notes,

16  but those notes reflect and are based on

17  conversations that I had with Ms. Reuben-Cooke.  So

18  we cannot disclose those based on the

19  attorney-client privilege.

20      MS. RAINEY:  We certainly don't want any

21  privileged documents or we are not requesting them.

22  It is your assumption that each of these documents

74

1  are conversations she has had with you?

2      MR. SCHIFFERLE:  The notes.  There are

3  other documents which are documents that she may

4  have reviewed and you can take a look at those.

5      MS. RAINEY:  We don't want any privileged

6  documents.

7      THE WITNESS:  And some of those were

8  personal documents.

9      MS. RAINEY:  We don't want your personal

10  documents.

11      THE WITNESS:  Some were my logs from

12  conversations, telephone conversations.

13      THE WITNESS:  There are these documents.

14      (Witness handing documents to her

15  counsel.)

16      MR. SCHIFFERLE:  This one is

17  attorney-client.

18      THE WITNESS:  Messages.  It is a  collection

19  of things in my file.

20      MR. SCHIFFERLE:  This too.

21      (Documents handed to Ms. Rainey.)

22  BY MS. RAINEY:

75

1    Q.  Anything else?

2        THE WITNESS:  These are ones that are  notes

3   that I took last night.  Should I give these?  These

4   are my notes.

5        MR. SCHIFFERLE:  No.  But those are

6   based --

7        THE WITNESS:  On my review.

8        MR. SCHIFFERLE:  And our discussions.

9        MS. RAINEY:  No privileged information.

10  BY MS. RAINEY:

11   Q.  That's it?

12   A.  That's it.

13       MS. RAINEY:  Off the record for just a  few

14  minutes so I can take a look.

15       (Off the record.)

16  BY MS. RAINEY:

17   Q.  We will just continue on.

18       If we could talk about the Adebayo packet

19  and your review of that packet.  Can you tell us how

20  you reviewed the Adebayo packet and whether it would

21  have been any different from the review of any other

22  packet you received?

76

1    A.   Okay.  The Adebayo package, let's see,

2    there were -- well, I looked at the package.  My

3    recollection is there were areas of -- there were a

4    couple of papers.  They were unpublished

5    manuscripts, works in progress.  Some of them may

6    have been completed.  It is not my area of expertise

7    at all, with lots of formulae, et cetera.

8         The dean's assessment of them was that it

9    was original research of high quality.  There were a

10   lot of -- a lot of it had to do with reports to

11   agencies as a result of grant applications or

12   discussions.  There were -- I remember there was a

13   paper there that had been written.  I have forgotten

14   the subject.  Flows or something like that.  Lots of

15   formulae.  There are several of those.

16        In the professional development, there

17   was some NASA workshops, a lot of aeronautical kinds

18   of things, a lot of grant activity that dealt with

19   research and so forth in that file.

20        So at least in that file I could find

21   work related to the discipline that dealt with a

22   problem and carrying it forward and completed it,

77

1  that related to that area.  So that is my

2  recollection of that file.

3      Q.  And how did you assess the file in terms  of

4  scholarship and professional development?  What  did

5  you look at?

6      A.  Is that different from what I said?

7      Q.  Right.  You just articulated what was in

8  the file, a published manuscript, several papers,

9  one on flows.

10      A.  There are lots of things that were in the

11  file.  What I was trying to pull out were those

12  things I thought I could pull -- that I could

13  recollect that I could pull into the category of

14  scholarship and professional development.  I could

15  find those kinds of things in that file.

16      Q.  I see.  And explain why these items come

17  under the definition of scholarship, if you will,

18  and professional development.

19      A.  Well, they come under the area because  they

20  were -- he is an engineer.  His area is  aeronautics

21  and some others.  He took a problem  related to the

22  discipline, worked it through, and I  am told by

78

1  people in the field that this represented his

2  scholarship and it was of high quality.  Without

3  understanding the discipline, that discipline with

4  the formulae, you could see he began, he had a

5  thesis, he worked it, he had research.  It was a

6  product.  There were several of those in the file.

7       There were places where there was a paper

8  written about a subject that was a report that I

9  could read without the formulae.  At least you could

10  see that took an issue, it developed it within the

11  discipline and carried it through.

12       There was also evidence in the file of

13  continuing scholarship in terms of his involvement

14  with Center for Applied Research and so forth, doing

15  research in various areas as a fellow in that

16  center.  So there was evidence of that kind of

17  scholarship in the file.  And I think I already

18  mentioned there were several NASA workshops and so

19  forth and others that were in the file in terms of

20  the professional development within the discipline

21  as well as the reports that were associated with

22  grant applications and the grant activity.

105

1  variety of different types of works or

2  accomplishments that the candidate may have

3  submitted and accomplished in their past, is that

4  correct?

5    A.  It awards points for things based on some of

6  these criteria, yes.

7    Q.  I am actually getting to the end.

8       As we sit here today, do you have a

9  recollection of Professor Elam's application packet

10  and the supporting materials?

11    A.  I do.

12    Q.  Can you describe it?

13    A.  In looking through the materials I

14  found -- they were voluminous.  Many of them were

15  not relevant to the question of scholarship and

16  professional development.  There were several

17  binders.  Some of them were pictures and so forth.

18       In looking at the area of scholarship and

19  professional development, I was looking at several

20  things.  One was because that was the area of

21  controversy, to look at the dean's statement and

22  also at what the college committee did.  The dean's

106

1  statement was that in the area of scholarship it did

2  not deal with some of the current questions and

3  issues and so I looked through.  I could not find

4  any -- I could not find papers and articles that

5  dealt with issues in journalism and communications.

6  There were many examples of articles that might have

7  been written or press releases, those kinds of

8  things.  I did not denote those as scholarship in

9  the area.

10         There were, I think, looking at the

11  application itself, I think there was a category of

12  creative works and I would think of that more for

13  the performing arts and the music.  But this is a

14  discipline in which there is kind of a practice as

15  well.  And, for example, there was, I think, one

16  creative -- it was one that was supposed to be a

17  paper.  When I looked at it, it was not a complete

18  paper.  It was a presentation and much of it was

19  talking points.  There was another in creative works

20  and it was not the development of an integral idea

21  or a complete thesis.  It was an award.  So I

22  thought that was misnamed.

107

1   I looked at the -- as I said, the college

2 committee looks at kind of quantitative kinds of

3 things as well.  There were places where there

4 seemed to have been listings under scholarship and

5 professional development as examples, and they

6 appeared to be articles that were in the student

7 newspaper.  So that would not have been his

8 scholarship as such.  But there were points given

9 for that.

10   I saw as valuable I think in the

11 professional development area there was a workshop

12 he had attended, an editing workshop.  I recognized

13 that.  But in terms of taking any of the issues or

14 kind of discipline-related issues in journalism,

15 there was no evidence of that in terms of the

16 scholarship.

17 Q. Did you note any published documents?

18 A. There are published -- a newspaper  article

19 is published, yes.  I looked at that.  If  you want

20 to ask me about specific things -- but I  did not see

21 the kind of scholarship, ones you would  expect to

22 find in the discipline.