FORM P-1 85

# UNIVERSITY OF THE DISTRICT OF COLUMBIA
## APPLICATION FOR PROMOTION

Directions;

Complete this form, append all supporting documentation in the same order as listed herein, and submit to your Department Chairperson no later than the second Friday of September. Index all attachments and reference the attachment numbers in the appropriate section of this form.

NAME _Joseph V. Elam_    DATE _Sept. 12, 2002_

COLLEGE _Arts & Sciences_    DEPARTMENT _MMVPA_

CURRENT RANK _Associate Prof._    STEP _13+_

DATE PROMOTED TO CURRENT RANK _1980_

DATE OF INITIAL EMPLOYMENT AT UDC OR PREDECESSOR INSTITUTION _Oct. 1971_

RANK APPLYING FOR _Full Professor_

## I. EARNED DEGREES AND CERTIFICATES

| DEGREE | MAJOR | INSTITUTION | CITY/STATE | DATE |
|---|---|---|---|---|
| M.SJ | Journalism | Medill School Northwestern | Evanston Ill. | 1967 |
| M.A. | English | Kerala Uni | India | 1962 |
| B.A. | Economics | Madras Uni | India | 1958 |
| F.L. | Law (First Year Law Completed) | Maharaja's Law School | India | 1959 |

The remainder of this application pertains to the time period from the date of successful application for promotion to the current rank. Add additional pages as necessary. Material pertaining to the period before the date of successful application for promotion to current rank may be appended to the application.

DEFENDANT'S EXHIBIT C

II.   PERFORMANCE EVALUATIONS

Summary of Previous Performance Evaluations (indicate both numerical score and rating for overall performance). Attach copies of referenced profile sheets. Begin listing with the most recent evaluation.

| YEAR | TEACHING | SCHOLARSHIP | UNIV. SERV. | COMM. SERV. | OVERALL |
|---|---|---|---|---|---|
| 2002 | | | | | Outstanding |
| NOTE | I DO NOT HAVE ANY OF THE RECENT EVALUATIONS SINCE THE EVALUATION PROCESS HAD BEEN SUSPENDED OR DERAILED SINCE THE CONTROL BOARD ATTACKS ON UDC FROM 1996 ONWARDS | | | | |

III.   SCHOLARSHIP AND PROFESSIONAL ACTIVITIES

   A.   Continuing Education

      1.   Courses completed for academic credit

| DATE | COURSE NO. & TITLE | INSTITUTION | CREDIT HRS. | ATTACHMENT # |
|---|---|---|---|---|
| '75 | STUDIES IN AMER. NEGRO LIT. | HU | 3.0 | TRANSCRIPT |
| 75 | HIST. OF ENG. LANG. | " | 3.0 | " |
| 74 | 17th CENT. LIT II | " | 3.0 | " |
| 73 | 17th CENT. LIT I | " | 3.0 | " |
| | | | | " |

Has an official transcript been filed with the Office of Academic Affairs?   ✓ (Yes)   _____ No

--2--

2. Short Courses, Workshops, etc. (not included in III A1)

| DATE | TITLE | ROLE | SPONSOR(S) | HOURS | ATTACHMENT # |
|------|-------|------|------------|-------|--------------|
| 6/94 | FELLOWSHIP | SPL. EDUCATOR TRAINEE IN JOURNALISM | DOW JONES NEWSPAPER FUND (WALL ST. JOURNAL) | 1 week | PROMOTION Folder p.9 #153-156 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Conference Particpation

| DATE | NATURE OF CONFERENCE | ROLE | ATTACHMENT # |
|------|----------------------|------|--------------|
| Feb. 2000 | BLACK MEDIA HISTORY WITH A LOCAL FOCUS SEMINAR | PRINCIPAL PRESENTER | PROMOTION FOLDER P.10 # ~~153-156~~ 172 |
| 10/99 | SIGNATURE SERIES LECTURES, ARENA STAGE | LEAD DISCUSSION LEADER | PROMOTION Folder P.11 #189-193 |
|  |  |  |  |

B. AUTHORSHIPS

1. Books

| DATE | TITLE | PUBLISHER | CO-AUTHOR(S) | ATTACHMENT # |
|------|-------|-----------|--------------|--------------|
|  |  |  |  |  |
|  |  |  |  |  |

B.2/OTHER ① EDITED BOOK, TEEN POWER, Promotion Folder p.8 #141

② REVIEWED BOOK, HARLEM PRINCESS, Promotion Folder p.8 #141-144

2. Published Papers, Articles, Reports, etc.

| DATE | TITLE | PUBLISHER | CO-AUTHOR(S) | ATTACHMENT # |
|---|---|---|---|---|
| | *See Attached Sheet #1* | | | |
| | | | | |

3. Completed Unpublished Papers, Articles, Reports, etc.

| DATE | TITLE | CO-AUTHOR(S) | ATTACHMENT # |
|---|---|---|---|
| | | — | |
| | | | |
| | | | |
| | | | |

C. Research Activities

   1. Proposals

| DATE | TITLE | FUNDING SOURCE | FUNDED Yes | FUNDED No | ATTACHMENT # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

