DEPARTMENT EVALUATION AND PROMOTION COMMITTEE
REVIEW OF APPLICATION FOR PROMOTION

Applicant's Name: **Joseph V. Elam** For the Rank of **PROFESSOR**

| CATEGORY | OBSERVATIONS |
|---|---|
| II. PERFORMANCE EVALUATIONS | See ADDENDUM |
| III. A. CONTINUING EDUCATION | |
| B. AUTHORSHIPS | |
| C. RESEARCH | |
| D. WORKS, SHOWS, EXHIBITS PATENTS | |
| E. OTHER PROFESSIONAL ACTIVITIES | |
| F. UNIVERSITY SERVICE | |
| G. COMMUNITY SERVICE | |

Strongly Recommended **3**    Recommended But Not Strongly **1**    Not Recommended _____

RANKED NUMBER **1** OF **1**

Date: **Nov. 14 2002**    Signed: **Warren Van Buren**
Chairperson, DEPC

To be submitted to the College Evaluation and Promotion Committee Chairperson and to the applicant no later than the first Friday in December.

DEFENDANT'S EXHIBIT D