**University of the District of Columbia**
College of Arts and Sciences
Urban Affairs, Social Sciences and Social Work Department
**Social Work Program**
4200 Connecticut Avenue, N.W.
Building 41, Room 407
Washington, D.C. 20008
Telephone (202) 274-5719

August 4th, 2003

To: Rachel Petty, Ph.D.
    Dean, College of Arts and Sciences

From: Janet Burton: DSW
      Chairperson, College of Arts and Sciences Evaluation and Promotion Committee

The 2002-2003 CAS Evaluation and Promotion Committee has finalized its work. The applications were reviewed using the February 1991 revised Procedures and Standards set by the University Promotions Committee. The ranked recommendations of applicants for promotion are listed below.

| Rank Order | Rank and Rank Applied for | Recommendation |
|---|---|---|
| 1. Sheila Martin | Assoc. to Full | Strongly Recommended |
| 2. Joseph Elam | Assoc. to Full | Strongly Recommended |
| 3. Brenda Brown | Asst. to Assoc. | Strongly Recommended |
| 4. Nelda Ormond | Assoc. to Full | Recommended |
| 5. Barbara Harvey | Asst. to Assoc. | Not Recommended |
| 6. Doris Peters | Assoc. to Full | Not Recommended |
| 7. Bhajan Badwal | Assoc. to Full | Not Recommended |
| 8. Karen Holum | Asst. to Assoc. | Not Recommended |
| 9. Robert Cohen | No application materials were received | |


DEFENDANT'S EXHIBIT F