*University of the District of Columbia*
*College of Arts and Sciences*



**Office of the Dean**
4200 Connecticut Avenue, N.W.
Washington D.C. 20008

Telephone: (202) 274-5194

**Corrected Copy**

April 25, 2004

MEMORANDUM

TO:     Wilhelmina Reuben-Cooke
        Provost and Vice President for
        Academic Affairs

FROM:   Rachel M. Petty, Dean
        College of Arts and Science

SUBJECT: PROMOTION RECOMMENDATIONS- 2002-03

The 2002-03 College of Arts and Sciences Evaluation and Promotion Committee forwarded its recommendations to me in August 2003. Subsequently, I reviewed the application and supporting documentation provided by each applicant. After extensive deliberation, I am forwarding my recommendations and, in cases where my assessment differs from that of the committee, the rationale/justification for my decision/

I am concurring with the Committee and am **strongly recommending** the promotion of Dr. Shiela Harmon-Martin from Associate Professor to Professor. Dr. Martin has an exemplary record of scholarship and professional contributions to her discipline. She has chaired her academic department for five years and has served the University as a member of a wide range of committees. Her community service is extensive.

I also support the Committee's **strong recommendation** that Professor Brenda Brown move from the rank of Assistant Professor to the rank of Associate Professor. Ms. Brown has served the University as president of UDCFA/NEA. She has also participated in curriculum development within her department, she has been active in Faculty Senate and self-study task forces on governance.

I also concur with the Committee's decision to **recommend** Professor Nelda Ormond for



promotion to professor. Ms. Ormond's ouitstanding teaching, her service to the University, her active performance record and her continued study and professional development in vocal performance are her assets. Her limitations are her lack of the terminal degree and her limited written scholarship. Since she applied for promotion she has entered a doctoral program in music at Columbia University.

I also concur with the Committee's decision and am **not recommending** the following candidates for promotion:
Barbara Harvey
Kaaren Holum
Doris Peters
Bhajan Badwal

The Committee strongly recommended that Professor Joseph Elam be promoted to the rank of professor. I am **not recommending** Professor Elam's promotion. Although he has earned two masters degrees, one in English and one in Journalism, there is insufficient evidence that he has kept abreast of major changes in his field through continuing education. This is especially significant since there have been so many changes in journalism, including the use of technology in writing and publication, the rise in importance of legal and ethical issues, etc. Further, there is no evidence that he has provided leadership in curriculum review and development that maintains the currency of the course of study to which his students are exposed.

Professor Elam's promotion portfolio shows extensive evidence of his continued work as a journalist with local media and in public relations with the United Black Fund. However, there is no evidence of peer-reviewed research/writing or of writing awards or of critical acclaim by other professional writers or of organizations in the public relations field. His strength is his strong community service and his success in organizing conferences and projects that bring attention to the University. Professor Elam's service accomplishments are significant, but I do not feel that these justify promotion to the highest academic rank. More evidence of scholarship and/or journalistic excellence is required.