## DEAN'S REVIEW OF APPLICATION FOR PROMOTION

Applicant's Name: Nelda Ormond               For the Rank of Professor

| CATEGORY | OBSERVATIONS |
|---|---|
| II. PERFORMANCE EVALUATIONS | Teaching and teaching related activities judged as "Above Average" or "Excellent" by peers. |
| III. A. CONTINUING EDUCATION | Private Studies (1972-1986). Short Courses (1966, 1980, 1984 & 1994) |
| B. AUTHORSHIPS | None Cited |
| C. RESEARCH | None Cited |
| D. WORKS, SHOWS, EXHIBITS PATENTS | Demonstrates consistent records of local and national performances; 1978-1999. Vocal Seminars offered at the university and at area churches. |
| E. OTHER PROFESSIONAL ACTIVITIES | |
| F. UNIVERSITY SERVICE | Has served on several Departmental and College Committees. 1978-1999. |
| G. COMMUNITY SERVICE | Evidences established record of contributions to the community through performances, lectures and church appearances. |

Recommended  X  (Not Strongly)            Not Recommended ____

Ranked Number  1  of  1

Reason: Although the applicant presents an impressive continuing record of performances, there is no evidence shown for continuing education and professional development since the mid 1980's. Services to the University and the community have been exemplary.

It is further noted that the evaluation materials do not include activities beyond the AY 1999-2000.

The manner in which the materials are organized precluded one from easily assessing the progression of activities in the areas of teaching, service and scholarship and professional growth and development.

Date: 3/6/02          Signed: _Bertha D. Minus_
                              Dean

DEFENDANT'S EXHIBIT J