FORM P-5 85

# DEAN'S REVIEW OF APPLIOCATION FOR PROMOTION

Applicant's Name: <u>Abiose Adebayo</u>        For the Rank of <u>Professor</u>

| CATEGORY | OBSERVATIONS |
|---|---|
| II. PERFROMANCE EVALUATIONS | Excellent based on Attachment 2 from 1995. No recent formal performance evaluation record is available. |
| III. A. CONTINUING EDUCATION | Excellent based on Attachments 7, 25, 27, and 30. |
| B. AUTHORSHIPS | Good. There is ample evidence of work in progress (Attachments 17 and 18). However, none have so far resulted in a published work or peer reviewed paper. |
| C. RESEARCH | Good as evidenced by Attachments 5, 6, 11, 14, and 28. None have so far resulted in a published peer reviewed paper. |
| D. WORKS, SHOWS, EXHIBITS, PATENTS | Excellent as evidenced by Attachments 16 (ME Self-Study Report) and 29 (Senior Capstone Supervision) that removed an ABET cited program deficiency. |
| E. OTHER PROFESSIONAL ACTIVITIES | Excellent as evidenced by service as SEC Interim Director and several activities provided as Attachments. |
| F. UNIVERSITY SERVICE | Excellent as evidenced by service as NASA ERC Director, Self-Study Committee, Research Council, and many others. |
| G. COMMUNITY SERVICE | Excellent as evidenced by service as SEC Interim Director and Attachments 12, 26, and others. |

Recommended    __X__           Not Recommended  _____

RANKED NUMBER __1__ OF __1__

Reason:
Only one candidate from the School of Engineering and Applied Sciences applied for promotion to the rank of Professor during AY 2003-2004.

Date: __April 14, 2003__        Signed: _[signature]_
                                          Dean

DEFENDANT'S EXHIBIT K

**To be submitted to the Provost/Vice President for Academic Affairs and to the applicant no later than the fourth Friday in February.**