UNIVERSITY OF THE DISTRICT OF COLUMBIA
APPLICATION FOR PROMOTION

Directions;

Complete this form, append all supporting documentation in the same order as listed herein, and submit to your Department Chairperson no later than the second Friday of September. Index all attachments and reference the attachment numbers in the appropriate section of this form.

NAME ABIOSE ADEBAYO                 DATE 9/11/03

COLLEGE SEAS                        DEPARTMENT EAAST

CURRENT RANK ASSOC. PROFESSOR       STEP _____

DATE PROMOTED TO
CURRENT RANK  AUGUST 1985

DATE OF INITIAL EMPLOYMENT AT UDC OR
PREDECESSOR INSTITUTION  AUGUST 1982

RANK APPLYING FOR PROFESSOR

I. EARNED DEGREES AND CERTIFICATES

| DEGREE | MAJOR | INSTITUTION | CITY/STATE | DATE |
|---|---|---|---|---|
| Ph.D | AERONAUTICS | M.I.T | CAMB, MASS | 1978 |
| MS | AEROSPACE ENGINEERING | KIEV AVIATN INSTITUTE | KIEV UKRAINE | 1975 |
| ME - Degree | AIRCRAFT ENGINES | KIEV AVIATION INSTITUTE | KIEV UKRAINE | 1975 |

The remainder of this application pertains to the time period from the date of successful application for promotion to the current rank. Add additional pages as necessary. Material pertaining to the period before the date of successful application for promotion to current rank may be appended to the application.



RECEIVED APR 22 2004 VICE PRESIDENT FOR ACADEMIC AFFAIRS

DEFENDANT'S EXHIBIT L