UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOSEPH V. ELAM,              )
                             )
        Plaintiff,           )
                             )
     v.                      )   Civil Action No. 05-01557(JDB)
                             )
BOARD OF TRUSTEES OF         )
THE UNIVERSITY OF THE        )
DISTRICT OF COLUMBIA,        )
                             )
        Defendants.          )
_____)
```

**CONSENT MOTION TO EXTEND THE DEADLINE FOR
FILING PLAINTIFF'S SUMMARY JUDGMENT OPPOSITION**

Plaintiff Joseph V. Elam, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rules 6(b) and 16(b), respectfully moves for an extension of the deadline for filing Plaintiff's Summary Judgment Opposition. In support of this Motion, Plaintiff states as follows:

1. On February 15, 2007, the Court held a post-discovery Status Conference, and among other issues, set deadlines for Summary Judgment Motions, Oppositions, and Replies. The Court also referred this case for mediation through the U.S. District Court's Alternative Dispute Resolution Program and set April 23, 2007 as the deadline for completing mediation.

2. Defendants filed their Motion for Summary Judgment on March 19, 2007. Plaintiff's Opposition is now due April 18,

2007.

3. The parties held their first mediation session with the D.C. Circuit mediator on April 2, 2007, four days ago. At the completion of the session, the parties and the mediator agreed that a second session was necessary and confirmed April 20, 2007 as the next mediation date, three days before the Summary Judgment Opposition deadline.

4. The parties agreed with the mediator's recommendation of not incurring additional attorney fees and expenses prior to the next scheduled mediation date in reliance on facts presented at the first mediation session, and in fairness to the mediation process. Accordingly, Plaintiff agreed to seek an extension of time to file his Opposition in order to continue the mediation process. Plaintiff further agreed that his obligation to file his Summary Judgment Opposition would be tied to the outcome of mediation, and if necessary, would be filed no later than 30 days after the conclusion of mediation.

5. If mediation is successful, the parties will not need to engage in further litigation and will apprise the Court accordingly.

6. The Court has not granted any previous requests for an extension of Plaintiff's Summary Judgment Opposition deadline.

7. Plaintiff proposes the following schedule for the remaining Summary Judgment Motions. If no settlement if reached during the mediation period, Plaintiff's Summary Judgment Opposition shall be due by May 23, 2007, 30 days later.  Any Reply shall be due by June 6, 2007.

8. Counsel for Plaintiff and Defendant have discussed the above and Defendant's counsel consents to this Motion.

WHEREFORE, for all the above reasons, Plaintiff respectfully requests that the Court grant this Motion and issue an Order extending Plaintiff's deadline for filing his Summary Judgment Opposition to May 23, 2007.  A supporting Memorandum and proposed Order accompany this Motion.

                                        Respectfully submitted,

                                        /s/    Valencia R. Rainey
                                        JOSEPH D. GEBHARDT
                                          (D.C. Bar No. 113894)
                                        VALENCIA R. RAINEY
                                          (D.C. Bar No. 435254)
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

                                        Attorneys for Plaintiff