**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOSEPH V. ELAM,          )
                                 )
        Plaintiff,    )
                                 )
    v.                )    Civil Action No. 05-01557(JDB)
                                 )
BOARD OF TRUSTEES OF    )
THE UNIVERSITY OF THE   )
DISTRICT OF COLUMBIA,    )
                                 )
        Defendants.   )
_____)

**MEMORANDUM IN SUPPORT OF
CONSENT MOTION TO EXTEND THE DEADLINE FOR
FILING PLAINTIFF'S SUMMARY JUDGMENT OPPOSITION**

1.    Fed. R. Civ. P. 6(b) and 16(b).

2.    The inherent powers of this Court.

3.    The reasons stated in the Consent Motion to Extend the Deadline for Filing Plaintiff's Summary Judgment Opposition.

                             Respectfully submitted,

                              /s/ Valencia R. Rainey
                              JOSEPH D. GEBHARDT
                              (D.C. Bar No. 113894)
                              VALENCIA R. RAINEY
                              (D.C. Bar No. 435254)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

April 6, 2007                Attorneys for Plaintiff