UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-01557(JDB) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion to Extend the Deadline for Filing Plaintiff's Summary Judgment Opposition, and the full record, it is hereby on this ____ day of April, 2007, **ORDERED:**

1. That the Consent Motion is GRANTED;

2. That on or before April 23, 2007, the parties shall file a Joint Status Report on the status of their mediation and indicate whether Plaintiff will need to file his Opposition to Defendant's Motion for Summary Judgment; and

3. Plaintiff's Summary Judgment Opposition, if necessary, shall be due no later than May 23, 2007; and any Reply shall be due no later than June 6, 2007.

                                                                          _____
                                                                          JOHN D. BATES
                                                                          UNITED STATES DISTRICT JUDGE