UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, </br></br>       Plaintiff, </br></br>v. </br></br>BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, </br></br>       Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-1557 (JDB) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT STATUS REPORT

Pursuant to this Court's Order of April 9, 2007, the parties hereby jointly submit this report informing the Court of the status of their mediation. The parties had scheduled a second mediation session for April 20, 2007, but that mediation session had to be canceled at the request of the defendant due to the sudden unavailability of the University General Counsel. The parties are in the process of rescheduling another mediation session with the mediator; however, this involves identifying a new representative to replace the University General Counsel at the mediation. Due to this difficulty and the schedule of defendant's counsel, which includes an upcoming trial on May 1, 2007, before Judge James Robertson in <u>Wayne Settle, et al. v. District of Columbia</u>, C.A. No. 04-288, the parties request that the time period for mediation be extended sixty (60) days, through June 22, 2007. The mediator concurs with this request. In order to maintain the integrity of the current negotiations, defendant does not object to plaintiff's summary judgment opposition deadline being extended thirty (30) days from the end of the mediation period, to July 23, 2007. The time for replies would be similarly extended until August 6, 2007. A proposed order is attached hereto.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

/s/ Valencia Rainey /s/         GEORGE C. VALENTINE
JOSEPH D. GEBHARDT (113894)         Deputy Attorney General, Civil Litigation Division
VALENCIA R. RAINEY (435254)
GEBHARDT & ASSOCIATES, LP
1101 17th Street, N.W.
Suite 807         /s/ Phillip A. Lattimore, III /s/
Washington, DC 20036-4716         PHILLIP A. LATTIMORE, III [422968]
(202) 496-0400         Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  carl.schifferle@dc.gov