UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF TRUSTEES OF THE )<br>UNIVERSITY OF THE DISTRICT OF )<br>COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1557(JDB) |

ORDER

Upon consideration of the joint status report and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED, that the time period for mediation is extended through and including June 22, 2007, and it is,

FURTHER ORDERED, that plaintiff's opposition to defendant's summary judgment motion shall be due on July 23, 2007, and it is,

FURTHER ORDERED, that defendant's reply to plaintiff's opposition shall be due on August 6, 2007.

_____
JOHN D. BATES
United States District Judge