UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557 (JDB) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

JOINT STATUS REPORT

Pursuant to this Court's Order of April 23, 2007, the parties hereby jointly submit this report following the conclusion of mediation. The parties have concluded mediation without resolution of the case. Defendant requests that the current briefing schedule remain in place for the defendant's pending motion for summary judgment. Plaintiff, though, requests an additional three-week extension, with his opposition due August 13, 2007, and defendant's reply due August 27, 2007. Defendant will not object to plaintiffs' request but would oppose any further extension absent extraordinary circumstances.[1]

Respectfully submitted,

/s/ Valencia Rainey /s/
JOSEPH D. GEBHARDT (113894)
VALENCIA R. RAINEY (435254)
GEBHARDT & ASSOCIATES, LP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
(202) 496-0400

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

---

[1] Defendant's counsel discussed the substance of this status report with plaintiff's counsel but was unable to reach plaintiff's counsel after providing a draft of this report.

2

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov