UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-01557(JDB) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, | ) |
|     Defendant. | ) |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF
TIME IN WHICH TO COMPLETE HIS OPPOSITION**

Plaintiff Joseph V. Elam, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and 16(b), respectfully moves this Court for an Order extending the time to complete his Opposition to Defendant's Motion for Summary Judgment in this case by one week, through and including August, 20, 2007. In support of this Motion, Plaintiff states as follows:

1. Discovery in this matter has concluded, and Defendant has filed a Motion for Summary Judgment. The parties subsequently engaged in mediation which did not a lead to resolution of Plaintiff's claims.

2. The deadline for Plaintiff's Opposition is August 13, 2007; however, Plaintiff requires one additional week to

complete his Opposition.

3. Plaintiff has made every effort to comply with the Court's scheduling deadline. Unfortunately, a series of unexpected and unanticipated events are preventing Plaintiff from meeting the August 13th deadline. First, undersigned counsel had an unexpected death in the family and was required to immediately travel out of state for several days. Further, counsel had to prepare a detailed Pre-trial Statement for a pre-trial conference, scheduled for August 10, 2007, in *United States v. Harris*, before the Honorable Reggie B. Walton (although the Court continued the pre-trial conference date after counsel had done substantial work on the pre-trial motion.) Lastly, counsel's schedule was again disrupted by unanticipated events during settlement negotiations in *Jeandron v. University of Maryland*, a case before the Honorable Andre M. Davis, in the U. S. District Court of Maryland. (The Maryland Board of Public Works recently approved this case for settlement on August 1, 2007.)

4. Counsel has made every effort to comply with the Court's deadline, but must now seek additional time.

5. This Court has granted one extension of the Opposition deadline. Counsel for Defendant was not available to express

his position on this motion.

WHEREFORE, for the above noted reasons, Plaintiff respectfully requests a short, one week extension to August 20, 2007 to file his Opposition. Plaintiff will request no further extensions of time for this Opposition. A proposed Order accompanies this Motion.

                          Respectfully submitted,

                          ___/s/_____
                          JOSEPH D. GEBHARDT
                          (D.C. Bar No. 113894)
                          VALENCIA R. RAINEY
                          (D.C. Bar No. 435254)
                          GEPHARDT & ASSOCIATES, LLP
                          1101 17th Street, NW
                          Suite 807
                          Washington, DC 20036-4716
                          (202) 496-0400
August 9, 2007          Attorneys for Plaintiff