**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01557(JDB) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

UPON CONSIDERATION OF Plaintiff's Motion for an Extension of Time in Which to file his Opposition, and the full record, it is hereby on this ____ day of August, 2007, **ORDERED:**

1. That the Motion is GRANTED;

2. That the Opposition deadline is August 20, 2007; and

3. Defendant's Reply, if any, shall be due on or before September 4, 2007.

                                                                   _____
                                                                   JOHN D. BATES
                                                                   UNITED STATES DISTRICT JUDGE