UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1557(JDB) |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF THE DISTRICT OF | ) |
| COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO COMPLETE HIS OPPOSITION

Defendant will not object to the present requested extension, provided that (1) no further extensions of plaintiff's opposition deadline are permitted; and (2) defendant is permitted until September 21, 2007, to file its reply. Defendant notes that plaintiff has already received several extensions of his original opposition deadline of April 18, 2007. Moreover, the most recent extension granted to plaintiff by the Court ordered that no further extensions would be granted except under extraordinary circumstances. Unfortunately, the presently requested extension will now cause the defendant's ordinary time for reply to fall within the scheduled leave of defendant's counsel, necessitating the longer period of time requested herein for defendant's reply.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov