```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JOSEPH V. ELAM,                  )
                                 )
        Plaintiff,               )
                                 )
    v.                           )  Civil Action No. 05-1557 (JBD)
                                 )
BOARD OF TRUSTEES OF             )
THE UNIVERSITY                   )
OF THE DISTRICT OF COLUMBIA,     )
                                 )
        Defendant.               )
```

**EXHIBITS**

1. Associate Professor Joseph V. Elam's Application

2. Associate Professor Joseph V. Elam's 29-page submission

3. Associate Professor Joseph V. Elam's Scholarship

4. Rankings of College Promotions Committee (CPC); Department Recommendation

5. Conciliation Agreement, March 18, 1982

6. Associate Professor Nelda Ormond's Department Evaluation

7. Associate Professor Joseph V. Elam's Deposition excerpts

8. Associate Professor Nelda Ormond's Deposition excerpts

9. Associate Professor Adiose Adebayo's Deposition excerpts

10. Associate Professor Shiela Harmon-Martin's Deposition excerpts

11. Dean Rachel Petty's Deposition excerpts

12. Provost and Vice President Wilhelmina Reuben-Cooke's Deposition excerpts

13. President William L. Pollard's Deposition excerpts

14. Fourth Master Agreement

15. Dean Rachel Petty's letter, May 14, 2004

16. Provost and Vice President Wilhelmina Reuben-Cooke's letter, May 13, 2004

17. President William L. Pollard's letter, July 19, 2004

18. Associate Professor Joseph V. Elam's letter to President William L. Pollard, May 17, 2004

19. Journalism Curriculum Update