**EXHIBIT 1**

<u>MEMORANDUM</u>

September 5, 2002

TO: Professor Harvey Van Buren, Chair
Evaluation and Promotions Committee
Department of Mass Media, Visual and Performing Arts
University of the District of Columbia

THRU: Professor Yvonne P. Carter, Chair
Department of Mass Media, Visual and Performing Arts

FROM: Joseph V. Elam, Associate Professor of Journalism

SUBJ: Intent to apply for promotion to full professorship

This is to declare my intention to apply for full professorship under the 4th Master Agreement guidelines. To the best of my knowledge, I am qualified under the criteria established.

My last promotion was in 1982 from assistant to the associate rank, based on my 1979 application. I have been in the Associate Professor's position since 1982. I have received excellent/outstanding ratings in the last three evaluations.

As for Academic qualifications, I have a master's in Journalism, a master's in English, and over 12 credit hours toward a Ph.D. Further, I have received training at the Wall Street Journal as a special educator in journalism in 1994 under a Dow Jones Newspaper Fund scholarship. Also, I have completed a full year of law studies, which enable me to understand and interpret media law in teaching journalism.

I have also substantial achievements in my teaching, professional, university, and community services record.

I, therefore, request that my application for promotion be considered with all assistance and advice from your office.

FORM P-1 85

## UNIVERSITY OF THE DISTRICT OF COLUMBIA
## APPLICATION FOR PROMOTION

**Directions:**

Complete this form, append all supporting documentation in the same order as listed herein, and submit to your Department Chairperson no later than the second Friday of September. Index all attachments and reference the attachment numbers in the appropriate section of this form.

NAME **Joseph V. Elam**

COLLEGE **Arts & Sciences**

DATE **Sept. 12, 2002**

CURRENT RANK **Associate Prof.**

DEPARTMENT **MMVPA**

STEP **13+**

DATE PROMOTED TO CURRENT RANK **1980**

DATE OF INITIAL EMPLOYMENT AT UDC OR PREDECESSOR INSTITUTION **Oct. 1971**

RANK APPLYING FOR **Full Professor**

### I. EARNED DEGREES AND CERTIFICATES

| DEGREE | MAJOR | INSTITUTION | CITY/STATE | DATE |
|---|---|---|---|---|
| M.S.J | Journalism | Medill School Northwestern | Evanston, Ill. | 1967 |
| M.A. | English | Kerala Uni. | India | 1962 |
| B.A. | Economics | Madras Uni. | India | 1958 |
| F.L. | Law (First Year Law) (Completed) | Maharaja's Law School | India | 1959 |

The remainder of this application pertains to the time period from the date of successful application for promotion to the current rank. Add additional pages as necessary. Material pertaining to the period before the date of successful application for promotion to current rank may be appended to the application.

II. PERFORMANCE EVALUATIONS

Summary of Previous Performance Evaluations (indicate both numerical score and rating for overall performance). Attach copies of referenced profile sheets. Begin listing with the most recent evaluation.

| YEAR | TEACHING | SCHOLARSHIP | UNIV. SERV. | COMM. SERV. | OVERALL |
|---|---|---|---|---|---|
| 2002 | I DO NOT HAVE ANY OF THE RECENT EVALUATIONS SINCE THE EVALUATION PROCESS HAD BEEN SUSPENDED OR DERAILED SINCE THE CONTROL BOARD ATTACKS ON UDC FROM 1996 ONWARDS | | | | Outstanding |

NOTE ←

III. SCHOLARSHIP AND PROFESSIONAL ACTIVITIES

A. Continuing Education

1. Courses completed for academic credit

| DATE | COURSE NO. & TITLE | INSTITUTION | CREDIT HRS. | ATTACHMENT # |
|---|---|---|---|---|
| 75 | STUDIES IN AMER. NEGRO LIT. | HU | 3.0 | TRANSCRIPT |
| 75 | HIST. OF ENG. LANG. | " | 3.0 | " |
| 74 | 17TH CENT. LIT. II | " | 3.0 | " |
| 73 | 17TH CENT. LIT. I | " | 3.0 | " |

Has an official transcript been filed with the Office of Academic Affairs?   ✓ Yes   ___ No

2. Short Courses, Workshops, etc. (not included in III A1)

| DATE | TITLE | ROLE | SPONSOR(S) | HOURS | ATTACHMENT # |
|---|---|---|---|---|---|
| 6/94 | FELLOWSHIP | SPL. EDUCATOR TRAINEE IN JOURNALISM | DOW JONES NEWSPAPER FUND (WALL ST. JOURNAL) | 1 Week | PROMOTION FOLDER p.9 #153-156 |
| | | | | | |
| | | | | | |

