# EXHIBIT 2

Joseph V. Elam (Joe Elam)
Associate Professor of Journalism
Department of Mass Media, Visual and Performing Arts
University of the District of Columbia
Phone: 274-5747 (UDC)   (703) 803-6908 (R)

## PROMOTION FOLDER: CONTENTS

Letter of Intent to apply
1. Resume
2. Bio Sketch

## TEACHING AND TEACHING RELATED

### SYLLABI

3. News Reporting, Fall 2002

4. News Editing, Fall 2002

5. Fundamentals of Journalism, Fall 2002

6. Funds. Of Journalism, spring 2002

7. Feature Article Writing, spring 2001

8. Intro. To Public Relations, spring 2002

9. Feature Article Writing, spring 2001

10. Funds. Of Journalism, fall '98

11. News and Journalism Lab-I, Fall '98

12. Newspaper Production, fall '98

13. Intro. To Mass Media, spring '92

14. News and Journalism Lab-II, spring'92

### INSTRUCTIONAL AND EVALUATION MATERIAL

15. Letter from Kettering Foundation offering material on public journalism

16. Public Journalism: Theory and Practice. Research handout

-More-

### _Elam, Promotion Folder: Contents, page 2_

17. Civic Journalism: It's More Than Good Journalism

18. Journalism and Democracy: Exploring How Universities Might Strengthen the Condition. Mandatory research handout

19. Our Republic's Historic Mission: A Talk With Lyndon La Rouche. Internet research topic

20. Leads: Getting Started on a story

20.1. The Inverted Pyramid

21. The Thesis Sentence. How it resembles the Lead sentence in Hard News

22. Modern Trends in Newspaper Design: Notes

23. Copy Preparation checklist for all journalism courses

24. Trite Expressions

25. Reference chart for copy-editing symbols for all journalism courses

26. Format and copy-editing symbols

27. Copy platform for Advertising in PR

28. Contemporary Editing workbook

29. Clichés and Euphemisms

30. Advice from the New York Times on accuracy of headlines, sub-heads and deadheads

31. Format Exercise

32. D.C. Government Agencies Directory for beat reporting

33. D.C. City Council Directory for city beat reporting

34. History of the Black Press: Lecture Notes

35. History of the Afro-American Newspapers

-More-

*Elam, Promotion Folder: Contents, page 3*

36. Civil Rights Journal: The Road Ahead for Civil Rights, 40th Anniversary Issue.
    U.S. Commission on Civil rights. Follow-up story assignments via internet
    Research

37. Libel Law: Civil and Criminal Libel. Case law. Elam's summary notes

38. The Elements of Libel. Lecture Notes

39. The Feature: Defining that Elusive Term. A summary lecture notes

40. The Query Letter. A guide sheet for writing queries

41. Idea Files: How to develop article ideas on index cards

42. To Market, To Market: Marketing strategies for beginning writers

43. Writing: Disciplines and Techniques

44. Personality Profile: 10 steps

45. Making the first Magazine sale

46. CALLIOPE:  Sample of a  new magazine : A proposal generated from class

47. PR Marketing. Lecture Notes

48. Details of PR work: Media Kits

49. Planning for PR effectiveness. Summary Notes

50. Tips for public/ media relations

51. How to Prepare an Effective resume for  PR / media related jobs

52. Washington Post Premiere screening  of "Minorities in Journalism: Making
    a Difference( An outreach  and career information videotape  developed  to
    encourage  young people to pursue  journalism careers).  Elam's class attended
    the screening

53. Ketchum International: mentorship Program workshop, Oct. 18, 20001.
    Attended by UDC PR and Journalism classes , led by Elam

-More-

*Elam, Promotion Folder: Contents, page 4*

54. Spend an evening with KETCHUM Learning about the dynamic world of Agency PR. Ketchum/ PRSSA workshop. Feb. 25, 2002. Attended by 18 students, led by Elam

55. Ketchum Internship Program. Prof. Elam has established an ongoing professional relationship with KETCHUM Vice President Fran Barnhardt for facilitating UDC Journalism majors to attend all Ketchum workshops and seminars

56. "Special to the New York Times," A video taking the viewers behind the scenes at New York Times

57 & 58. The Black Press America: Pleading our own cause (3 audio tapes) June 14, 2000

62. AP Stylebook Tests: # 1, # 2 , # 3  # 4

63. Mid-Term Exam. Funds. of Journalism

64. Intro. to PR, Test # 1

65. Intro to PR, Test # 2

66. PR Test # 4

67. Intro. to Mass Media, Test  # 4

68. Funds. of Journalism , Final Exam

69. Study Guide # 1. Funds. of Journalism

70. Research and reaction  story by interview on Ward Connerly's California Proposition 209

71. Editorial unit analysis: Sen. Lott's Retribution

-More-

_Elam's promotion folder: Contents, page 5_

72. Editorial analysis: charter Schools

73. Editorial Analysis: Environmental risks and benefits

74. Follow-up story assignment via telephone interview: Jesuits pledge to work for women's rights

75. Editorial analysis; Pregnant Privacy

76. Editorial Analysis: The Mayor and UDC

77. Editorial Analysis: "the Perils of Driving While Black"

78. Editorial Analysis: Isaac Asimov; Arthur Ashe's Example

79. Follow-up Reaction story on Fauntroy's Bank case

80. News analysis: editorial column. "Choking As They Cheer"

81. Write a 500-word editorial on "Exercise Your Precious Right to Vote"

82. Write a 550-word editorial column on "the Importance of the Next Presidency"

83. Write a 450 word editorial column on "Agitating for Justice"

84. Editorial Unit analysis: "Congress vs. President"

85. Facts about the U.S. War in Afghanistan

86. War, Terrorism and Peace: Many Blacks have doubts. Here's why.

87. Not who You Think. Bin Laden's Ultimate Ambition Is

88. Two volume video documentary on ISLAM by PBS. Mandatory review by journalism class prior to their visit to the Saudi Embassy

