**EXHIBIT 3**

16-Jun-05

## Scholarship and Professional Development Descriptive List

### PUBLISHED ARTICLES

| # | Magazine Articles | Scholarly Activity | SCHOLARSHIP |
|---|---|---|---|
| 1 | *Endless Ellington Era,* DAWN Magazine, 1974<br>Refer #225<br>Article reprinted in 2005 KING Maker | Author | Researched and Published a cover page feature article in Dawn Magazine profiling the life and career of the Maestro. |
| 2 | *Interview With Councilwoman Polly Sahckleton,*<br>AMERICAN Magazine, June '86<br>Refer # 217 | Author of Published Interview | Researched and published an interview with the councilwoman who predicts the future of the self government and Home Rule issues of Washington, DC. |
| 3 | *Board of Trade Predicts the Future of the National Capital area,* AMERICAN March '86<br>Refer #218 | Author of Published Interview | Researched and published extensive interviews with the Exective Director of the Board of Trade after thorough historical research into Home Rule as the future development of Metropolitan Washington Area in the 21st century |
| 4 | *NEA's Futrell Trumpets Triumph For Teachers,*<br>Children and Schools : The Politics of METROMagazaine, Nov.'83<br>Refe # 221 | Author of Published Interview | Researched an published an interview with Mary Futrell, the first Black President of the National Education Association. |
| 5 | *CALVIN W. ROLARK: "Silver Rights" Advocate,*<br><br>METRO Magazine, June'83<br>Refer #223 | Author of Published Interview | Researched and published an interview with Dr. Calvin W. Rolark, found-president of the United Black Fund and the Publisher of the Washington Informer. |
| | **Newspaper Articles** | | |
| 6 | *Washington of the Late 60's and Early 70's.*<br>Washington Informer, October 20, 1988<br>Refer #257 | Author | Researched and published analytical feature article on Washington D.C. as a Mecca for dissenters and counter-culture movements and ideologies. |
| 7 | *Heritage dancers trot, teach traditional african dancers.*<br>Washington Afro, August 23, 1980. The Refer # 264 | Author | Researched and Published article on the history and development of West African Traditional Dances. Interviewed Melvin Deal and chronicled the Heritage Dancers performances. . Sole interviewer, researcher and author. |
| 8 | *Profile in Political intelligence,* Express India, December 31. 1992 | Author | Researched and Published feature article profiling the political leadership of the Asian-Indian community with research on ethnic Indians in America. |
| 9 | *Sound off reflects the sound of D.C.*<br>Washington Informer, May 3, 1990<br>Refer #251 | Author | Researched and published commentary on the longest running community radio talk-show. |
| 10 | *Montgomery's Celebrate 60 years*<br>Washington Afro, Dec.22,2001<br>Refer #233 | Feature Article | Researched and Published Feature article on Buffalo Soldiers and Tuskegee Airmen. |

| # | | | |
|---|---|---|---|
| 11 | Olender Foundation Awardees; Mohammud Ali, David Clarke, Miss America Honored. New Observer, December 13, 1997 Ref # 246 | Author | Researched and Published a feature article on the history of the Olender Foundation and the Award Ceremony. |
| 12 | Esther Tignore Jones Laid to Rest New Observer, October 26, 1991. All pay Refer # 249 and 250 | Author | Researched and published a celebrity obituary of the wife of a Tuskegee Airman. |
| 13 | Dr. King memorial Breakfast sets the tone for Black History New Observer, February 1998 Refer # 242 | Author | Researched and Published an article covering Black History observance. Incorporated an interview with the main speaker at the breakfast focusing on the pervasive discrimination in the south. |
| 14 | 9/11 Hero's Valor Stems from Heroic Parantage WASHINGTON AFRO, Sept.13,2002 Also Published in Washington Informer, Sept. 19 2002. Refer # 227 | Author | Researched and published feature article on Medal of Valor recipient Eric Jones and thourough research into the 9/11/2001 Pentagon crash. Sole interviewer, researcher and author. |
| 15 | Ambassador of India greeted by Media leader and the Indian community Washington Sun, October 9, 1986 Refer #264 | Co-author | Researched and co-authored article covering historic event between the black press publishers, Indian community and the Indian diplomatic corps. |
| 16 | New UDC President Alexander to "Love the hell" out of students. Washington Afro, April 10, 1982 | Author | Researched and published a profile article on the debut of Benjamin Alexander, the 2nd president of UDC and his no-nonsense style in administration. |
| 17 | Cortada to be formally Installed Washington Informer, May 5, 1988 Refer #262 | Author | Researched and published a background profile on the installation of the 4th President of UDC. Sole researcher and author. |
| 18 | Paul Vance offers thanks to UBF ...., Washington Sun, December 6, 2001 Refer # 231 | Author | Researched and Published feature article on UBF's historical support for D.C. public schools, and interview with the school's superintendent. Sole researcher interviewer and author. |
| 19 | Mrs. Rolark Receives Major Award Washington Informer, May 2, 2002 Refer # 229 | Author | Researched and Published article on the Washington Informer on the **Charles Houston Medallion of Merit Award** to the Atty. Rolark for her 50 years of Civil Rights defense. Sole interviewer, researcher and author. |
| 20 | UBF sponsors 12th annual Black history swim meet New Observer, February 28, 1998 Refer # 245 | Author | Researched and Published feature article in the New Observer on the history of this international swim meet, the largest of its kind. Interviewed the key organizers. |
| 21 | Publishers to help in probe of Virginia Beach Tragedy Washington Informer, October 5, 1989 Refer # 255 | Author | Researched and Published an article on the Black Publishers support for the investigation of the GreekFest tragedy. |

