**EXHIBIT 6**

FORM P-2 85

## DEPARTMENT CHAIRPERSON'S REVIEW OF APPLICATION FOR PROMOTION

Applicant's Name: **NELDA ORMOND**   For the Rank of **Full Professor**

| CATEGORY | OBSERVATIONS |
|---|---|
| II. PERFORMANCE EVALUATIONS | Not Available |
| III. A. CONTINUING EDUCATION | NA |
| B. AUTHORSHIPS | NA |
| C. RESEARCH | Included in D |
| D. WORKS, SHOWS, EXHIBITS PATENTS, Performance | Excellent |
| E. OTHER PROFESSIONAL ACTIVITIES | Above Average |
| F. UNIVERSITY SERVICE | Excellent |
| G. COMMUNITY SERVICE | Above Average |

Strongly Recommended _____    Recommended But Not Strongly ✓    Not Recommended _____

RANKED NUMBER __1__ OF __1__

Date: Nov. 15, 2000    Signed: Yvonne P. Carter
Department Chairperson

To be submitted to the College Evaluation and Promotion Committee Chairperson and to the applicant no later than the fourth Friday in October.