# EXHIBIT 7

1   government of Jamaica for a sabbatical to do

2   some PR work.  But then she resigned in

3   1982.  She never came back after that.

4       Q    Okay.  Any other journalism

5   faculty since 1982?

6       A    No.

7       Q    But there have been adjunct?

8       A    There have been adjuncts, but all

9   of the core courses that I had to prepare

10  that is thrust upon me.  The Dean's office,

11  the Vice President for Academic Affairs and

12  the Provost, they took the slots and then

13  they were appointed full-time faculty.  It

14  was thrust upon my shoulders, the whole

15  Journalism program and the teaching,

16  including public relations and advertising.

17  Because they didn't have anybody to teach

18  that and they wouldn't hire anybody.

19      Q    Has Professor Vassell been either

20  an adjunct professor or a professor since 11

21  years ago continuously?

22      A    Yes, adjunct term -- because we

45

1    started -- because the faculty -- the

2    department chair realized that I cannot

3    teach all the courses, so periodically they

4    hire adjunct faculties to teach public

5    relations and advertising.  Because those

6    two courses I introduced myself, but they --

7    but they became too much, more than six

8    preparations.  I said, no, we're -- by our

9    contract we are only supposed to teach three

10   courses, three plus four courses together,

11   preparation -- three preparations and four

12   preparation.  But we didn't exceed that.  It

13   is an unusual burden to correct the copy,

14   and -- and I was loaded with too many

15   corrections that -- for the journalism

16   students.  So they started hiring because I

17   refused.  Categorically, I said that I

18   cannot teach anymore.

19        Q    When was that?

20        A    That was way back in 1998, 1999,

21   that period --

22        Q    But am I correct that Professor

1      Q      -- last year or so?

2      A      Last year.

3      Q      Okay.  But has Professor Vassell,

4  even though mostly in an adjunct capacity,

5  been teaching continuously at the University

6  since --

7      A      Yes.

8      Q      -- in the early 90's?

9      A      Yes, early 90's, since -- because

10  as I told, the former chairman of the

11  department understood the needs even though

12  he couldn't update the lab, the lab is now -

13  - the journalism lab is updated as of this

14  semester with internet connections.  We

15  didn't even have internet connections or

16  updated computers.  So they would allow me

17  to bring the best minds to teach.

18      Q      Then who ultimately approved

19  Professor Vassell when she was selected as

20  an adjunct?

21      A      Adjunct, I that then I

22  recommended the department chair.  The

1    adjunct faculty who've taught journalism-

2    specific courses, say, in the past ten

3    years?

4        A    Yes.  There was -- we in -- this

5    was my ongoing demand with the University,

6    the dean and the chairpersons to introduce

7    broadcast journalism course.  And we offered

8    a broadcast journalism course last year.

9    And with my input, a new faculty was added,

10    is a lawyer who -- a former news anchor from

11    California, and she was teaching that

12    course.  But this semester, it didn't

13    materialize because there were not enough

14    students to take the course.

15        Q    Who was that adjunct professor?

16        A    Her name is Ms. Kronreim

17    (phonetic) -- Kronheim, I think -- Theresa,

18    and she's working at the law firm now full-

19    time as a lawyer.

20        Q    Do you know how to spell that

21    last name?

22        A    Let me look at that name in my --

1   demands or your clamoring for additional

2   faculty, because our enrollment was going

3   high at one time.  After six components in

4   the Department of Mass Media, Visual and

5   Performing Arts, the largest enrollment was

6   for journalism and TV.  But after the

7   control board budget slashing, that when we

8   lost students from 11,000 to reduced to

9   5,000 because of the budget cuts.  We lost

10  our enrollment.  The childrens (sic) began

11  to move to the community colleges.

12      Q    Who ultimately then approved the

13  broadcast journalism course?

14      A    It is the department chair, the

15  last interim department chair, Mr. Belanger

16  -- was a very farsighted person.  He

17  listened to what I said and he agreed we

18  should offer it.

19      Q    Is Mr. Belanger still the

20  department chair?

21      A    He stepped down because nobody

22  wants to head that -- to chair the

1   information attache from my -- was from my

2   hometown, so we speak the same language.  So

3   he opened the interview hall, including

4   meeting with the Ambassador's wife, talking

5   how to wear the saris and things like that

6   she showed.

7        Q    I'm just trying to understand how

8   this course got approved.  It's my

9   understanding that a syllabus has to be

10  submitted first.

