# EXHIBIT 8

71

1    Q.   Has it been discussed with you --
2    A.   No.
3    Q.   By the dean or any other person?
4    A.   No, no.  But again, I am really confused
5  because I see this is for the 2002-2003 evaluation.
6    Q.   Yes.
7    A.   Unless they didn't want to go back and pick
8  it up from when I applied, because this is not when I
9  applied.
10   Q.   You applied during the year 2000?
11   A.   Yes.
12   Q.   And you were the only one that applied
13 during 2000?
14   A.   Yes.
15   Q.   And that is the year that they just held
16 your application in abeyance, just held on to it?
17   A.   Yes.  It had gotten up to a certain date,
18 but it didn't get any further than the dean.
19   Q.   Did you know that it was being placed back
20 into this particular cycle that they have in front of
21 you?
22   A.   No, no, because that was the purpose of my

1  not applying again, I thought.

2  Q.   When did you learn that it had been placed
3  back in this particular cycle?

4  A.   Now.

5  Q.   Well, at some time you learned that you had
6  been promoted to full professor?

7  A.   Yes.

8  Q.   When did you learn that?

9  A.   I guess during the summer of 2005.

10 Q.   Last summer, just last summer, you think?

11 A.   Yes.

12 Q.   How did you learn that you had been promoted
13 to full professor?

14 A.   I think I got a letter.

15 Q.   Do you recall --

16 A.   Wait, wait. This is what happens when so
17 much time goes by.

18      I am not so sure whether I got a letter
19 before last year stating -- I don't know. I just
20 don't know, but this was not the chairman of the --
21 is this a woman?

22 Q.   When you say this --