**EXHIBIT 9**

```
 1  review journals?
 2      A.   No.
 3           MR. DAY:  I'd like to have this marked as
 4  Adebayo 1.
 5                    (Adebayo Exhibit No. 1
 6                     was marked for identification.)
 7           MR. DAY:  Let the record reflect that I am
 8  handing a copy to counsel.
 9              BY MR. DAY:
10      Q.   Mr. Adebayo, could you take a couple of
11  minutes and just look through this document,
12  familiarize yourself with it.  Have you had a moment
13  to look this over?
14      A.   Yes, sir.
15      Q.   Do you recognize this document?
16      A.   Yes.
17      Q.   Could you tell me what it is, please?
18      A.   This is my application for promotion to rank
19  of professor from assistant professor.
20      Q.   Can you tell me when you submitted this
21  application?
22      A.   September 11, 2003.
```