# EXHIBIT 10

54

1  because we are talking about four or five years ago,
2  and a lot has happened since then.
3       Q.   Certainly.  Let's talk about documents or
4  papers you may have authored.  Would you detail those
5  for me, please.
6       A.   I will start with the assessment.  As I
7  mentioned earlier, at the university we have a Center
8  for Applied Research and Urban Policy, and under the
9  center, we have the opportunity to work on major
10 research projects because the center, although it is
11 not the way it used to be, but it is like a support
12 system when you are trying to get grants to bring
13 into the university.
14          Other times, because of our unique
15 relationship as a part of D.C. government, there may
16 be an agency in D.C. Government that would like to
17 have some kind of study done, and there would be a
18 memorandum of understanding, and memorandum of
19 agreement, to perform a certain function or do this,
20 and it is more cost-effective, so I was part of a
21 team that provided assessment of children with
22 special needs.

1    Specifically what I did, because it was a
2  team of us, I looked at the service providers and the
3  policy makers, and what that entailed was we designed
4  a survey instrument, and then we interviewed -- we
5  had a whole range of questions, service providers in
6  my case and policy makers, and that became a part of
7  a major piece that I guess it is in my notebook, and
8  then our study was presented -- every year the
9  Department of Health has a major conference in
10 February, and we have done research at that
11 conference for a number of years now.
12      But I was not the principal investigator --
13 the center director -- you know how these centers
14 are, the center director is always the lead name,
15 unless you are the principal investigator.  When I am
16 the principal investigator, of course, I am the lead
17 name.  At the presentation, we were there to answer
18 as it related to our piece.
19     Q.   How long did it take you to work on this
20 report to completion?
21     A.   We started this one -- we probably finished
22 this report just before we presented it.  We started

56

1  in April, but we finished this report probably late
2  January, and then in '95, I published -- Dr. Haynes
3  Walton --
4      Q.  I am sorry to interrupt you, but before we
5  leave that particular piece of work, you say, we
6  published it.  Where was it published?
7      A.  It was published as a document of the Office
8  of Maternal and Child Health.
9      Q.  And was it within that magazine or --
10     A.  No, no, that is -- the Office of Maternal
11 and Child Health is an agency of the Department of
12 Health, and so the study was distributed -- it was
13 published for distribution at this major health
14 conference.
15     Q.  So it wasn't, for instance, within some
16 other piece of literature, or some documentation,
17 some other magazine, some other piece of work,
18 nothing of that nature?
19     A.  Well, I don't know because we did the study
20 for them, so we didn't have proprietorship.  Once
21 they got the study, I don't know.
22     Q.  They could have conceivably done something

57

1 with it?
2     A.  Yes, it could be in a refereed journal, for
3 all we know.
4     Q.  But to your knowledge, it simply went to
5 this particular agency?
6     A.  Yes, and they distributed it.
7     Q.  Do you know if it was peer-reviewed in any
8 particular manner, or would that be necessary for
9 this particular type of work?
10    A.  Well, when you say peer-reviewed -- it was
11 peer-reviewed by the people who had a special
12 interest in this need, because it fulfilled a
13 substantial need in the District to address --
14 because what we did really was the most comprehensive
15 study, first of all, identifying who are the children
16 with special health care needs, the numbers, because
17 the study had many different components.  We did an
18 assessment, so it definitely served a purpose for all
19 of the stakeholders that deal with this particular
20 constituency.
21    Q.  And the next document?
22    A.  One of my areas of concentration focuses on

58

1   black politics, and specifically black women in
2   politics, so I had done this research piece which I
3   had presented at the National Conference of Black
4   Political Scientists, and Dr. Walton, who is one of
5   the premier black political scientists at the
6   University of Michigan, invited me to submit my
7   paper -- he heard my paper and invited me to submit
8   it as parts of a book he published.  That is what
9   that piece is.
10      Q.   And what is his book, do you know that?
11      A.   "Black Politics and Black Political
12  Behavior" --
13      Q.   That is the name of the book?
14      A.   Yes.
15      Q.   And was it published as a chapter in his
16  book?
17      A.   Yes, it was published as an article.  He was
18  the editor, and it was a whole series of academic
19  papers dealing with different aspects of black
20  politics and black political behavior, and mine was
21  in a section dealing with women.
22      Q.   The next paper?

(703) 867-0396