# EXHIBIT 11

87

1  respect to Mr. Elam; is that correct?
2      A.   I made an independent judgment. I didn't
3  decide against the recommendation. The
4  recommendation of the Committee was forwarded.
5      Q.   Tell me why you disagreed with the
6  Committee's recommendation to promote Mr. Elam.
7      A.   My recommendation to the Provost regarding
8  Mr. Elam's portfolio was that he not be recommended
9  because I was concerned about his portfolio's lack of
10 evidence of currency, that he had kept current in his
11 field, particularly as it relates to the major
12 changes that occurred in journalism in the area of
13 technology and in legal and ethical issues.
14     Q.   Was that the basis for not recommending that
15 Mr. Elam be promoted?
16     A.   That is the basis.
17     Q.   That he was not current in his field,
18 particularly in the area of technology and legal and
19 ethical issues?
20     A.   That cuts to the base of the major
21 responsibility of a faculty member is to teach in a
22 manner that keeps students current and able to be at

88

1  the forefront of their fields.
2    Q.   And you felt that his portfolio suggested
3  that he was not teaching in that manner?
4    A.   I felt that his portfolio, as well as the
5  curriculum of the Department, suggested that. There
6  had not been modifications in the curriculum in that
7  field that I could find since the 60s.
8    Q.   How did you come to this conclusion?
9    A.   I consulted with the Dean of Communications
10 at Howard.
11       I talked with another Dean at Florida A & M.
12       I talked to someone from the Association of
13 Black Journalists.
14       I did a lot of reading about journalism on
15 my own.
16       I had knowledge that the Chair had worked
17 some time in talking about the need for curriculum
18 revision in that area and her inability to get
19 movement in that area.
20   Q.   Who was the Chair?
21   A.   Yvonne Carter was the Chair at that time.
22   Q.   Did she explain the reason why there had not

1   been movement in that direction?

2   A.   Well, there are lots of reasons for not
3   movement, but basically a curriculum is driven by
4   your faculty and we had a number of adjunct faculty
5   in that area, but there was only one full time, there
6   is still only one full time Dean to be tenured
7   faculty, and that is Professor Elam.

8   Q.   And every other Professor is adjunct; is
9   that correct?

10  A.   We are hiring.  We have a recruit out now
11  and we are in the process of recruiting for a second
12  position in journalism that we just managed to find
13  the funding for.

14       Well, the funding has actually been there
15  for a year.  The position has not been filled because
16  the faculty haven't identified and set forward a
17  recommendation.  But we have had a position
18  identified in that area since two years now.

19  Q.   You consulted with a Dean at Howard
20  University and did you say A & M?

21  A.   Florida A & M.

22  Q.   Florida A & M?

90

1  A.   A & M.

2  Q.   The Association of Black Journalists?

3  A.   The Association of Black Journalists.

4       I also have a son-in-law who is a
5  journalist.  He is a newspaper writer.  He is a
6  Newsweek writer.  So, I talked to him about it.

7  Q.   Who does he write for?

8  A.   Newsweek.

9       I know journalism curriculums because my
10 daughter was a journalism major at Northwestern.  She
11 is a historian now, but she was an undergraduate
12 journalism major at Northwestern.

13      So, I went on site because I know they have
14 one of the strongest programs.  I went on site there
15 and looked at their curriculum.

16 Q.   Where was your daughter studying again?
17 I'm sorry.

18 A.   Northwestern University.  Medill School of
19 Journalism.

20 Q.   Was their on-line curriculum substantially
21 different from the curriculum at UDC?

22 A.   Yes.

        Like he has articles from a couple of
different papers.  The Informer.  I believe he had a
Times article, a Washington Times article, in there.
I try to get a sample of the different types of
writing that he has done.
    Q.   In evaluating Mr. Elam's portfolio, as you
go through each item that is submitted as
scholarship, do you evaluate that or did you evaluate
that as scholarship?
    A.   Cumulatively do you mean do I evaluate to
say this is good scholarship or bad scholarship?
        That is not my role.
    Q.   No.  And let me just clarify the question.
        The question is for each of the entries that
are submitted in the 29 page submission, did you
include each of those as scholarship or in the
category of scholarship?
    A.   Most of the published material is
scholarship.  Yes.  It is evidence of professional
activity.
        I can't say it is not published scholarship
in the sense that it is not research.  Journalists do

1  research. Lots of journalists do research. They do
2  a lot of different kinds of research, research for an
3  article, but they also do research to look at
4  questions and issues in their field.
5      Professor Elam doesn't present any evidence
6  of formal research related to his discipline. He
7  actually presents evidence of writing that may have
8  involved research, but it is not really published in
9  their journals for journalists that publish research
10 about journalism.
11     What kind of articles keep people's
12 attention, how long they read certain things, how
13 much coverage there was of certain issues during a
14 certain time period, those are examples of scholarly
15 articles related to journalism.
16   Q.  Now let's focus on Professor Elam's
17 submission as you look through the articles. And I
18 just want to understand your testimony because I
19 think you are saying that you did credit the articles
20 as being scholarship.
21   A.  Right.
22     Evidence of professional activity is a

Do you see what I am saying?

Q. Certainly.

A. For example, the book review on Harlem Princess is professional activity. But the copy of the book cover for TeenPower which he edited, the book cover itself would not be professional activity because somebody else designed that.

Do you understand what I am saying?

Q. I do.

A. So, when you say everything on here is professional activity, I can't agree with that.

Q. Let me see if I can narrow it just a little bit more, but still be general?

The newsletters that are listed in this particular section, is that considered evidence of professional activity?

A. Yes.

Q. Any magazine articles that were published, is that evidence of professional activity?

A. Yes.

Q. And those items are in the general category of scholarship and professional development?

JARDIM REPORTING ASSOCIATES
(703) 867-0396

229

Q.	Have you had a chance to review Exhibit 20?

A.	Yes.

Q.	And specifically the section previously referenced?

A.	Yes.

Q.	Does this in fact appear to be a document used by the College-Wide Committee?

A.	I have not seen this form before.

Q.	Does the section appear to contain, first of all, the four areas in which you evaluate an applicant, the scholarship, teaching and teaching related, community service and university service?

A.	Yes.

Q.	And within each of those four areas that I just identified, does it assign points to different activities that an applicant might conduct?

A.	Yes.

Q.	On the form for Dr. Shiela Harmon Martin does it appear to in fact assign points according to activities that she may or may not have completed?

A.	I don't know that because I haven't had a chance. I didn't review all these.