# EXHIBIT 12

1  supported promotion to the highest rank at the
2  university.
3      Q.   And what was your conclusion?  What was
4  your evaluation with respect to the scholarship?
5      A.   I did not find evidence that that was the
6  case.
7      Q.   And I need you to be more specific.
8      A.   In looking at the file, one looks for --
9  there are several things that one looks for.  I did
10 not see evidence of original research in terms of
11 one looks for -- I think some of the criteria talks
12 about new ideas, intellectual development,
13 publication, not necessarily publication, but things
14 that could turn into publications or things that
15 were tangible.  I did not see evidence of dealing
16 with issues and questions within the discipline and
17 working those through.
18           In terms of those kinds of things I did
19 not see it, did not find the support there for
20 movement to the highest rank.
21      Q.   And did you look for those in the other
22 application packets?  Did you look for the

1  do you define the scholarship for the performing
2  arts?
3     A.   Well, part of it would be the performance,
4  because a lot of it is performance.
5  For example, there are various performances. There
6  were several -- I think some of the things that
7  tipped that -- that was a closer file and I think it
8  was closer for the dean as well because that was one
9  that was recommended rather than strongly
10 recommended.
11    Q.   Before you leave that point, does strongly
12 recommended as opposed to recommended sway you one
13 way or the other?
14    A.   I think strongly is different from
15 recommended, yes.
16    Q.   And you would credit that more?
17    A.   It tells me that the person who made that
18 evaluation credited it more.
19    Q.   Does that weigh in your mind any
20 heavier?  Do you credit that recommendation any
21 stronger in your independent evaluation?
22    A.   Yes.  Yes, I would.  I would say that this

```
 1   variety of different types of works or
 2   accomplishments that the candidate may have
 3   submitted and accomplished in their past, is that
 4   correct?
 5        A.   It awards points for things based on some of
 6   these criteria, yes.
 7        Q.   I am actually getting to the end.
 8             As we sit here today, do you have a
 9   recollection of Professor Elam's application packet
10   and the supporting materials?
11        A.   I do.
12        Q.   Can you describe it?
13        A.   In looking through the materials I
14   found -- they were voluminous.  Many of them were
15   not relevant to the question of scholarship and
16   professional development.  There were several
17   binders.  Some of them were pictures and so forth.
18             In looking at the area of scholarship and
19   professional development, I was looking at several
20   things.  One was because that was the area of
21   controversy, to look at the dean's statement and
22   also at what the college committee did.  The dean's
```