# EXHIBIT 13

27

1  Q  Is there any authority in the fifth
2  master agreement perhaps, that you follow in
3  determining exactly how you will proceed by
4  evaluating this request that you determine
5  whether the promotion should have been
6  granted?
7       MR. SCHIFFERLE:  Objection to form.
8       MS. RAINEY:  Allow me.
9       MR. SCHIFFERLE:  -----
10      BY MS. RAINEY:
11 Q  Is there any authority that you
12 look at to guide your process?
13 A  No.
14 Q  How did you determine the procedure
15 for your process?
16 A  How did I determine the procedure
17 for my process?
18 Q  For your review process.
19 A  For my review process?
20 Q  Yes.
21 A  If I understand the question --
22 Q  I'll rephrase it if you don't

30

1  believed was my process for arriving at my
2  decision.
3      Q   I'm not quite sure I heard that.
4  It sounds as though your process is one that
5  you've devised, is that correct?
6      A   If you are suggesting that the
7  judgment that I used was based upon my
8  thinking, sitting in the chair as president,
9  the answer is yes.  If, on the other hand,
10 you are asking if there is a specific
11 presidential process that is recorded
12 somewhere that I followed, the answer to that
13 question is no.
14     Q   It was the letter -- that was my
15 question -- whether there's some authority
16 for the process, whether the fifth master
17 agreement or some other document guides you
18 on how you should look at this particular
19 application or this particular process,
20 that's the question.
21     A   To the best of my knowledge, the
22 process only says that I have to render a

```
 1   scholarly works -- what's the authority for
 2   that definition?
 3        A    Thirty-five plus years of
 4   experience in the academy.
 5        Q    Does it have any relationship to
 6   the fifth master agreement?
 7        A    Of course it does.
 8        Q    What is that relationship?
 9        A    Well, Article XVI, principle A,
10   number 2 says, "The following should form
11   apparent parameters for assessing applicant
12   for promotion:  Academic, scholarly, and
13   service requirements."
14        Q    Academic, scholarly, and service
15   requirements?
16        A    Yes.
17        Q    And does it define scholarly in the
18   manner that you've just defined it?
19        A    Scholarly here, unless it's
20   somewhere else, and I will have to study it
21   significantly to say, but it's not defined
22   here, but I would submit that the definition
```

62

1  as being the conditions or circumstances
2  under which certain kinds of decisions or
3  rulings would be made.  And in this instance
4  they also say academic, scholarly, and
5  service achievements, so I think the
6  definition of scholarship is such that it may
7  not be spelled -- need to be spelled out.  At
8  least I did not interpret it to mean that I
9  had to adhere to a definition as advanced by
10 the fifth master agreement, and I think we
11 probably would be -- well, I will stop there.
12    Q    So, just so I'm clear on how you
13 define for purposes of promotion, scholarly
14 works, you stated that it's what one writes,
15 publishes through peers, publishes in
16 journals, and refereed journals.
17    A    Uh-huh.
18    Q    Is that an accurate definition of
19 scholarly works?
20    A    It's my working definition of
21 scholarly work, yes.
22    Q    Does that also include -- and I