# EXHIBIT 14

1. <u>Teaching Faculty</u>

   <u>Criteria</u>                                                           <u>Weight</u>

   a. <u>Teaching and Job Related Responsibilities</u>                        60%

      (including knowledge of subject matter;
      ability to communicate with students;
      quality of instructional materials,
      course outlines, etc.; student consulta-
      tion and advising; timely submission of
      grades, and other required reports;
      attendance at department, college and
      University meetings, etc.)

   b. <u>Scholarship and Professional Growth</u>                              25%

      (including original research; publica-
      tions in professional journals; creative
      works, shows and performances; inven-
      tions, patents and technical or voca-
      tional products; instructional materials
      and methods developed; professional
      consultantships and special activities
      that enhance the prestige of the Univer-
      sity; study/work with peers and experts
      in the field leading to improved capa-
      bilities and credentials, etc.)

   c. <u>University Service</u>                                               10%

      (including participation in depart-
      mental, college and University activi-
      ties, both within and outside the dis-
      cipline; leadership in the University
      community; participation in faculty,
      institutional and Faculty Association
      governance; representing the University
      at appropriate functions; securing
      grants and contracts, and otherwise con-
      tributing to the growth and development
      of the University, etc.)

   d. <u>Public Service</u>                                                    5%

      (including participation in community
      activities, organizations and functions)

                                                        TOTAL                100%

3. University Promotion Committee (UPC)

   Membership on this committee shall be limited to the chairpersons of the various CPC's, the respective deans, and a representative of the Faculty Senate. The Provost/VPAA shall serve as chair of the Committee. Using the various CPC recommendations and comments, and consistent with University policies and criteria applicable under this Article, the UPC shall establish University-wide promotion standards and weights, which shall remain in effect for the duration of this Agreement. Such standards and weights shall include a formula for giving credit to faculty reapplying for promotion whose rating(s) for the previous year(s) was/were "strongly recommended." In recognition of the differing missions of the several colleges of the University, the Committee may, with the VPAA's approval, establish differential standards and weights for different colleges.

4. University-wide Review Committee (URC)

   The Committee (URC) shall consist of one faculty member holding the rank of professor from each of the colleges, appointed by the Faculty Senate in such fashion. as it shall deem appropriate. The URC shall (i) hear appeals of applicants who have been declared ineligible and as provided below render binding rulings on those appeals and (ii) advise the Provost/VPAA on appeals at that level.

✳ C. Procedures

1. An applicant for promotion shall submit his or her application with supporting documents to the Department Chair no later than the second Friday in September. The application is to be filed on Form P-1, a copy of which is annexed to this Agreement. The Department Chair shall issue a receipt to the applicant for the materials submitted.

2. The Department Chair shall promptly review the records and certify whether the applicant meets minimum eligibility requirements as outlined in Paragraph B above. The Department Chair shall send notice of eligibility to the DEPC, with a copy to the applicant, by the third Friday in September. If a faculty member disagrees with the minimum eligibility determination given, or if the Department Chair fails to send the notice of eligibility by the indicated date, the faculty member may within five (5) working days after receipt of said notice, or after the third Friday in September if said notice is not received by that date, file a written request for a determination of eligibility by the URC. The URC shall notify the faculty member of its decision by the fourth Friday in October with a copy to the Department Chair, in which case the URC's decision shall be final and not subject to grievance or arbitration under this Agreement. No final action on promotion will be taken absent a final determination with respect to eligibility.