# EXHIBIT 15

University of the District of Columbia
College of Arts and Sciences

**Office of the Dean**
4200 Connecticut Avenue, N.W.
Washington D.C. 20008

Telephone: (202) 274-5194

May 14, 2004

Professor Joseph Elam

Dear Professor Elam,

Several months ago, the College Promotion Committee forwarded your promotion portfolio with a recommendation that you be considered for promotion to the rank of professor. I have reviewed the applications of all candidates for promotion and have concluded that there is insufficient evidence to approve your application at the College-level. Your application is voluminous and includes extensive documentation of articles written for local papers, conferences organized and recognition for community service. However, there is no evidence that your clips have been cited for journalistic excellence or published after peer review. Further, there is insufficient scholarship- professional development activities, scholarly publications, curriculum development work- to qualify you for the highest academic rank in your discipline.

Specifically, your promotion application and the supporting documentation does not indicate currency in the field of journalism. There is limited evidence that you have participated in training that has kept you abreast of technological advances and professional/ethical issues that have been pervasive in your field. Moreover, there is no evidence that you have provided academic leadership to revise the journalism curriculum to reflect these changes. I am therefore unable to justify recommending you for the senior rank of professor.

I commend you for your extensive community work and for your continued paid work as a journalist. However, I encourage you to devote more effort to scholarship and teaching-related activities- maintaining professional currency, developing curriculum and seeking excellence and recognition as a scholar in your field.

Best wishes for success in a future promotion cycle.

Very truly yours,

Rachel M. Petty, Ph.D.