**EXHIBIT 16**

**University of the District of Columbia**

Office of the Provost and Vice President for Academic Affairs
4200 Connecticut Avenue, N.W.
Washington, D.C. 20008



May 13, 2004

Mr. Joseph Elam
6112 Oakengate Way
Centreville, VA 20120

Dear Professor Elam:

I have completed a review of the material relating to your application for promotion to Full Professor filed during the 2002-2003 academic year. I have also considered the recommendations of your College Promotion Committee and your dean. You were favorably recommended by your College Promotion Committee but did not receive a favorable recommendation from the dean of your college. I have reviewed your file with care and have not recommended your promotion to Full Professor to the President.

As shown in Article XVI, Section A of the Fourth Master Agreement which was in effect at the time of your application, promotion results from a selective process to identify candidates from among eligible faculty. Promotion is awarded in recognition of the professional stature achieved as assessed in relation to one's contribution in job performance, research (scholarship and professional growth), and service (university and community). Your accomplishments in the area of job performance and service are commendable; however, promotion to the highest rank contemplates evidence of scholarship and research that is not evidenced presently. I invite you to strengthen your application in this area for future consideration.

Since you were recommended for promotion by your College Promotion Committee, you may pursuant to the provisions of Article XVI, Section (C) (9) file an appeal to the President. An appeal must be filed within five working days of your receipt of this letter.

Sincerely,

Wilhelmina Reuben-Cooke
Provost and Vice President of Academic Affairs

Attachment