**EXHIBIT 17**

## University of the District of Columbia
*Office of the President*



July 19, 2004

Joseph V. Elam
6112 Oakengate Way
Centreville, VA 20120

Dear Professor Elam:

I have given great thought to your May 21, 2004, appeal of the decision to exclude you from the 2002-2003/2003-2004 candidates for promotion. In addition, I have considered your comments made during our June 21st meeting on the same subject. However, for the reasons set forth in the Provost and Vice President for Academic Affairs' May 13, 2004 letter, I have decided not to promote you at this time.

Continue to strengthen your record of teaching, scholarship and service. There will be a future promotion cycle for which you may be considered a candidate for promotion.

Truly yours,

William L. Pollard
President

cc.:

UDCFA/NEA

4200 Connecticut Avenue, N.W. Washington, DC 20008
Telephone (202) 274-5100 • Fax (202) 274-5304 • www.udc.edu