# EXHIBIT 18

## JOSEPH V. ELAM
6112 Oakengate Way   Centreville   VA  20120   Phone: (703) 803-6908   Fax: (703) 802-1325

May 17, 2004

TO:   William Pollard, PhD
      President
      University of the District of Columbia
      4200 Connecticut Avenue, NW
      Washington, DC  20008

FROM: Joseph V. Elam
      Associate Professor of Journalism
      Department of Mass Media, Visual and Performing Arts

RE:   Appeal under provisions of Article XVI, Section ( C ) (9) of the Master Agreement, pursuant to the judgment and directives contained in a letter dated May 13, 2004 from Wilhelmina Reuben–Cooke, Provost and Vice President for Academic Affairs

[Stamp: RECEIVED MAY 20 2004 VICE PRESIDENT FOR ACADEMIC AFFAIRS]

Dear Dr. Pollard:

I have received today the Provost's letter referred above denying me promotion to the rank of full Professor. From the provost's letter, it is obvious that Dr. Reuben-Cooke heavily relied on the unfavorable recommendation from Dr. Rachel Petty, Dean of the College of Arts and Sciences. Dr. Petty had met me in her office during this Spring Semester, expressing her dilemma of evaluating my scholarship and professional growth based on the existing criteria for faculty evaluation for promotion — standards and weights-- which conspicuously fail to list the relevant standards and measures to evaluate a journalism professor.

I am certain that Dean Petty has applied either an inequitable, or a double standard in evaluating my scholarship and professional growth. I have no doubts about my scholarship and professional achievements since the extensive documentation of my five-volume promotion file speak for itself compared to those of the other faculty members applied / recommended for promotion. My editorship of two magazines, a newsletter and the authorship of numerous magazine and newspaper articles, including the 25 years of editorial research and nurturing for the establishment and development of the Journalism Lab newspaper—*FREE VOICE*—is conveniently or advertently overlooked by the dean.

Incidentally, I am the one and only full-time Journalism faculty in the entire university, who built the journalism program with large enrollment and higher percentage of graduation rate since 1982 when the second journalism faculty member resigned.

Based on the recommended list of faculty promotion attached to the Provost's letter of May 13th, I feel I am discriminated against promotion on multiple counts for a second time. The university did deny first my 1978 application for promotion to the Associate Professor's rank, but later accorded the promotion with a conciliatory agreement in 1982 with four years' back pay and defaulted benefits.

*Continued*

*Elam's appeal to Dr. Pollard, page 2*

I, therefore, request you to review all the supporting documentation from the dean's office and all the applicants' files to determine my eligibility for promotion in comparison to the faculty recommended for and awarded promotion.

Sincerely,

*[signature]*

Joseph V. Elam

Cc: Leslie Richards, President, Faculty Association
     Wilhelmina Rolark, Esq,
     DR Wilhelmina Reuben Cooke ✓