UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOSEPH v. ELAM,                  )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 05-1557 (JBD)
                                 )
BOARD OF TRUSTEES OF             )
THE UNIVERSITY                   )
OF THE DISTRICT OF COLUMBIA,     )
                                 )
          Defendant.             )
```

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, and any Reply, it is hereby this \_\_\_\_ day of _____, 2007, **ORDERED:**

That Defendant's Motion is DENIED.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Valencia R. Rainey, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 607
Washington, DC 20036-4718

Carl Schifferle, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530