UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH V. ELAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1557 (JDB) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY ) | |
| OF THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE
TO FILE AN ERRATA TO PLAINTIFF'S OPPOSITION
<u>TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Joseph V. Elam, by and through his undersigned counsel, hereby moves for leave to file the attached Errata to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, to correct certain errors in the Opposition, and in support thereof states as follows:

1. On March 19, 2007, Defendant filed its Motion for Summary Judgment, along with a 28-page Memorandum, a 125-paragraph Statement of Material Facts, and 15 Exhibits.

2. On August 20, 2007, Plaintiff filed his 38-page Memorandum in Opposition to Defendant's Motion for Summary Judgment, along with a 15-page statement of Disputed Facts and 19 Exhibits.

3. Upon subsequently reviewing Plaintiff's Opposition,

undersigned counsel noted that it contained some errors in citations, language, and formatting. (For example, we had inadvertently listed a 2004 publication among the many published articles Plaintiff submitted with his 2002 promotion application (Opp. at 3), and have now deleted that item (paragraph no. 2) in the Errata.) Undersigned counsel has prepared the attached Errata to correct any such errors.

4. Undersigned counsel also noted similar errors in the statement of Disputed Facts, which are corrected in the Errata.

5. In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and Defendant consents to the Motion.

6. The Errata to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, is attached as Exhibit 1. For the convenience of the Court and Defendant's counsel, we are attaching herewith new, revised versions containing the Errata of both the Opposition (Exhibit 1.A) and the Disputed Facts (Exhibit 1.B). A few additional pages from Plaintiff's deposition that are cited in the revised Opposition also appear in new Exhibit 7-A attached.

For the forgoing reasons, Plaintiff's Consent Motion for Leave to File the attached documents should be granted.

                                          Respectfully submitted,

                                                    /s/
                                      VALENCIA R. RAINEY
                                            (D.C. Bar No. 435254)
                                      JOSEPH D. GEBHARDT
                                            (D.C. Bar No. 113894)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

August 28, 2007                        Attorneys for Plaintiff


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Leave to File an Errata to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Exhibits 1, 1.A, 1.B, and 7-A was served this 28th day of August, 2007, via electronic case filing through the Court to:

                        Carl J. Schifferle, Esq.
                        Assistant Attorney General
                        District of Columbia
                        Suite 600S
                        441 Fourth Street, N.W.
                        Washington, DC 20001
                        (202) 724-6624


                                                    /s/
                                      VALENCIA R. RAINEY