**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH V. ELAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civil Action No. 05-1557 (JDB) |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| THE UNIVERSITY | ) |
| OF THE DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Plaintiff's Consent Motion for Leave to File an Errata to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and the full record, it is hereby this ___ day of _____, 2007, **ORDERED**:

    1.   That Plaintiff's Consent Motion is hereby **GRANTED**; and

    2.   That the Errata to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and the revised Disputed Facts and accompanying Exhibit 7-A shall be filed.

 

                                                       _____
                                                       JOHN D. BATES
                                                       UNITED STATES DISTRICT JUDGE

Copies to:

Valencia R. Rainey, Esq.
Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Carl J. Schifferle, Esq.
Assistant Attorney General
District of Columbia
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001