2. Research in Progress

| STARTING DATE | EST. COMPLETION DATE | BRIEF DESCRIPTION | ATTACHMENT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

D. CREATIVE WORKS, SHOWS, EXHIBITS, PATENTS (include relevant information)

| DATE | NATURE OF WORK/ BRIEF DESCRIPTION | SPONSOR(S)/SOURCE OF RECOGNITION | ATTACHMENT # |
|---|---|---|---|
| 1978-84 | FREEDOMS JOURNAL AWARD | CAPITAL PRESS CLUB | see folder pp23-24 #378-398 |
| '92-2001 | LIVING LEGEND AWARD | OLENDER FOUNDATION UNITED BLACK FUND | FOLDER PP 19-20 #311-346 19-20 |
| 78-84 | PRESS INSTITUTE | CAPITAL PRESS CLUB | |
| 1999 | LITERACY THROUGH JOURNALISM (LTJ) | CPC, UBF JOURNALISM CLUB | PP 20-21 #347-350 |
| | | | |

E. OTHER PROFESSIONAL ACTIVITIES (include all relevant information)

| (See Attachment #2) | ATTACHMENT # |
|---|---|
| | |
| | |

-5-

F. UNIVERSITY SERVICE (include all relevant information)

1. Departmental

| DATE(S) | ACTIVITY | TOTAL # OF ESTIMATED HOURS | ATTACHMENT # |
|---|---|---|---|
| 98-PRESENT | EVALUATION & PROMOTION | 170 | |
| 80-'81 | CHAIR, EVALUATION & PROMOT. | 225 | |
| 79-'84 | MEMBER EVALUATION & PROMOT. | 260 | |
| | | | |
| | | | |
| | | | |

2. College-wide

| DATE(S) | ACTIVITY | TOTAL # OF ESTIMATED HOURS | ATTACHMENT # |
|---|---|---|---|
| 98-PRESENT | SENATOR, UNI. SENATE | | |
| 97-99 | CISLCAD Member P.R. CONTACT INT'NATL. CULTURAL CONFERENCE | 400 | See folder pp 17-18 #299-309 |
| 1988 | ANATOMY OF STREET MURDERS, FAC. SENATE | 280 | See folder p. 21-22 #360-366 |
| 2001-02 | EDUCATIONAL FORUM COORDINATOR | 290 | Folder pp. 10-11 #174-188 |
| | | | |

OTHER: COMMUNITY/PUBLIC SERVICE AND LEADERSHIP ROLE. pp 25-29, Items # 399-460

**Joseph Elam, Promotion Application:**      ATTACHMENT # 1

III.
B. 2. Published Papers, Articles, Reports, etc.

1. Published 12 magazine feature articles ( See Promotion Folder: Contents, Vol.III, pp. 12-13, Items # 215-236

2. Published 43 news features ( Promotion Folder: Contents, Vol. III, Pp.13-15, Items # 277-269

3. Publication of *Free Voice* Newspaper (1978-2000), Promotion Folder:Contents, Vol. II, page 7, Items #  107-135

4. Public Relations Writing: News Releases and Public Service Announcements (PSA), Promotion Folder: Contents, Vol.II, pp. 15-16, Items # 270-286

5. Syllabus Development, Promotion Folder: Contents, Vol. II, pp.1-6, Items # 1-106

6. Curriculum Development, Promotion Folder: Contents, Vol.II, page 8, External Program Review and suggested curriculum upgrade in journalism, Items # 145-149

7. Curriculum Development for *LITERACY THROUGH JOURNALISM ( LTJ)*. Developed teaching Manual, Promotion Folder: contents, Vol. II, page 9, Item # 157 and pp. 18-19, Items # 311-318

8. Symposia, Promotion Folder: Contents, Vol. V., page 29, Items #451 and 452

**Joseph Elam, Promotion Application:**         **Attachment # 2**

### E. Other Professional Activities

1. Executive Editor, *AMERICAN MAGAZINE*, 1984-86,
    See Promotion Folder: Contents, Vol. III, page 12, Items #200-201

2. Editor, *METRO WASHINGTON* Magazine ( 1983- 84), Promotion Folder:
    Contents, Vol.II, page 12, Items # 202-205

3. Faculty Editor/ Advisor, *FREE VOICE,* (1978-2000).

4. Editor, UBF NEWSLETTER (1993- Present), Promotion Folder:Contents,
    Vol. II, page 12, Items # 206-211

5. Chairman, CPC Press Institute, Corresponding Secretary ,Capital Press
    Club, Promotion Folder: Contents, Vol. II, page 11,#198 & 199., Vol. IV,
    Page 17, # 289

6. Member, Washington Association of Black Journalists, See Resume

8. Awards, Certificates and citations for professional excellence and service,
    See Promotion Folder: Contents, Vol. Vol.II, pp. 9-10, Items # 157-171