3. Conference Particpation

| DATE | NATURE OF CONFERENCE | ROLE | ATTACHMENT # |
|---|---|---|---|
| Feb. 2000 | BLACK MEDIA HISTORY WITH A LOCAL FOCUS SEMINAR | PRINCIPAL PRESENTER | PROMOTION FOLDER p.10 # ~~153-156~~ 172 |
| 10/92 | SIGNATURE SERIES LECTURES, ARENA STAGE | LEAD DISCUSSION LEADER | PROMOTION FOLDER P.11 #189-193 |
| | | | |

B. AUTHORSHIPS

1. Books

| DATE | TITLE | PUBLISHER | CO-AUTHOR(S) | ATTACHMENT # |
|---|---|---|---|---|
| | | | | |
| | | | | |

B.2/OTHER (1) EDITED BOOK, TEEN POWER, Promotion folder p.8 #141

(2) REVIEWED BOOK, HARLEM PRINCESS, Promotion Folder p.8 #141-144

2. Published Papers, Articles, Reports, etc.

| DATE | TITLE | PUBLISHER | CO-AUTHOR(S) | ATTACHMENT # |
|------|-------|-----------|--------------|--------------|
|      | (See ATTACHED SHEET #1) | | | |
|      |       |           |              |              |
|      |       |           |              |              |

3. Completed Unpublished Papers, Articles, Reports, etc.

| DATE | TITLE | CO-AUTHOR(S) | ATTACHMENT # |
|------|-------|--------------|--------------|
|      |       |              |              |
|      |       |              |              |
|      |       |              |              |
|      |       |              |              |

C. Research Activities

   1. Proposals

| DATE | TITLE | FUNDING SOURCE | FUNDED Yes | FUNDED No | ATTACHMENT # |
|------|-------|----------------|------------|-----------|--------------|
|      |       |                |            |           |              |
|      |       |                |            |           |              |
|      |       |                |            |           |              |

2. Research in Progress

| STARTING DATE | EST. COMPLETION DATE | BRIEF DESCRIPTION | ATTACHMENT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

D. **CREATIVE WORKS**, SHOWS, EXHIBITS, PATENTS (include relevant information)

| DATE | NATURE OF WORK/ BRIEF DESCRIPTION | SPONSOR(S)/SOURCE OF RECOGNITION | ATTACHMENT # |
|---|---|---|---|
| 1978-84 | FREEDOM'S JOURNAL AWARD | CAPITAL PRESS CLUB | see folder pp 23-24 #378-398 |
| '92-2001 | LIVING LEGEND (AWARD) | OLENDER FOUNDATION UNITED BLACK FUND | FOLDER pp. 19-20 #311-346 |
| 78-84 | PRESS INSTITUTE | CAPITAL PRESS CLUB | |
| 1999 | LITERACY THROUGH JOURNALISM (LTJ) | CPC, UBF, Journalism Club | pp. 20-21 #347-350 |

E. OTHER PROFESSIONAL ACTIVITIES (include all relevant information)

| (see Attachment #2) | ATTACHMENT # |
|---|---|
| | |

F. UNIVERSITY SERVICE (include all relevant information)

1. Departmental

| DATE(S) | ACTIVITY | TOTAL # OF ESTIMATED HOURS | ATTACHMENT # |
|---|---|---|---|
| 98-PRESENT | EVALUATION & PROMOTION | 170 | |
| 80-81 | CHAIR, EVALUATION & PROMOT. | 225 | |
| 79-84 | MEMBER EVALUATION & PROMOT. | 260 | |
| | | | |
| | | | |

2. College-wide

| DATE(S) | ACTIVITY | TOTAL # OF ESTIMATED HOURS | ATTACHMENT # |
|---|---|---|---|
| 98-PRESENT | SENATOR, UNI. SENATE | | |
| 97-99 | CISLCAD Member INTNATL. CULTURAL P.R.CONTACT CONFERENCE | 400 | see folder pp 17-18 # 299-309 |
| 1988 | ANATOMY OF STREET MURDERS, FAC.SENATE | 280 | see folder p. 21-22 # 360-366 |
| 2001-02 | EDUCATIONAL FORUM COORDINATOR | 290 | Folder pp. 10-11 # 174-188 |

OTHER: COMMUNITY/PUBLIC SERVICE AND LEADERSHIP ROLE, pp. 25-29, Items # 399-460