89. Islam, A History (book). Mandatory reading

90. Saudi Arabia: Saudi Foreign Policy

**-More-**

*Elam ,Promotion  Folder: Contents, page 6*

91. Exclusive Press Briefing at the Saudi Embassy for the Journalism class on
      Feb. 28, 2002

92. Duplicate item deleted

93. Tentative Workshop planning by the PR class

94. Duplicate item deleted

95. TRILOGY  article on PR workshop and forum. The Forum was attended and covered
      by all journalism majors as special assignment

96.  Letter from a journalism graduate of his first book  on athletic scholarships

97. A journalism graduate's format for  his first magazine conceived  in the Elam's
      Newspaper Production class

97.1. Sample issue of *African Americans On Wheels*, published by Randi Payton,
      1984 graduate, with 900,000 circulation and insert in over 300 Black weeklies

98. UDC Journalism students and the *Washington Informer* Internships, Washington
      Informer, Oct. 20, 1988

99. Mayor's Office of Communications. Press Internship announcement

100. Black Film Review SOJOURNER'S editorial job offer to journalism majors

101. East River Publishing, Inc., internship assessment letter

101.1. Final assessment report  from East of the River  Publishing

102. A journalism major's interaction with the instructor on incidental learning

103. Job placement for  journalism graduate. Elam recommended the hiring

104. National Association of Minority Media Executives (NAMM Foundation's  free
      dinner  invitation for 10 journalism majors. Ten students and Elam attended

105.  Reception for journalism and history majors cosponsored by Journalism and history

106. News Anchor Maureen Bunyon keynotes the graduates at the reception
      for the graduates

**-More-**

*Elam, Promotion Folder: Contents, page 8*

## SCHOLARSHIP AND PROFESSIONAL

140. Profile of Professor Elam, New Observer article, Dec. 19, 1992

141. Book Party for ***TEENPOWER: A to Z EMPOWERS YOUNGSTERS,*** held at J.W. Marriott. New Observer, Jan. 8, 2000 .Elam, editor of the book served as the party coordinator and M.C. for the occasion

142. *TeenPower: A to Z,* Book Review citing Elam for excellent editing, Washington Informer, Jan. 27, 2000

142.1. ***TEENPOWER,*** book cover, edited by Elam

143. Prof. Elam's book review on *Harlem Princess* by Ruth Bates Harris, News & Views, March-April, 1992

144. Book Party: ***An Evening With the Harlem Princess,*** organized by Elam at UDC, ECCTAI Newsletter, January 1992

145. Journalism Program Review Final Draft by Prof. Elam

145. 1. Journalism and Mass Media External Review Report

146. New journalism courses proposed by Prof. Elam for curriculum upgrade

147. Intro. To Computer-Assisted Reporting: Sample Syllabus for curriculum upgrade

148. Copy Editing and Stylebook Use: Sample syllabus for curriculum upgrade

149. Fundamentals of the Internet: Sample Syllabus for curriculum upgrade

150. ***DESTROYING THE MYTH…BUILDING THE FUTURE.*** The Association of Black College Journalism and Mass Communication Programs featured Prof. Elam as an effective minority journalism educator in a national ad in the Editor And Publisher Magazine, Dec. 8 1990

150.1 Editor and Publisher cover, Dec. 8, 1990

151. ***Literacy Through Journalism*** (LTJ) **Project** designed and developed by Prof. Elam to teach inner city kids in schools by using minority publications in class Room to improve reading, writing and oral expressions

151.1. What is Literacy Through Journalism?

152. LTJ AWARDS PROGRAM graduating the first batch of students from M.C. Terrell Elementary, June 14, 2000

-More-

*Elam, Promotion Folder: Contents, page 9*

153. Journalism Educator Award, Dow Jones Newspaper Fund Fellowship
    for Special Journalism Studies, June 1994

154. Report to the Dean about the fellowship at Wall Street Journal's
    New Jersey Campus, August 11, 1994

155. DJNF welcome letter Prof. Elam to their first editing fellowship program

156. Yes, an editor can become a teacher, an article in the welcome package of DJNF

157. Excellence in Teaching Award for teaching *Literacy Through Journalism*
    class at Mary Terrell Elementary, June 19, 2000

158. Appreciation Award from the Capital Press Club, presented to Elam and the PR
    class of spring 1980 for coordinating the 2nd annual UDC-CPC Press Institute

159. Certificate for successful participation in public relations workshop, June 5, 1989

160. Certificate for successful participation in a management workshop, Feb. 2, 1978

161. Community Leadership Award in communication, June 6, 1978

162. Outstanding Student Services Award for organizing the 1st and 2nd UDC-CPC
    Press Institute, Capital Press Club, April 24 1984