| # | Title | | Role | Description |
|---|---|---|---|---|
| 22 | UDC and Army Lab Sign Water Treatment Research<br>New Observer, June 13, 1998<br>Refer #240 and 241 | | Author | Researched and published a promotional article highlighting UDC's contributions to water treatment from a local and national perspective. |
| 23 | First Black Woman Cadet Colonel of Air Force Academy is Honored<br>Washington Informer, Sept. 1, 1988<br>Refer # 259 | | Author | Researched, interviewed, chronicled and published an article on this historic first for a black woman cadet in the Air Force Academy. |
| 24 | YLWC Launches Youth Rescue Ministry<br>Washington Sun, Sept. 25, 1986<br>Refer # 265 | | Author | Researched and published informational article on the Youth Rescue Ministry sponsored by YLWC, a non-profit social engineer corporation. |
| 25 | Victory Luncheon to Honor Miss Africa.<br>Washington Informer, June 7, 1990<br>Refer # 252 | | Author | Published an advance publicity feature article. |
| 26 | RAP Dedicates Drug Treatment Center<br>Washington Sun, July 16, 1998<br>Refer #243 | | Author | Researched and published an article on Ron Clark and the dedication ceremony of the drug treatment center. Conducted and incorporated an interview with Ron Clark. |

**Editorial Articles**

| # | Title | | Role | Description |
|---|---|---|---|---|
| 27 | The Black Press : Toward Excellence,<br>METRO Magazine, March '84<br>Refer #215 | | Author | Researched and Published an editorial article pleading for the excellence of Black Press, tracing its 156-year history with analytical research. |
| 28 | A Nation At Risk: The Imperative For Education<br>Reform, AMERICAN Magazine Nov. '83<br>Refer #220 | | Author | Researched and Published an editorial article in American Magazine critiquing the Public Education System. |

**Published Interviews**

| # | Title | | Role | Description |
|---|---|---|---|---|
| 29 | Rev. Ronald Austin, UBF Vice President<br>New Observer, May 29. 1999<br>Refer # 237 | | Author | Researched and Published a front page feature of an interview with Rev. Austin, the new leader and Vice President of International United Black Fund. Sole interviewer, researcher and author. |
| 30 | Famed Urban Crisis expert Glasgow is named To Greek<br>Washington Informer, October 19,1989<br>Refer # 256 | | Author | Researched and Published Interview with the Glasgow, author of **Black Underclass, an** urban crisis expert. Black student confrontation at Va. Beach. |
| 31 | Blacks need liberation life style, Lowery says.<br>Washington Informer. Kime 11. 1987<br>Refer # 263 | | Author | Researched and Published Interview with Rev. Joseph Lowery's critical comments on President Reagan's ineffective AIDS policy, and the life styles of certain Blacks with misplaced priorities in food, clothing, transportation, recreation and sex. |
| 32 | Speaker Challenges Peace Corps Volunteers | | | Researched and Published feature on Peace Corps. Interview with AFRICARE Founder C.Payne Lucas |