11       A    Oh, yes.  It was introduced as

12  that is the privilege of the Department

13  Chair to create a course has directed study

14  -- has a --

15       Q    This broadcast journalism course

16  was a directed study course?

17       A    Yes.

18       Q    Okay.

19       A    See, we offer several directed

20  studies in the independent studies program

21  because of the lack of number of faculties.

22  It only took one faculty for more than 25



Maybe that is why he was accused of having agendas

56

1    years, and now there are two faculties in

2    the Journalism program.  So we had to create

3    400 load, 300 load courses to graduate.  So

4    we offered directed and independent studies.

5         Q    Okay.  And a directed or

6    independent study course does not have to be

7    approved by a curriculum committee?

8         A    Yes.  Our department curriculum

9    committee, the -- which is I am a member of

10   that committee.  And these programs and all

11   of the departments of the universities

12   offered these kind of courses.  And it does

13   -- ultimately the course has to be approved

14   by the University Senate Faculty Curriculum

15   Committee, which is headed by Dr. Meredith

16   Rode who is now my Interim Chairman.  And I

17   am also Faculty Senate -- that I worked on

18   that committee.  So it takes almost a couple

19   of years to get a course approved by the

20   senatorial process and recommending it to

21   the -- getting into the catalogue.  So the

22   last catalogue that came couldn't include

1      Q    I'll ask now about paid positions

2    outside of the University.  It's my

3    understanding you've worked for the United

4    Black Fund?

5      A    Yes.  I was a consultant.

6      Q    Was that a paid position?

7      A    It was a paid position and every

8    semester, I had to fill that 555 form,

9    outside employment.

10      Q    Okay.  And what is this 555 form?

11      A    That is the form for outside

12    employment, and every semester we had to

13    fill it including this semester.

14      Q    Do you have to indicate how many

15    hours you're going to be working?

16      A    The days and hours, and I was on

17    a flexible time, anytime.  I was -- had the

18    freedom to write from home, and it was

19    basically public relations.  I wrote all the

20    public relations material from 1977 to 2005.

21    It generated through my ideas.  It didn't

22    take too much time for me, and it was *as far not-having generated new ideas is concerned ...*

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701

67

1    Washington Bullet and United Black Fund.

2    With one of the programs we are still

3    holding in the DC Public Schools is my

4    brainchild.  Basically, it is called "I Love

5    Life and I Want to Live."  We offered a

6    contest in four categories to make the

7    children fall in love with life, and a

8    poster contest, essay contest, music,

9    including the Rap, and then the vote on

10   oratorical.  And we give minimum $18,000.00

11   as gifts -- as prize for this contest.  That

12   brought the children from DC to participate,

13   and they illustrate this theme in positive

14   ways, and there are so many posters, songs,

15   Rap music as well as oratorial expressions

16   of their life.  And there are tons of

17   material, posters and poems and lyrics still

18   sitting at the United Black Fund.  So in

19   order to understand my role, it is my role

20   at the United Black Fund was not a daily

21   work as a pedestrian job.  It was to design,

22   coordinate, implement, give public relations

1        A    Cause me -- because when it

2    becomes a weekly -- see, this is the basic

3    difference.  A magazine and newspaper is

4    reporting, news gathering and reporting on a

5    deadline basis what is just happening,

6    chronicling the events, what is happening.

7    A magazine is much more the daily events

8    when it takes a conceptual shape and become

9    a concept, like Garvey's marching and

10   everything was reported daily, but it became

11   --

12            THE REPORTER:  I'm sorry --

13            THE WITNESS:  Garvey --  Garvey -

14   - Marcus Garvey -- Garveyism became a

15   concept.  Then it became the magazine

16   article.  So magazine is more scholarly and

17   also in depth.  It is a chronicle, not of

18   daily events.  It's a chronicle of the

19   trends, events, movements, and that is what

20   it was.  So --

21   BY MS. SCHIFFERLY:

22        Q    So you preferred that type of --

1      lab space?

2           A      I am pleased with it but I have

3      no class assigned to that --

4           Q      How did it come to move to its

5      new location?

6           A      The new location because my

7      constant complaints, and I have been

8      buffeted(sic) because we couldn't -- really

9      didn't have a journalism lab in its true

10     sense -- antiquated computers, given like

11     hand me down computers from Supreme Court,

12     from Housing and Urban Development.  Those

13     were the computers that we were using.  As

14     of 2004, Belanger, who is also -- runs a big

15     lab for the graphic arts.  He came as the

16     Interim Chair and he listened to me and he

17     started upgrading it.  But --

18          Q      How so?

19          A      What?

20          Q      How did he start upgrading it?

21          A      Because he has a full lab with

22     new computers, and he's the pioneer in that

1     -- 2004 -- 2003, 2004.  So when he came and

2     he became the Interim Chairman, he listened

3     to the cry in the wilderness and started

4     making it a working lab.  And for the first

5     time, we have, in almost 30 years, we got

6     internet connection as of this semester.