163. Certificate for successful participation in a two-day journalism and PR workshop,
    organized and Moderated by Prof. Elam

164. Certificate of Appreciation from UDC Dean, College of Liberal and Fine Arts,
    in recognition of Cooperative Interest and Support, May 6, 1992

165. Certificate of Appreciation, from UBF for judging the *I Love Life and I want to
    Live* Campaign Contest, April 28, 1994

166. Certificate of Award for journalistic assistance to the Campus Security
    Newsletter, UDC Office of Security, Jan.3, 1983

167. Certificate of Appreciation for participating in the June 1981 seminar on
    hiring the Handicapped as part of the International Year of the
    Handicapped, From the Greater Washington Board of Trade
-More-

_Elam, Promotion Folder: Contents, page 10_

168. Certificate of Award for outstanding contributions, July 1981, Filmore Early Learning Center, July 24, 1981

169. Award for outstanding service and dedication, Filmore Early Learning Center, Aug. 1, 1980

170. Appreciation Award to Elam's PR Class of 1980 by the Capital Press Club, April 4, 1980

171. Letter of Congratulations from former Department Chair Amelia Gray for organizing the _Living Legends Award_ **Program,** March 1, 1993

172. Black Media: History and Development With Local Focus. Paper presented by Prof. Elam on Feb.17, 2000 at the Bureau of National Affairs, Feb. 17, 2000

173.

174. _Where Peace Begins._ Elam served as a facilitator at the Dean's Dialogue Series on Nonviolence, March 28, 2000

175 & 176. Definition of Facilitator. Roster of Facilitators

177. Tips for Facilitating

178. UDC International Women's Month Educational Forum Questions Freedom and Democracy: _IN THE SPIRIT OF SISTERHOOD._ Sponsored by UDC Journalism Club. Prof. Elam helped write the News Release, and served as the media contact, as well as a panelist

179. Flyer on _In the Spirit of Sisterhood_

180. Poster on the educational forum: _International Women's Month,_ sponsored by the Journalism Club

181. Flyer on UDC Educational forum: _Avoiding the Nuclear Armageddon in the India-Pakistan Crisis,_ sponsored by the Journalism Club. Elam presided and delivered the main argument

181.1. Elam's position statement at the Armageddon Forum, Jan. 15, 2002

182. Flyer. _Let's Open Our Hearts to the World A Valentine's Day Celebration at UDC,_ sponsored by the Journalism Club. Elam spoke and served as one of the two emcees

-More-

_Elam, Promotion Folder: Contents, page 11_

183. News Release on Educational Forum, Let's Open Our Hearts to the World, prepared by Elam who served as media contact. Sponsored by the Journalism Club, Feb. 14 2002

184. Elam's opening presentation at the Feb. 14 forum

185. UDC Forum Examines Sept. 11: Journalists, PR Practitioners and Ministers Participate, Free voice, December. 2001. Prof. Elam coordinated and moderated the educational Forum

186. Flyer on the September 11th Forum

187. Toward a New world of Understanding, News Release prepared by Elam who served as media contact

188. Panelists Agree to Disagree, Washington Informer, Nov. 29, 2001

189. Prof. Elam served as panelist on Arena Stage's _Signature Series: Revolutionary Politics: The Impact of Cultural Diversity on American Way,_ Oct. 18, '92

190. Letter from Arena stage thanking Elam's presentation

191. Prof. Elam's paper presented at the Arena Stage Signature Series

192. Signature Series Program

193. Revolutionary Politics: The Impact of Cultural Diversity on the American Way. Flyer

194. Destroying the Myth.....Building the Future," Prof. Elam featured as one of the journalism educators in Black colleges. The ad in Editor & Publisher was sponsored by the Association of Black Colleges' Journalism and Mass Communication Program

195. Letter to the Dean, College of Arts and Sciences, from UBF President citing Elam's professional contributions and professional excellence in editorial and PR writing

196. Letter complimenting Elam's volunteerism and professional excellence in PR and media relations

197. Elam organized the UDC Journalism Club in 1998 and continues to serve as its Faculty Advisor, constantly creating new events for the club to lead

198 & 199. Elam served as the Corresponding Secretary of the Capital Press Club, 1976-'86

-More-

*Elam, Promotion Folder: Contents, page 12*

## SCHOLARSHIP AND PROFESSIONAL..... (Continued)

### Magazine Articles and Editorship

*Sample issues of the two magazines—the American Magazine, and the METRO Magazine—where Prof. Elam served in various capacities, such as correspondent, Associate editor, Managing Editor,  and Executive Editor . Also, as editor of the United Black Fund Newsletter*

200. American Magazine, June '86
201. American Magazine, December '86
202. METRO *Washington*, May, '84
203. METRO Washington, November '83
204. METRO *Washington*, July-August, '83
205. METRO *Washington May-June '83*
206. UBF Newsletter, summer 2002
207. UBF Newsletter Masthead identifying Elam as Editor
208. UBF Newsletter, June 2000
209. UBF Newsletter, June '99
210. Letter from UBF Director of PR complimenting the Newsletter editor
211. UBF Newsletter May 1994

212. Bylined article: UBF Presents Check to Rodney Dickens' Mother, UBF Newsletter, Summer 2002
213. Duplicate item deleted