| # | Title | Role | Description |
|---|---|---|---|
|  | To Create A Family of Nations, Afro-American, Feb.23, 2002 | Author | urging the young generation to rebuild the American Volunteerism. |
| 33 | WRC TV Head Reaffirms Commitment to Community Oriented Programing | Author | Researched and Published analytical article with Alan Horlicks, station manager and Vice President of B.T.V. channel 4. |
|  | **NEWSLETTER** |  |  |
| 34 | A Miracle in the Desert: The African-Americ UBF Newsletter, August 4, 1994 Refer #408 | Author | Researched and Published article on an African American Community living in Demona, Israel. |
| 35 | Trailblazer Etta Horn-Praether Leaves Legacy of Love for Children UBF Newsletter, Summer 2001 Refer #235 | Author | Researched and published a feature obituary. |
| 36 | UBF Presents Check to Rodney Dickens' Mother UBF Newsletter, Summer 2002 | Author | Researched and Published a human interest feature about Rodney Dickens, a twelve year old killed in the 9/11 Pentagon crash. |
| 37 | I Love Life and I Want to Live Campaign Contest | Author | Researched and published a report on the campaign contest winners. |
|  | **EDITORSHIP** |  |  |
|  | **Magazines** |  |  |
| 38 | American Magazine Refer # 200& 201 | Executive Editor | Edited all articles for accuracy of facts, names, grammar, diction, usuage, punctuation, and stylistic elements in the bilingual journal. Occasionally would rewrite segments of the articles for clarity and simplicity. Write the coverpage feature, and theme-centered lead articles as well as editorial for the entire magazine. Write cover hype and promotional literature. Conformed to AP Stylebook. |
| 39 | Metro Magazine Refer # 202, 203, 204, & 205 | Executive Editor | Edited all articles for accuracy of facts, names, grammar, diction, usuage, punctuation, and stylistic elements in the bilingual journal. Occasionally would rewrite segments of the articles for clarity and simplicity. Write the coverpage feature, and theme-centered lead articles as well as editorial for the entire magazine. Write cover hype and promotional literature. Conformed to AP Stylebook. |
|  | **Editorship: Newsletter** |  |  |
| 40 | UBF Newsletter Refer # 206 thru 211 | Editor | Edited all articles for accuracy of facts, names, grammar, diction, usuage, punctuation, and stylistic elements in the bilingual journal. Occasionally would rewrite segments of the articles for clarity and simplicity. Write the coverpage feature, and theme-centered lead articles as well as editorial for the entire magazine. Write cover hype and promotional literature. Conformed to AP Stylebook. |
| 41 | Kerala Digest Refer # 202, 203, 204, & 205 | Editor | Edited all articles for accuracy of facts, names, grammar, diction, usuage, punctuation, and stylistic elements in the bilingual journal. Occasionally would rewrite segments of the articles for clarity and simplicity. Write the coverpage feature, and theme-centered lead articles as well as editorial for the entire magazine. Write cover hype and promotional literature. Conformed to AP Stylebook. |
|  | **Editorship: Books** |  |  |
| 42 | TEENPOWER: A to Z Empowers Youngsters Refer # 140 thru 142.1 | Book Editor | Edited line by line for accuracy of facts, names, grammar, diction, punctutation, usage and styaliztic elements. Tailored the manuscrpt according to MLA Style Manual specifications. |