7          Q     The journalism lab never had an

8     internet connection for 2006-2007?

9          A     No.  No.  Not even a fax machine.

10          Q     Nor a fax machine ever?

11          A     No.  Now we have one fax machine,

12    phones on every computer.  We have about 16

13    workstations right now.  It looks like a lab

14    but we have a big TV -- wide screen TV in

15    there.  So it is looking like a lab.

16          Q     Where had the lab been previously

17    before its recent move?

18          A     First, the journalism lab was in

19    Building -- in the downtown -- 9th and G

20    Streets we had a building at 9th and G

21    Street Northwest, and it was on the third

22    floor of that building.

23          Q     And when was that.

24          A     We moved -- that was from 1978 to

1    1989.

2         Q     And then what happened in '89?

3         A     We were all moved to Van Ness

4    campus.

5         Q     The entire building?

6         A     The entire building and the

7    building was finally sold.

8         Q     Okay.  And where on Van Ness

9    campus was the lab located?

10        A     The lab was put in Building 39, C

11   level.

12        Q     What did you think about that

13   location?

14        A     That location was good but our

15   journalism lab wasn't -- we could not

16   accommodate any of the stuff that we moved

17   because it is so squeezed in the little

18   space, and my office was embedded in it.

19   That means I didn't have any office in the

20   journalism lab.

21        Q     Okay.  I'm sorry.  Did you say it

22   was a good location but a small space?

23        A     Small space, just three rooms

24   actually.  One room was half of this size

1       A       That was in 1992, '93.

2       Q       And this was at Chair Gray's

3   direction?

4       A       Emilia Gray's, yes.  She was --

5   she granted that space, '92 I think, yes.

6   And that was a former art lab, the lab for

7   the Art Department.  They moved to better

8   facility and they give me this.  So I had to

9   spend $90.00 from my pockets to get it

10  painted.  It wasn't even expended.  I --

11  myself and the student stayed two, three

12  days to paint it and that was habitable the

13  way that we made it, but it was loaded with

14  these hand-me-down computers and others and

15  they stocked them.  But there was no

16  appropriate computers for the students,

17  whether they came with their own laptops.  I

18  came with some of the other computers we

19  wrangled from the Accounting Department and

20  so on.  But that space --

21      Q       You made it work?

22      A       Made it work, of course.  My

```
 1          A       I think the Dean's office and the

 2    Building -- the Buildings and Grounds

 3    supervisor did.

 4          Q       So Dean Petty approved the move?

 5          A       Yes.  Everything has to be

 6    approved by Dean Petty and then sometimes it

 7    goes to the Vice President.

 8          Q       You were faculty editor to the

 9    Free Voice from 1978 until 2001?

10          A       Yes.

11          Q       And then you left as editor in

12    2001?

13          A       Yes.

14          Q       Why was that?

15          A       That was led by a concomitant of

16    circumstances.  For instance, it all came

17    from Dean Beverly Anderson and Vice

18    President Beverly Anderson who was extremely

19    hostile to me.

20          Q       Dean Anderson asked you to leave?

21          A       No.  She didn't ask me to leave

22    but this is the way that it came.  First, in
```

1           A      -- she had a -- that was around

2    Christmas break.  I left for India at that

3    time for the Christmas break.  When I came

4    back in January, Lawonda Linder came and

5    told me -- Dr. Anderson was at that time the

6    Vice President for Academic Affairs, not the

7    Dean -- she said that Dr. Anderson was

8    furious at you.  She's made at you, Joe.

9    Actually, the word she used was her head was

10   on fire.  And what she said was that because

11   of that article.  And she grilled her for

12   almost an hour one-on-one how the newspaper

13   is run, Free Voice, what -- how the students

14   are behaving in the class, all sorts of

15   things about me, and then she told her I

16   know that Joe Elam is a maverick professor.

17   He's a maverick.

18           Q      Beverly Anderson said that in the

19   conversation with Lawonda Linder?

20           A      Lawonda Linder, she conveyed it

21   to me.  And then she said, Joe Elam has a

22   hidden agenda and he's misleading the

23   students.  That is the way that exactly.