214. Bylined article: Devadas, the Artist who united Indians.... Kerala Digest, November 1992

## Bylined Magazine Features

215. The Black Press: Toward Excellence, METRO, March '84

216. The American Magazine, Masthead featuring Elam as Executive Editor

217. Interview with Polly Shackleton, American Magazine, June '86

218. Board of Trade Predicts the Future of the National Capital Area, American Magazine, March 1986

219. Mayor Speaks out on Jobs, American Magazine, March 1984
-More-

*Elam, Promotion Folder: Contents, page 13*

220. A Nation At Risk: The Imperative For Education Reform, American Magazine, November '83

221. NEA's Futrell Trumpets Triumph for Teachers, Children and Schools: The Politics of Education, Metro Magazine, November '83

222. Masthead, Metro Magazine

223. Calvin Rolark: "Silver Rights Advocate," Metro Magazine, May '83

224. Rolark on UBF and its future: Interview, Metro Magazine, June '83

225. Endless Ellington Era, Dawn Magazine, 1974

226. Dr. R. Clinton Washington: Spiritual Leadership in Political Washington, DC., Article submitted for Emerge Magazine prior to its folding in 2000

## Bylined Newspaper Features

227. 9/11 Hero's Valor Stems from Heroic Parentage, Washington AFRO-AMERICAN, Sept. 13, 2002

228. Hero's Valor, Washington Informer, September 12-18, 2002

229. Rolark Receives Major Award, Washington Informer, May 2, 2002

230. UBF Gives Money to Victims of 9/11

231. Paul Vance Offers thanks to UBF, Washington Sun, December 2001

232. D.C. School Superintendent Endorses Anti-Violence Campaign, Washington Informer, Feb. 15, 2001

233. Mr. and Mrs. Montgomery Celebrate 60 years, Washington Afro, Dec. 28, 200

234. Speaker Challenges Peace Corps Volunteers, Washington Afro, Feb. 23, 2002

235. Trailblazer Etta Horn-Praether Leaves Legacy of Love for Children, UBF Newsletter, June 2001

236. UBF Awards I Love Life Winners, Wash. Informer, May 25, 2001

237. Profile of Rev. Ronald Austin, New Observer, May 29, '99

238. 41st SCLC Convention Elects M.L. King III as SCLC President, New Observer, July 25, 1998