Scholarship Professional Development: Descriptive List, Page 1

# Scholarship and Professional Development with descriptive details of Activity

## A. Editorship

## B. Publications & Authorship

| | Title & Cross-reference to 29-page list | Scholarly Activity | Scholarship conducted |
|---|---|---|---|
| 1. | *Endless Ellington Era*, DAWN Magazine, 1974<br>Refer #225 | Author | Thorougly researched extensive printed sources including Duke's autobiography, MUSIC IS MY MY MISTRESS, and authored magazine cover feature, profiling the life and career of the Maestro. Also incorporated Elam's previous interview info.with Duke .Elam was the sole researcher, writer and editor of this full-length magazine feature |
| 2. | *A Nation At Risk: The Imperative For Education Reform*, AMERICAN MAGAZINE Nov. '83<br>Refer #220 | Author | Conducted a comprehensive research analysis into the Reagan Administration's Education Report: *A Nation At Risk*, and chronicled the lead Editorial of the magazine highlighting a Black perspective on public education |
| 3. | *The Black Press : Toward Excellence*, METRO Magazine, March '84<br>Refer #215 | Author | Persuasive, rhetorical editorial, pleading for the excellence of Black Press, tracing its 156 -year history with anlytical research |
| 4. | *Interview With Councilwoman Polly Sahckleton*, AMERICAN Magazine, June '86<br>Refer # 217 | Author of Published Interview | Researched interview with the councilwoman who predicts the future of the self government and and Home Rule issues of Washington, DC. Sole researcher, interviewer and author |
| 5. | *Board of Trade Predicts the Future of the National Capital area*, AMERICAN Magazine, March '86<br>Refer #218 | Author of Published Interview | Conducted extensive interviews with the Exective Director of of the Board of Trade after a thorough historical research into the Home Rule Movement of DC. Chronicled John Tyding's predictions on the future development of Metropolitan Washington Area in the 21st century |

Continued...

Continued...

## Scholarship Professional Development: Descriptive List, Page 2

| # | Title | Role | Description |
|---|---|---|---|
| 6. | NEA's Futrell Trumpets Triumph For Teachers, Children and Schools: The Politics of Education, METROmagazine, Nov.'83 Refe # 221 | Author | Researched interview with Mary Futrell, the first Black President of the National Education Association (NEA). An Analytical probe into the decadence of the American Public Education with a historical perspective. Sole researcher, interviewer and author |
| 7. | CALVIN W. ROLARK: "Silver Rights" Advocate, METRO Magazine, June'83 Refer #223 | Published Interview | Sole Interviewer and researcher on the controversial Black issue of economic freedom vs political freedom and Civil Rights-- as expounded by Dr. Calvin W. Rolark, founder-president of the UNITED BLACK FUND and the Publisher of the WASHINGTON INFORMER |
| 8. | Dr. Rolark on UBF and Its Future, Metro Magazine, June '83 Refer #224 | Co-author / Editor | Co-authored and edited the in-depth magazine feature |
| 9. | "Devadas, the Artist Who United Indian...." Kerala Digest, Nov.'92 Refer #214 | Author | A researched interview profile on India's nationally acclaimed photo-journalist, PadmaShri Rajan Devadas. A 15-hour nterview over several days, intepolated with auhor's anecdotes from a quarter century of acquaintance with Devadas, published in an ethnic Indian Journal |
| 10. | Mayor Speaks Out on Jobs, American Magazine, March '86 Refer # 219 | Co-Author | In-depth Researched interview on Mayor Marion Barry's expert views on youth employment and the future development of Washington, DC |
| 11. | Speaker Challenges Peace Corps Volunteers To Create A Family of Nations, Washington Afro-American, Feb.23, 2002 | Author | Interview Research Feature on Peace Corps with AFRICARE Founder C.Payne Lucas urging the young generation to rebuild the American Volunteerism. Sole researcher, writer and author |
| 12. | Montgomery's Celebrate 60 years, Washington Afro, Dec.22,2001 Refer #233 | Interview Feature | Feature Profile on WW-II Veteram with historical research on Buffalo Soldiers and Tuskegee Airmen |
| 13. | 9 /11 Hero's Valor Stems From Heroic Parantage, WASHINGTON AFRO, Sept.13,2002 Refer # 227 | Author | Feature profile on Medal of Valor recipient Eric Jones after through research into the Pentagon crash stories and extensive interviews with Eric Jones and parents. Sole interviewer, researcher and author |
| 14. | 9/11 hero's Valor .... Washington Informer, Sept.19,2001 | Author | " " " " |
| 15. | UBF GIVES MONEY TO VICTIMS OF 9-11, Wash. Informer, March 14, 2002 Refer #230 | Author | Researched article on a Pentagon crash victim and the United Blackj Fund's help to the family. A human-interest feature |
| 16. | Paul Vance offers thanks to UBF ..... Washington Sun, December 6, 2001 Refer # 231 | Author | Researched feature article on UBF's historical support for D.C. public schools, and interview with the school's superintendant. Sole researcher interviewer and author. |
| 17. | Mrs. Rolark receives major award, Washington Informer, May 2, 2002 Refer # 229 | Author | Chronicled the occasion of the presentation of the Charles Houston Medallion of Merit Award to the Atty. Rolark for her 50 years of Civil Rights defense. Sole interviewer, researcher and author. |
| 18. | Profile in Political Intelligence, Express India, December 31, 1992 | Author | Feature article profiling the political leadership of the Asian-Indian community with research on ethnic Indians in America |
| 19. | President clinton needs to signal us with a significant appintment, Express India, January 8, 1993 | | Researched, chronicled and edited an analytical, Rhetorical article urging President Clinton to appont Asian-Indians in his Administration with a Exparative analysis of political appointments of the recent past. |