24           Q      Okay.  That's what Lawonda Linder

Q    Okay.

A    But I know that from what is happening at the University all the years. This is a saga of cronyism and malice against the other professors that's going on.

Q    Before you went to Yvonne Carter to suggest that Professor Vassell take over as faculty editor, did you ever request a meeting with Beverly Anderson to discuss what you had heard through --

A    No.

Q    -- what you had heard through Lawonda Linder?

A    No.

Q    Okay.

A    Because -- for the simple reason I know her all-bearing attitude, disparaging attitude towards foreigners, especially the foreign faculty.  She was involved in removing many of the Indian faculty at UDC and it was a known fact, known fact from the

1    crony.  So she said, well, I know that you

2    have an hidden agenda.  You're my --

3              THE REPORTER:  I'm sorry.  You

4    said --

5              THE WITNESS:  You have a --

6              THE REPORTER:  -- you had no

7    reason to do what?

8              THE WITNESS:  You -- I have no

9    reason to pick on you.  That is what I said.

10    And I -- then she said, no, you're a

11    maverick professor.  We all know that.  And

12    you have a hidden agenda.  You're misleading

13    the students.  We have collected information

14    on you.  So I asked her that how can you

15    collect information on me that without at

16    least letting me know what offensive stuff

17    that I am doing in the campus.  Because I

18    know that was unlawful to -- no, she said.

19    As administrators, we are to collect

20    information on you.  I said that is fine.

21              So she said, the next thing, you

22    have to abolish the Living Legend Award.  I

1      A      Yes.  It is in the past few

2  years.

3      Q      And was that a course then that

4  University students could take?

5      A      Yes.  University students -- yes.

6  Later the University students all take that

7  course.  Now they changed it from

8  QuarkXPress to a different software.

9      Q      Were you allowed to take that

10  course?

11      A      No.  That course -- recently that

12  I took that course.

13      Q      Recently you did?

14      A      Yes.  That is the last fall.

15  Yes.  I took that course.

16      Q      Okay.  And you didn't have to pay

17  for that course?

18      A      No.

19      Q      Do you know how long that course

20  was offered at the University before you

21  took it?

22      A      I don't know that exactly, but it

1    was no internet connections to that.  And

2    then I complained to the outgoing Chairman,

3    and she ordered for a computer before she

4    left in 2004, and it was installed in 2006,

5    that is 2006 into my office and it is still

6    there.

7              Q    You did not have a functioning

8    computer --

9              A    No.

10             Q    -- before 2006?

11             A    No.  I had no printer.  Most of

12   the stuff that I used my own computer at

13   home.  I used sometime the United Black Fund

14   computer and facilities because I didn't get

15   a key to the office for so many -- until

16   2005.

17             Q    Let me ask you about that

18   Department key.

19             A    Yes.

20             Q    Is the departmental office in a

21   different building than when -- than where

22   your office is?

1    A    Yes.  The Department office is in

2  Building 46, A level.  My office is in

3  Building 42, AOH, A level.

4    Q    Okay.  And do you currently have

5  a key to the departmental office?

6    A    Yes.  Thanks to the outgoing

7  Chairman that --

8    Q    That's Professor Belanger?

9    A    Professor Belanger.  He listened

10  to me.  I appraised him that I don't have a

11  key while almost all the other department

12  professors have, all since 1994.  And the

13  former chair, that Yvonne Carter, always

14  told me when I asked for the key, she said,

15  well, the office is always open, there'll be

16  somebody here, why do you need a key.  I

17  said the others have the keys, but we are

18  ready to open because there are office files

19  and everything.  I had said that is

20  precisely that is the reason I am asking.  I

21  have to access these children's records that

22  are on file.  I have to use the fax

1    machines.  I have to use the duplicating.

2    As a journalism professor, I have tons of

3    material for testing the students.  And I --

4                    THE REPORTER:  Do what to the

5    students?

6                    THE WITNESS:  Journalism

7    students.  They have to give the samples and

8    the worksheets and the -- so it was an

9    ordeal to get stuff duplicated when they

10   closed the door.  The last person leaves at

11   5:30 or 5.  And I had to depend on the

12   charity of other professors who would kindly

13   open the door for me.

14   BY MS. SCHIFFERLY:

15        Q    Okay.  Did you have a key to the

16   departmental office before 1994?