-More-

_Elam, Promotion Folder: Contents, page 14_

239.1 MLK III to become 4th SCLC President, Wash. Sun, July 25, 1998

240. UDC and Army Lab sign Water treatment Research, New Observer, June 13, 1998

241. UDC and Army Lab Sign Water Treatment Agreement, Wash. Sun June 11, 1998

242. Dr. King Memorial Breakfast Sets the Tone for Black History, New Observer, February 1998

243. RAP Dedicates Drug Treatment Center, Washington Sun, July 16, 1998

244. UBF Showcase, Washington Informer, July 29, 1993

245. UBF Sponsors 12th annual Black History Swim Meet, New Observer, Feb. 28, 1998

246. Olender Foundation Awardees: Muhammad Ali, David Clarke, Miss America Honored, New Observer, Dec. 13, 1997

247. President Clinton Needs to Signal Us with a Significant Appointment, Express India, Jan. 8, 1993

248. Profile in Political Intelligence, Express India, Dec, 31, 1992

249. Esther Tignore Jones laid to Rest At Arlington Cemetery, New Observer, Oct. 26, 1991

250. All Pay Homage to Esther T. Jones, Wash. Sun, Oct.31, 1991

251. SoundOff Reflects the Soul of D.C., Wash. Informer, May 3, 1990

252. Victory Luncheon to Honor Miss Africa, Wash. Informer, June 7, 1990

253. Agency SHOWCASE, Wash. Informer, Aug. 24, 1989

254. Oakland Earthquake Fund Established. Wash. Informer, Nov. 23, 1989

255. Publishers to Help in Probe of Virginia Beach Tragedy, Wash. Informer, Oct. 5, 1989

256. Famed Urban Crisis Expert Glasgow is named to Greekfest Task Force, Wash. Informer, Oct. 19, 1989

-more-

*Elam, Promotion Folder: Contents, page 15*

257. Washington of the Late 60's and Early 70's, Wash. Informer, Oct.20, 1988

258. WRC TV Head Reaffirms Commitment to Community oriented Programming, Wash. Informer, July 14, 1988

259. First Black Woman Cadet Colonel of Air Force Academy is Honored, Wash. Informer, Sept.1, 1988

260. UBF Honors WFTY TV Channel 50, Wash. Informer, Aug.11, 1988

261. UBF Presents WETA with Media Award, Wash. Informer July 7, 1988

262. Cortada to be Formally Installed, Wash. Informer, May 5, 1988

263. Blacks Need Liberation Life Style, Lowery says, Wash. Informer, June 11, 1987

264. Ambassador of India Greeted by Media Leaders and the Indian Community, Wash. Sun, October 9, 1986

265. YLWC Launches Youth Rescue Ministry, Wash. Sun, Sept.25, 1986

266. New UDC President Alexander to "love the hell" out of Students, Wash. Afro-American, April 10, 1982

267. African Heritage Dancers, New Observer, August 30, 1980

268. Heritage Dancers trot, teach Traditional African Dances, Wash. Sun Sept. 5, 1980

269. Heritage Dancers Trot, Teach, Wash. Afro, Aug. 23, 1980

## SAMPLE PRESS RELEASES AND PSA'S

270. Pigskin Club to Honor, Jan.7, 2002

271. UBF Sponsors 8th Back To School Campaign, August 2000

272. I Love Life and I Want to Live Campaign, May 13, 2002

273. Fourth Annual I Love Life Campaign, Jan. 22, 1998

274. Nine winning schools to Share $6,000, Nov. 17, 1998

-More-

_Elam, Promotion Folder: Contents, page 16_

275. Dorothy Height to Keynote, April 10, 1998

276. Rev. Sullivan To Announce Next Africa-African American Summit, July 20, 1992

277. United Black Fund to Highlight the Plight of Children, May 24, 1991

278. Oakland Earthquake Emergency Fund, Nov. 21, 1989

278.1. Rolark Invokes Prayer Power to Combat Spate of Violence, June 14, 1989

279. UBF names honorees, March 18, 1982

280. SHOWCASE Helps to Unify Washington, D.C., Aug. 17, 1992

281. PSA

282. UDC-UBF to Co-host _An evening With the Harlem Princess_, News Release, Sept. 30 1991

283. PSA

284. PSA

285. PSA

286. PSA

287. UDC to Host LifeSmarts Consumer Competition, News Release. March 1, 1998

288. UDC's Coop. Education Programs Promote Low Cost Vegetable Gardens In City Lots, article submitted for publication in New Observer

-More-

*Elam, Promotion Folder: Contents, page 17*

## UNIVERSITY SERVICE

289.  Letter from Capital Press Club President to UDC President, listing Prof. Elam's contributions to the Club and UDC

290.  Letter of appreciation from UDC History Dept. Chair for helping to jump-start the University's stalled Black History Month Observance, April 20, 1992

290.1.  History Department's Black History Month Seminar: "History of D.C." From Commissioners To Home Rule to Future Statehood. Program, Feb. 25, 1992

290.2.  Black History Month at UDC, Washington Informer, Feb. 27, 1992

291.  Professor Elam with his journalism mentor, ART CARTER of the AFRO at a banquet, Washington Afro, Nov. 18, 1996

292.  UDC Forum Examines Sept.11: Journalists, PR Practitioners and Ministers Participate. Free Voice, Dec. 2001. Elam's PR Class put together the forum featuring  8 journalists, 2 religious leaders, and 2 PR Execs. Prof. Elam moderated the panel with Rev. Walter Fauntroy

293.thru 295.  Photos of the  Forum: Toward a New World of Understanding

296.  Journalism Club's co-sponsorship of the First Annual Children's Peace Day at UDC. Letter from Gail Dixon, May 2002

297.  Flyer on Educational Forum: Avoiding Nuclear Armageddon in the India-Pakistan crisis.  Initiated and coordinated by Prof. Elam

298.  Prof. Elam's Position statement on the India-Pakistan crisis

299.  Letter from Dr. Shirley Jackson, Founder/Director of Center for Interdisciplinary study of Languages and Cultures in Africa and  the African Diaspora, complimenting  Prof. Elam for his participation and promotion of their 2nd international conference

300.  Program: Africa Today: It's Contributions in the 21st Century and the Third Millennium:   A forum Featuring African Diplomats and Journalists, coordinated and promoted by Elam

-More-

_Elam, Promotion Folder: Contents, page 18_

301. News Release, Sept. 24, 1999 on Africa Today Conference: Elam wrote the Press Release and served as P.R. contact for the media

302. 2nd International Cultural Conference. Literature delineating the impact of the conference on UDC's image.

303. Press Release on the 2nd Intl. conference. Elam wrote the release and served as P.R. Contact

304. Elam wrote release and served as the media contact for the conference

305. Flyer on the 2nd International Cultural Conference of CISLCAD

306. 2ND International Cultural Conference brochure

307. Special Event at the 2nd conference on page 22 of the brochure, listing Elam presiding

308. CISLCAD'S 1st International Cultural Conference brochure 1977. Prof. Elam played an year-long planning and PR publicity role with the Committee.

309. Letter from Dept. Chair acknowledging Prof. Elam's efforts in coordinating media support for UDC under attack from the control board, dated April 11, 1996

310. Photos showing a partial view of the impromptu minority media press conference convened and conducted by Elam on or about August 1996. A full page feature in the Final Call Newspaper exposing the attack on Black colleges was published around March 1996.

311. Literacy Through Journalism (LTJ) Awards Program graduating the 5th grade class of Mary Terrell Elementary. Minority publications were used twice a week in classroom for 15 weeks to improve the reading, writing and oral expression of students in this pilot LTJ Project. June 14, 2000

312. Literacy Through Journalism Project Kick-Off. News Release. Prof. Elam , Founder and Coordinator of the LTJ Project, delineates the LTJ concept

313. LTJ brochure spelling out the goals and objectives and the modus operandi

314. LTJ Poster. Kickoff of event tied with the Living Legend Award Program

-More-

*Elam, Promotion Folder: Contents, page 19*

315. LTJ Button highlighting the motto : " Read, Write and Speak to Success". The LTJ T-Shirt with the same motto is not included in the folder