Scholarship Professional Development: Descriptive List, Page 3

Refer # 247

| # | Title | Role | Description |
|---|---|---|---|
| 20. | *Washington of the Late 60's and Early 70's*, Washington Informer, October 20, 1988 Refer #257 | Author | Researched, in-depth analytical feature artice on Washington D.C. as a Mecca for dissenters and counter - culture movements and ideologies |
| 21. | *WRC TV head reaffirms commitment to community oriented programming*, Washington Informer, July 14, 1988 Refer #258 | Author | Sole interviewer, researcher, writer and editor of an analytical article which chronicled the application of the fairness doctorine at a community level. |
| 22. | *Blacks need liberation life style, Lowery says*, Washington Informer, Kime 11, 1987 Refer # 263 | Author | Interviewed & chronicled Rev. Joseph Lowery's crtiical comments on President Reagan's ineffective AIDS policy, and the life styles of certain Blacks with misplaced priorities in food, clothing, transpotation, recreation and sex. |
| 23. | *Sound off reflets the sound of D.C.* | Commentary | An analytical commentary on the longest running local radio commentary |
| 24. |  | Author | Researched, Interviewed and reported MLK III and his installation as the 4th president of SCLC |
| 25. | *Rev. Ronald Austin, UBF Vice President* Refer # 237 | Author | Researched, interviewed and crafted a feature porfile ofRev. Austin, the new leader and Vice President of IUB. Sole interviewer, resarcher, and author. |
| 26. | *Famed Urban Crisis expert Glasgow is named To Greek!?? task force* Refer # 256 | Author | Researched, interviewed the author of *Black Underclass* urban crisis e??? Glasgow who was ordered to investigate the Greek I??? Police- Black student confrontation at Va. Beach. |
| 27. | *Dr. King memorial Brakfast sets the tone for Black History* , New Observer, February 1998 Refer # 242 | Author | Researched the Black History observance, interviewed the main speaker tat the breakfast focusing on the pervasive discrimination in the south and authored the article |
| 28. | *Publishers to help in probe of Virginia Beach tragedy*, Washington Informer, October 5, 1989 Refer # 255 | Author | Researched the Background of the police. Black student confrontation at the beach during spring break celebration, interviewed the Black publishers and chronicled the historic event. |
| 29. | *UBF sponsors 12th annual Black history swim meet*, New Observer, February 28, 1998 Refer # 245 | Author | Researched the history of this international swim meet, the largest of its kind, interviewed the key organizers, and chronicled the event in a feature article |
| 30. | *Ambassador of Inida greeted by Media leader and the indian community*, Washington sSun, October 9, 1986 Refer #264 | Co-author | Organized this historic event featuring the lack Press Publishers, wrote and edited the bulk of the article for accuracy of facts and exotic spellings of Indian names |
| 31. | *Heritage dancers trot, teach traditional african dancers*, Washington Afro, August 23, 1980 Refer # 264 | Author | A research article on the history and development of West African Traditional Dances. Interviewd Melvin Deal and chronicled the Herigae Dancers performances. The same article was featured in tow other Black weeklies. Sole Researcher, interviewer and author |
| 32. | *New UDC President Alexander to "Love the hell" out of students*, Washington Afro, April 10, 1982 | Author | Researched, interviewed and profiled the debut of Benjamin Alexander, the 2nd president of UDC and his no-nonsense style in administration |
| 33. | *Cortada to be formally Installed*, Washington Informer, May 5, 1988 | Author | A researched backgrounded profies the installation Of the 4th President of UDC. Sole researcher and author, |

Continued...