17        A    No.

18        Q    Okay.

19        A    No.

20        Q    But you've been requesting the

21   key --

22        A    Yes.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

1          Q       -- since 1994?

2          A       Oh, yes, the new Chair.  They

3     didn't share it with me the first time, and

4     then I constantly reminded and appealed to

5     Department Chair, and this was exactly the

6     answer.  You heard the other professors that

7     we are open until -- because we have late

8     classes, but many a time when I go in the

9     evening classes, it is closed.  So I had to

10    go to the Kinkos, which was Connecticut

11    Avenue, or the Office Depot across the

12    street, spend my own money.

13         Q       How long have you had the key

14    now?

15         A       Now it is 2005 -- yes, January of

16    2005, Charles Belanger granted me after I

17    filed this lawsuit specifically exchanging

18    and I -- he knew that -- I told --

19         Q       He knew that you had filed a

20    lawsuit?

21         A       Yes.  After that.

22         Q       And did he agree to get you the

1    have let you into the departmental office?

2    You chose not to go that way?

3         A    Sir, it's a good -- thing is that

4    I was locked last Thursday, my key was.  I

5    spend half an hour to go to the security to

6    return my key and open it.  They came with

7    the master key. It wouldn't open.  So

8    finally, I looked around for the -- a six

9    foot eight, this tall student, who climbed

10   over the ledge, opened the door.  Security

11   said sorry that we didn't have the key.

12   See, it spending 45 minutes.  See, it is

13   easy to say go to the security.  It is not

14   easy at UDC to go to the security and open a

15   door.  It takes always procedures, filling

16   out forms.

17        Q    Leroy Barton, is he a member of

18   the department faculty?

19        A    He used to be.  I think he's

20   still, yes.

21        Q    Do you know whether he had a key

22   to the departmental --

1    they are the four.

2    Q    And in terms of square feet of

3    area, are all four of your offices

4    comparable?

5    A    No.  It is -- mine is much more

6    irregular.  I cannot keep any of the things

7    that -- we want to -- it is an odd-shaped --

8    Q    Sure if you wanted --

9    A    Yes.  I could -- so I cannot

10   accommodate --

11   Q    I'll just get you a piece of

12   paper.  We'll mark it as an exhibit.

13   A    You cannot put anything so I

14   covered it with some of my books and it is

15   shaky.  Anybody can open the door by

16   jiggling it, and I complained several times

17   my door is open, somebody was eating food in

18   there and leaving it for mice and things to

19   come there that I complained.

20   Q    Where are the three other offices

21   in relation to yours?

22   A    Venne's is here (indicating),

1    Meredith's is there (indicating), and

2    Smith's is here (indicating).  They're all

3    regular shaped, and this is -- it's the most

4    --

5         Q    Setting aside the question of

6    irregular shape, do the four offices have

7    the same approximate square foot?

8         A    No, I don't think so.

9         Q    Okay.  Yours is the smallest of

10   the four?

11        A    Smallest and I have the largest

12   collection of books.

13             MR. SCHIFFERLY:  Yes.  Let's mark

14   this as Exhibit 1.

15             THE WITNESS:  That is an

16   approximate.

17             MR. SCHIFFERLY:  And with the

18   understanding -- right -- it's a rough

19   sketch.

20             THE WITNESS:  Yes.  I go measure

21   it and get the exact size.

22             MR. SCHIFFERLY:  Okay.  And I'll

259

1        A     Yes.  All of this my

2   recommendations as the journalism

3   coordinator.  And she gave me the rebel

4   support but nothing happened.

5              MR. SCHIFFERLY:  Okay.  Let me

6   have marked -- it's at 5 I believe.

7                     (Exhibit 5 marked.)

8   BY MS. SCHIFFERLY:

9        Q     Professor Elam, I'm showing you

10  what's been marked Deposition Exhibit 5.  It

11  think --

12       A     It's the External --

13       Q     This is the External Program

14  Review --

15       A     Yes.

16       Q     -- conducted in 2001 of the

17  Department of Mass Media, Visual and

18  Performing Arts?

19       A     Yes.

20       Q     And specifically Mass Media, TV

21  Production and Journalism?

22       A     Yes.

1   local focus seminar?

2          A    Yes.  I held three such seminars

3   and I pulled together each time no less than

4   10 to 12 journalists, local journalists,

5   outstanding journalists in a seminar format

6   with two workshops in which the reporters

7   from Washington Post, Washington Times and

8   some radio station, WPFW, Channel 5, Channel

9   --

10               THE REPORTER:  I'm sorry, what TV

11  station was that?