316. Article on LTJ Kickoff, **Washington Informer**, April 15, 1999

317. Article on LTJ Kickoff " UDC Honors 4 Living Legends," **Capital Spotlight**, May 20,1999

318, 319 & 320. Photos of LTJ Kickoff event with the Living Legend Award honorees

321. *LIVING LEGEND AWARD:* A Brief History

322. UDC Journalism Club Bestows  Living Legend Award, **Washington Informer**, April 29, 1999

323 & 324 .  Fourth Living Legend Awards: 2001, Press Release, April 20, 2001 and photos of honorees

325. UDC Honors Living Legends, Front page full feature, **New Observer**, May 15, 1999

326. UDC's "Living Legend Award" Records Living Black History, Editorial  Column lauding the  purpose of the and awards complimenting  Prof. Elam's original idea, **Washington Informer** , May 3, 2001

327. Living Legend Award 2001 Program, April 26, 2001. Program Coordinator Joe Elam

328. Living Legend Award 2001. Full feature with six photos of the event, **Washington Afro**, May 18, 2001

329. The Living Legend Award, **BUFFALO NEWSLETTER**,  Summer –Fall 2001

330. UDC Journalism Club Immortalizes WW II Heroes and Conqueror of  North Pole, **Washington Informer**, May 3, 2001

331. Tuskegee Airmen Honored with 'Living Legend Award', Free Voice, February1993

332. UDC  TO OBSERVE  BLACK HISTORY BY HONORING LIVING LEGENDS: THE TUSKEGEE  AIRMEN, Press Release by Elam, Feb.23, 1993

-More-

*Elam, Promotion Folder: Contents, page 20*

333. 3rd Annual Black history Celebration: "A Salute to Our Black Heroes," Program, Feb. 25, 1994. General Coordinator Joe Elam

334. UDC Presents Living Legend Awards, Capital Spotlight, March 3, 1994

335. *2nd Annual Black History Celebration: " Reminiscence by Living Legends"*, Feb. 25, 1993. General Coordinator Joe Elam

336. "Reminiscence By Living Legends" Honoring Legendary Tuskegee Airmen. Flyer, Feb. 25, 1993

337. Duplicate item deleted

338. UDC To Observe Black History , Feb. 8, 1993. Press Release by Elam

339. UDC Living Legend Award: Salutes Riddick Bowe, Joe Louis (posthumously), Tuskegee airmen, **Free Voice** double truck, centerfold feature, March 1994

340. "A Salute To Our Black Heroes", **Washington Informer**, March 10, 1994

341. UDC HONORS TUSKEGEE AIRMEN, LOCAL FIGURES WITH "LIVING LEGEND AWARDS," **Washington Sun** March 11, 1993. Two-page double truck,

Centerfold feature with 24 pictures of the event

342. Black History: UDC To Observe Black History Month, **New Observer**, Feb. 20, 1993

343 & 344. Duplicate items deleted

345 & 346. Letter from a Living Legend Honoree applauding the Black History Celebration and complimenting the Department of Mass Media, Visual And Performing Arts

347. Public Relations in Greater Washington: The 1990's. Educational Workshops organized by Prof. Elam at Lorton for UDC's Lorton Prison College Program, April 12, 1991

348. The Lorton Workshop Program. Elam, Workshop Coordinator and served as faculty moderator for the First workshop

-More-

*Elam, Promotion Folder: Contents, page  21*

349. Minority Participation in the Media: the 1990's. Program. Elam initiated and coordinated the workshops, Nov. 2, 1990

350. Photo of some of the Lorton workshop panelists

351. Free Seminar On Public Relations: "Exploring the Challenge;" PR Workshops and Seminar **Washington Informer**, Oct.15, 1992

352 & 353.  Exploring the Challenge, PR Workshop and Seminar . Program initiated, and coordinated by  Prof. Elam

354. Exploring the Challenge  Forum flyer

355. Literary Symposium Honors Kerala  Writers at UDC, Coordinated and emceed by Elam as the President of the Kerala Association of Greater Washington (KAGW),  July 13, 1992, Kerala Digest, August 1992

356. Sample invitation  letter to the  Kerala symposium panelists

357 & 358.  An Evening with the "Harlem Princess" Program, coordinated by Prof. Elam

359 & 359.1.  Prof. Elam Reviewed the Book HARLEM PRINCESS by Ruth Bates Harris . Refer item #       listed in the Scholarship and Professional  segment

360 & 361. Faculty Senate President's letter acknowledging Prof. Elam's participation in, and  promotion of the "Anatomy of Street Murders" Conference, 1988. Also attesting to Elam's service as a WDCU Board member

362.  Anatomy of Street Murders, Press Release, Sept 12, 1988, written by Prof. Elam who served as PR  and media contact for the entire conference from planning to execution

363.  A 30- Second Public Service Announcement (PSA) on the Anatomy conference was written by Elam and sent to local and national  broadcast media. Oct.1,1998

364. A second 20 Second PSA  on the Anatomy Conference, prepared by Elam, Sept. 12, 1998

365. UDC MOBILIZES  LOCAL AND NATIONAL EXPERTISE TO TACKLE VIOLENT CRIMES, STREET MURDERS, Press Release prepared  by Elam, Sept. 30, 1998. Elam served as media and PR contact for the entire duration  of the Anatomy  of Murders  Conference, from  publicity  to the execution phases