12               THE WITNESS:  WPFW radio station.

13  It's a local station.

14  BY MS. SCHIFFERLY:

15         Q    So this was a seminar for

16  students --

17         A    Yes.

18         Q    -- and a workshop for students?

19         A    Yes.  It is -- it was open to the

20  public.  Professionals came from DC

21  government for learning about writing and

22  editing and also a lot of interested

1    community people came about what is the

2    status of the Black press.  And it was a

3    heated debate in the three seminars that I

4    had.

5          Q    The seminar wasn't just for

6    students?

7          A    Just opened to the students and

8    to the public.  All my students, journalism

9    students, it was mandatory to participate.

10         Q    And did the University sponsor

11   the seminar?

12         A    As I told you, it is a joke.  The

13   University never offers anything in terms of

14   the --

15               THE REPORTER:  In terms of what?

16               THE WITNESS:  In terms of

17   creating any programs.  The faculty, out of

18   their own initiatives, takes -- brings it

19   out.  In terms of me as a journalism

20   faculty, I had enormous resources and

21   contacts with the community where other

22   faculty cringed, I just take the telephone

1    and call them and they agree.  And then I

2    set the students in motion.  They approach

3    them, give all the details, work out -- I

4    write the releases, the public service

5    announcements.  They go to the stations, put

6    it out.  First the publicity comes and it

7    does materialize.  I never have backed out

8    from money problems.  Somehow or another I

9    make it happen.

10    BY MS. SCHIFFERLY:

11        Q     Did the University provide the

12    space for the seminar?

13        A     Yes, but they put through us the

14    ringer.  They asked for $2,000.00 to

15    $3,000.00 to open up the campus auditorium

16    and this was immediately after the 9/11

17    tragedy that nobody was talking anything

18    about it.  So I gathered my students and we

19    discussed on the current issues, and so we

20    said we should do something about it,

21    because no University is focusing on it.  So

22    I designed a program for the University, and

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
WASHINGTON, D.C.  20005-3701

www.nealrgross.com

(202) 234-4433

1    --

2              THE REPORTER:  Who?

3              THE WITNESS:  Adabayo -- Adiose

4    Adabayo, A-D-I-O-S-E Adabayo, A-D-A-B-A-Y-O

5    -- he's an African, Nigerian.  And Nelda

6    Ormond was not recommended at all strongly,

7    just recommended.  Strongly recommended

8    there's more involved and the ranking in

9    order that I was number two.  And my

10   question was how come she pulled me down to

11   number four and elevating Nelda Ormond to

12   three?  And then that is cut out position.

13   There is no money for the University to

14   promote the fourth candidate.  So it is a

15   premeditated and I think it is based on

16   race.

17   BY MS. SCHIFFERLY:

18        Q    Why -- beyond the answer you just

19   gave?

20        A    I think the herd instinct.  They

21   -- the hyenas always go and protect the

22   hyenas and eat the lions.  See, that is the

1    it's budget, and one of the devices they

2    came with -- and their dean Beverly Anderson

3    was involved in that process -- they took a

4    survey and they found the University's

5    faculty is aging, and so the president --

6    event the two presidents that I worked with,

7    they used to -- Joe, our problem is that our

8    faculty is too old, they're aging.  I said,

9    okay, but I am aging but I am not aging

10   according to the conventional rules, that I

11   am still energetic and enthusiastic in my

12   profession, in my community.  Then finally

13   that it came to the -- the faculty senate,

14   they were concocting a plan to terminate the

15   faculty based on age, because they were the

16   ones drawing the highest salaries, the older

17   faculties.  So that plan was almost like a

18   Machiavellian plan and the word spread

19   around the campus that the older faculty --

20   and some students began to repeat it --

21   older faculty is destroying the bases, the

22   financial base of the University, that is --

1    But the travesty of justice happened because

2    of racial prejudice or ethnic prejudice or

3    with bias towards age.

4         Q     Well, that was going to be my

5    next question.

6         A     Yes.

7         Q     Do you believe that Provost

8    Reuben Cooke discriminated against you based

9    on your age?

10        A     Yes.  Maybe that -- I think she

11   might have.  She might have.  That she has

12   all reason based on the ploy and the

13   Machiavellian plan to eliminate higher

14   salaried people based on age.  That is

15   ongoing thing.  It was a living example of

16   the buyouts and the terminations.  And even

17   the terminations that -- and the rifts that

18   happened under the aegis of Dr. Beverly

19   Anderson -- she picked on the faculty,

20   mostly Indian and the older people from

21   Education Department, Philosophy Department,

22   History Department and others.  And they

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com