-More-

*Elam, Promotion Folder: Contents, page 22*

366. Anatomy of Street Murders, Planning Team consisting Prof. Elam as the PR Coordinator and contact

367. UDC to Host a Post-election Critique on Media and Blacks—A symposium organized by Prof. Elam, Washington Sun, Nov. 29, 1984

368.   Press package on UDC-CPC Press Institute SYMPOSIUM: MEDIA & BLACKS< A Post Election Critique. As Capital Press Club Press Institute Chairman ,Prof. Elam coordinated  the symposium, Nov. 29, 1984

369. Symposium: Media and Blacks: A Post Election  Critique, Nov. 29, 1984. Program

370.   Flyer:  Journalism ad P.R. workshop,  March 18 and 20, 1988 , Coordinated by Prof.Elam.

371. Journalism and P.R. Workshops Draw Local Media Pros to U.D.C."—Free Voice Article, dated May 1988, vol. 21. No. 2.

372. Photos of the PR workshop, showing three of the 6 journalists who participated in the workshop.

373.  Second Annual UDC-CPC  Press Institute Workshops " 1980:  The Decade of Women and Minorities in Communication,"  April 24, 1980. As Chairman of Capital Press Club, Elam coordinated the workshops and moderated one.

374.  Letter from BLACK MEDIA, INC. President Benjamin Wright requesting UDC Vice President to establish the UDC-CPC  Press Institute as an annual event, April 3, 1979

375. UDC-CPC Press Institute Workshops, Press Package, April 24, 1980

376. UDC-CPC Press Institute Certificate

377. UDC-CPC Press Institute Workshops: "Projections In The Media: What's Going On? " March 16 & 17, 1979. Program

-More-

*Elam, Promotion Folder: Contents, page 23*

378. Letter from Mayor Marion Barry accepting the Invitation to participate in UDC's 1984 Freedom's Journal Awards program, initiated and coordinated By Prof. Elam, honoring 29 Black journalists, raising over $9,000 for the program by ticket sales and donations. Elam's PR class coordinated the entire program. The box containing the Video of the program, flyers, releases, posters, photos etc. is lost when the Journalism Program moved from Building 10 downtown in 1989

379. 1984 Freedom's Journal Program to be inserted here

380. 2nd Annual Freedom's Journal Award Program, March 15, 1979

381. 2nd Annual Freedom's Journal Awards Ceremony at UDC, **Jet Magazine**, March 15, 1979

382. Photo: Tony Brown with Prof. Elam at the Freedom's journal Award program

383. UDC Honors 23 Black Journalists, **Washington Informer**, March 22, 1979

384. 2nd Annual Freedom's Journal Award recipients, **Afro-American**, March 24, 1 979

385. UDC Honors 23 Black Journalists, Washington Informer, March 22, 1979

386. UDC Presents Freedom's Journal Awards, New Observer, March 25, 1978

387. Communicative Arts Honors Black Journalists, **THE TRIDENT**, March 22, 1978

388. Photo: Professor Elam, right, with Dr. Frank Staroba at the institution of the Freedom's Journal Awards program

389. Photo: At the Institution of the Freedom's Journal Award (l-r) UDC President Lisle Carter (1976-'82); Tony Brown, and Prof. Elam

390. Capital Press Club Newsletter, Feb. 1979 . Editor Chester Higgins talks about the initial efforts to institute the FREEDOM'S JOURNAL AWARD as an annual event at UDC through a meeting with UDC Board of Trustees Chairman, the late Ron H. Brown

-More-

*Elam, Promotion Folder: Contents, page 24*

391. Freedoms's Journal Awards 1978. Communicative Arts Honors Black Journalists, Trident Article, March 22, 1978, recaptures the purpose and spirit of the Awards program founded by Prof. Elam, who has proposed to the Mass Media Department to revive the Award program .

392  thru 396.  Photos of Freedom's Journal Awards

397. UDC Communicators to Honor Russwurm, **Washington Informer**, March 2, 1978

398. UDC Honors Local Black Newspapermen With First Freedom's Journal Awards, **Capital Spotlight**, March 23, 1978

-MORE-

*Elam, Promotion Folder: Contents, page 25*

## PUBLIC / COMMUNITY SERVICE

399. Certificate from BRICK OF HOPE Committee for contributing toward the building fund for the Shiloh Family Life Center. Elam served on the PR Committee headed by Dr. Calvin W. Rolark, and helped design the plastic Brick , costing $1.25 -a –piece, which was sold for $100.00

400. Letter from the Male Youth Project Director of the Shiloh Family Life Center to help them develop a monthly Newsletter.

401. Brick Sunday Launched at Shiloh, featuring Certificate recipients, Wash.-Informer, Sept. 18, 1980.

402. Church Group To Challenge HUD Officials' Stalling Tactics On DC Housing Proposal At Town Hall Meeting—News Release prepared by Elam, who served as Voluntary PR Contact for Church Association for Community Services April 4, 2002.

403. Protesters To Picket National Art Gallery, News Release, Oct. 3, 1998. Elam prepared the release and served as voluntary PR Coordinator for ACT (Active Christian Today).

404. CARL T. ROWAN LEGAL DEFENSE FUND, News Release, July 29, 1988, was prepared by Elam, who served as the Media Contact for the Defense Fund.

405. D.C. Citizens To Salute Dr. Rolark, Host-Producer of "Sound-Off" show At 11th Anniversary Celebration . News Release, June 1, 1989, was prepared by Elam who served as the P.R. Coordinator and Contact for Metropolitan Concerned Citizens.

406. Letter from the African-Hebrew Israelite Community of Jerusalem acknowledging Elam's article "Miracle In The Desert:  IUBF of Israel and Ben Ami," in the UBF Newsletter, September 1994.

407. UBF Newsletter, September 1994.

408. A Miracle In The Desert:  The African-American Presence in Israel: Agenda, August 4, 1994  Congressional Human Rights Caucus.

409. Letter from Congressman Frank R. Wolf acknowledging Elam's representation of the Asian American community and their concerns.

-More-

*Elam, Promotion Folder: Contents, page 27*

423. Letter from Jule M. Sugarman, Deputy Director, U.S. Office of Personnel Management, acknowledging Prof. Elam's interest and ideas in implementing Civil Service Reform.

424. Letter from the Bureau of Census for the success of the UDC/Capital Press Club Press Institute of 1979.

425 Certificate of Recognition presented to Free Voice in appreciation of valuable contributions to the success of Census 2000

426. Letter from Samuel Johnson, Coordinator, Community Services Program, U.S. Department of Commerce, congratulating the Press Institute activities and seeking partnership with the FREE VOICE in disseminating information on the 1980 Census

427. Capital Press Club Presidents' letter to UDC Vice President William Moore acknowledging Prof. Elam's efforts to make the 1979 UDC-CPC Press Institute a success. The letter requests that UDC make the press institute an annual event. March 22, 1979

428. Letter from Sherman Briscoe, Executive Director, National Newspaper Publishers Association (NNPA) congratulating the FREEDOM'S JOURNAL AWARD Program, and hoping for the establishment of a school of communications at UDC, April 17 1978

429. Letter from Ofield Dukes & Associates emphasizing the need for a press institute to share information to the community for developing careers in mass communication

430. "Testimonials Pour in for Jan Pillai's Leadership After Clinton Victory," By Joe Elam. *Express India*, Dec. 31, 1992. Elam as a leader of the Asian American Voter Coalition urges Asian India community to get involved in the political process through civic activities

431. $35,000 at Clinton Fund-Raiser, India Abroad. Elam with the Asian Indian leaders meet Clinton

432. Asian Indians Honor Mayor Dixon, *Washington Informer*, Jan. 31, 1999. Elam as the organizer of the event with the Mayor.

433. Letter from Mayor Sharon Pratt Dixon acknowledging Elam's leadership and involvement with the local community.

-more-

*Elam, Promotion Folder: Contents, page 28*

434. Asian Indians of Greater Washington Salute Mayor Dixon, *Express India*, Jan. 25, 1991.

435. Asian Indians of Greater Washington Salute Mayor Sharon Pratt Dixon.  Jan 19, 1991.  Program . Prof. Elam as organizer and M.C.

436. Photos of Asian Indian Salute to Mayor Dixon

437. Salute to Mayor Sharon Pratt Dixon Program

438. Salute to Rajan Devadas, June 9, 2002.  Elam served as organizer and MC for the program.

439. Rajan Devadas bio. Written by Elam

440. Elam's tribute  at the Devadas program

441. Photo of the Salute to Devadas

442.  Padma Shree Rajan Devadas, *India This Week*, June 14, 2002

443. Rajan Devadas Photo Exhibition.  Souvenir July 27, 1989.  Elam served on the Souvenir Committee.

444. India's New Ambassador Feted at Gala Reception, **Washington Sun,** Sept. 18, 1986

445. Program:  Christmas 1988:  A Thanksgiving offering from the East, Feeding the \e poor and the homeless.  Elam served as the organizer and P.R. coordinator of the event.

446.  Duplicate item deleted

447.  Letter form the National  Indo-American Heritage Federation appreciating Elam's volunteer services in P.R. promotion and  publicity

448. Council of Asian Indian Associations of Greater Washington.  Elam served as PR Director and  as Board member

-More-

*Elam, Promotion Folder: Contents, page 29*

449. Board Member of Council of Asian Indian Associations of Greater Washington, Inc.

450. President Joe Elam, President of the Board, on the scope of IAPF Newsletter of Indian American Political Federation, May 1992.

451. SYMPOSIUM: "India under Rajiv: Problems and Promises", June 13, 1987. Elam served as Moderator.

452. KUMARAN ASAN Symposium, April 12, 1987. Prof. Elam delivered paper on "ASAN as a Reformer"

453. East Meets West: Glimpses of India  Cherry Blossom Parade Crowd, April 3, 1982. This article was written by Prof. Elam and was published in the Vernacular Press

454. Digest to Reflect Kerala's Heritage. An Editorial by Elam. Charting the course of the KERALA DIGEST. Elam also served as the Chair of KAGW's Literary Services Committee.

455. Kerala Digest, May 1987

456. Kerala Digest, March 1987.The Kerala Digest was produced in a new, bilingual format under Elam's presidency of the Kerala Association  of Greater Washington in 1987

457. Memorial Services  for Antony Planthara, Program, written and designed by Elam.

458. Prof. Elam delivered the  eulogy at Planthara's funeral services

459. Viewing schedule

460. Washington Post Obituary

-END-