# EXHIBIT 7-A

106

1      A      I think the Dean's office and the

2    Building -- the Buildings and Grounds

3    supervisor did.

4      Q      So Dean Petty approved the move?

5      A      Yes.  Everything has to be

6    approved by Dean Petty and then sometimes it

7    goes to the Vice President.

8      Q      You were faculty editor to the

9    Free Voice from 1978 until 2001?

10     A      Yes.

11     Q      And then you left as editor in

12   2001?

13     A      Yes.

14     Q      Why was that?

15     A      That was led by a concomitant of

16   circumstances.  For instance, it all came

17   from Dean Beverly Anderson and Vice

18   President Beverly Anderson who was extremely

19   hostile to me.

20     Q      Dean Anderson asked you to leave?

21     A      No.  She didn't ask me to leave

22   but this is the way that it came.  First, in

1    1997, she forced -- changed the grade of one

2    of my journalism students from a F to C.

3        Q    What's -- but that -- we'll start

4    with that.

5        A    Yes.

6        Q    What was the name of the student?

7        A    The name of the student is

8    Tamania Davis and she's a good student --

9    she's a good friend of mine.  She's working

10   as a professional now.  She was the editor

11   of the Free Voice at that time, 1996-97, and

12   she accepted the position as the editor.

13   And then in the middle of the semester, she

14   disappeared without telling me and said I am

15   resigning.  So I said that is abdicating the

16   responsibility.  Once you accepted the job,

17   you're to stay with it because that is the

18   condition.  But if you're weighted -- if you

19   need some assistance, we'll provide it, but

20   abdication of responsibilities not a good

21   thing for a journalist, especially for an

22   editor.  But anyway, she left and I flunked

1    her in the course giving her an F.  But --

2    that was in the fall semester.  In the

3    second semester, that spring semester, the

4    lab continued because they had the

5    responsibility to publish the paper, the

6    Free Voice.  The same students were in the

7    second lab, but they were all complaining

8    about Tamania Davis' operations and thought

9    a irresponsible way of getting out, leaving

10   and dumping everything at their shoulders.

11   So they were complaining and they were

12   complaining to the Department Chair.  So I

13   had to flunk her.  There was no choice.  She

14   didn't produce anything.  But the following

15   semester, she wanted to graduate and she

16   went to the Dean straight saying that Elam

17   flunked and that he's not -- was not fair

18   and things like that.  So --

19        Q     Who was the Dean?

20        A     The Dean was Beverly Anderson at

21   that time.

22        Q     Okay.  Go ahead.

1      A      And then my Department Chair

2   called me and said, Joe, there is -- one of

3   your favorite students is complaining --

4   because she was very much inspired by me,

5   she was following my footsteps at one time -

6   - so she said that you failed her.  She is

7   complaining against you.  So I said, Tamania

8   Davis?  I explained why I flunked her --

9   because she has to learn that experience

10  that -- because she was abdicating her

11  responsibility.  When you deal with

12  deadline-oriented publications, you don't do

13  that.

14          So Department Chair, Yvonne

15  Carter, said, okay, you -- let us have a

16  meeting with her.  I said I will agree.

17  Before that meeting took place, Beverly

18  Anderson called me for a one-on-one meeting,

19  and the way it was, in her office of the

20  Dean.  And she berated me without any --

21  without asking the why I failed the student.

22  And her idea was that I am -- you -- all

1   students are here to take a different,

2   lenient towards your student -- all

3   students, they come from different

4   background.  I said I know better than that

5   because I worked in the community for 30

6   years with the Black newspapers and the

7   Black community reporting on the Black

8   affairs.  And she said, but Tamania Davis,

9   that she's a bright student.  She has got

10  good grades in others.  I said, maybe but in

11  my class, she didn't perform.  And she was

12  completely irresponsible in the class, that

13  -- so that is why I failed her.  Then she

14  said, well, Mr. Elam, but she has to work,

15  she has only this last semester of courses,

16  that she has to graduate in the -- in the --

17  May commencement, so will you reconsider?

18        I said, I don't want to

19  reconsider because the way she left

20  offending the rest of the class.  I said,

21  I'll think about it.  And then the next

22  thing that she said, Professor Elam, that I

1    have to start an investigation on your

2    teaching methods and how your interaction

3    with the students in the campus.  That was a

4    serious problem, because I understood its

5    significance, what the impact of it, because

6    I was on such a investigative committee, one

7    white professor who has been attacked by

8    students in the geography section.  And I

9    was one of the five members on that

10   committee and how he was humiliated.  Okay?

11   So I took back and I said, okay, I'll think

12   about it and I left, went to the Department

13   Chair, Yvonne Carter, and got the student.

14   The three of us sat down and I said, do one

15   thing, you -- I asked did you do any

16   responsible thing by abdicating the

17   responsibility without letting us know,

18   consulting me and the students who are

19   working with.

20            So she said, yes, I did it.  I am

21   sorry.  I said, that I is not enough, don't

22   say sorry to me, write an apology to the

1    whole class now taking the paper.  So she

2    agreed.  She wrote and I changed her grade

3    from F to C.  But that is still haunting me.

4         Q    Okay.  But you changed the grade

5    after she wrote the apology letter?

6         A    Yes, yes.

7         Q    And you suggested to her that she

8    write an apology letter?

9         A    Sure.  I suggested it because she

10    was a bright student and I saw potential

11    future in her so that I -- because that

12    apology would pacify the rest of the

13    students who worked with her.  I had no

14    malice.

15         Q    The rest of the students accepted

16    her apology?

17         A    Yes.

18         Q    Did you take any notes of your

19    meeting with Dean Anderson?

20         A    No.  No.  This was -- this was an

21    impromptu -- the meeting that she wouldn't

22    even ask me to sit down when I was in her

1    articles, and they're going to editor as a

2    student associate editor, copy editors.

3    Yes.  That is the way they do it.

4         Q    Okay.  Was there ever, to your

5    understanding, any claim that Beverly

6    Anderson had extracted a forced confession

7    from --

8         A    I got that feeling from when she

9    told me she cried and her husband was

10   waiting outside the door.

11        Q    Okay.  But you don't know what --

12        A    No.

13        Q    -- what specifically --

14        A    No.  The only thing she said was

15   that her head was on fire -- Professor Elam,

16   she was made at you and this was the article

17   that caused it.

18        Q    Okay.  Now another complaint

19   against Beverly Anderson that you have, I

20   understand, is with regard to cancelling the

21   Living Legend Award program?

22        A    Yes.  That is -- okay, that is

1    the -- the Living Legend Award I established

2    in 1992.  See, teaching in the -- in a

3    university like UDC, the students who come

4    from indigent backgrounds, students who are

5    not exposed to the real university

6    atmosphere, and UDC's almost like a day

7    school that -- because there is no dorms,

8    nothing.  And the mission of the University

9    and under the Land-Grant function was to

10   create traditions in the University, like

11   not with votes and other things.  But

12   academicians had a responsibility to create

13   events related to their discipline.  So I

14   created the freelance journal awards in

15   1978, honored 74 journalists, Black

16   journalists within three years.  Then I

17   created this Living Legend Awards to bring

18   the movers and shakers of DC and politicians

19   and lawyers and writers, journalists.  So

20   the first thing that I -- in 1992, I

21   communicated with the Department Chair and

22   created -- designed the Living Legend Award

1    to honor -- and the first year that we

2    honored five Tuskegee Airman, and Mayor

3    Barry, at that time, was a -- as a political

4    leader, he has done a lot for the City, and

5    Calvin W. Rolark, the founder of the United

6    Black Fund and who was an ardent advocate

7    for home rule using his own paper, the

8    Washington Informer, he wrote a book

9    calledpicturing all the administrative heads

10   of the DC government with one picture of a

11   Black clerk out of 350 pictures, so he's

12   very involved person, so he was honored,

13   these Tuskegee Airmen, they were honored.

14   And the next year that we honored another

15   five Tuskegee Airmen, and -- in the Living

16   Legend Award that we honored Joe Louis as a

17   posthumous award.  And we had good publicity

18   for the University.  When the Tuskegee

19   Airmen came, all the photographers from all

20   over the place came.  And we probably shared

21   double track -- two pages -- full-page

22   pictures, about 12-15 pictures and

1  descriptions about that event in the new

2  Washington Sun which is still existing and

3  the Afro.

4        Q    Okay.  But when did Beverly

5  Anderson --

6        A    Yes.  Okay.  That is -- I was

7  just giving you the background.  But in

8  1999, I created another project called the

9  Living -- not the Living but the Literacy

10  through Journalism project.  That was my

11  brainchild, because this program was tied

12  with the Living Legend Award.  I'll tell you

13  the reason.  The Literacy through Journalism

14  was using Black publications in the

15  classroom to teach the kids, and the idea

16  was to make them react on a picture -- a

17  positive picture and a little writing.  And

18  to write a paragraph, speak about it, and

19  basically the motto of the Living -- the

20  Literacy through Journalism was write, speak

21  -- have three motives, a modus operandi.

22  But there were three components of it to

131

1    make the children to react to events, the

2    positive events.  If they reactive

3    positively, that they'll speak about it,

4    they can write about it, not the traditional

5    composition, not that affect, team and

6    everything -- look at the picture, write

7    about it, speak about it so they'll become

8    articulate or lose their fear to speak

9    before an audience.  So the Department Chair

10   approved and Dean Petty was very much

11   interested.  I put together a group of

12   students, trained them.  I wrote the manual

13   for it, how to teach.

14        Q    I'm sorry.  This is the Literacy

15   through Journalism?

16        A    Journalism.  Yes.  The reason was

17   when we got full title of all this project,

18   I realized nobody's going to attend it if it

19   is a Literacy through Journalism, so I got

20   together with my journalism majors and the

21   journalism club, which I founded in 1999 for

22   the University.  Those childrens (sic) came

1    and I said, okay, we ought to -- we have a

2    problem getting audience for this Literacy

3    through Journalism, so I asked them -- I

4    just -- and some of them said, no, we can

5    have the Living Legend Award put together so

6    tight with that.  So I immediately jumped to

7    that.

8         So we immediately went for

9    selecting the honorees and give the

10   guidelines that I provided.  They selected

11   four people.  One was former Mayor of

12   Washington, Mayor Walt Washington, the first

13   mayor, first appointed -- elected mayor.  So

14   he was selected.  He was an ardent supporter

15   of UDC.  Then the other one was Reverend

16   Walter Fauntroy who pleaded for and

17   introduced the legislation for Home Rule in

18   1973 and got it passed.  Then the editor --

19   publisher of the Washington Afro, Mrs.

20   Murphy, Frances Murphy, who was a journalism

21   professor at Howard University and

22   Wilhelmina Rolark, the Chairman of the

1    District Committee who served the children

2    of DC who are being railroaded in the prison

3    for truancy and loitering.  So she raised

4    the legislations and made the life of the

5    children of DC safe rather than railroading

6    them into prisons.  So we all agreed that we

7    would honor these four people.

8         We printed 2,000 invitations, big

9    flyers, everything and I raised $7,500.00

10   from four donors who I know.  One was Jack

11   Olender who was a trustee of UDC.  The other

12   one was one of my former students who put

13   together a magazine called African Americans

14   on Wheels he created in my class and now it

15   is 900,000 publication going into 300 Black

16   publications as an insert.  He gave me

17   another 15 hundred dollars.  The United

18   Black Fund gave me about $600.00.  And all

19   together, I raised $7,500.00 by writing to

20   four people.  So that money went into the

21   University fund so I can draw it.  It was in

22   the name for the Journalism program.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        www.nealrgross.com

1           So we organized the publicity.

2      The event was well publicized.  All the

3      media -- the local -- the five daily Black

4      newspapers published it -- about this event,

5      the honorees and everything.  And two days

6      before the event, I went to President's

7      office -- at that time, President Julius

8      Nimmons was the President -- to get two

9      checks, one for the printer who printed the

10     2,000 invitations and one for the caterer.

11     When I said, the President's secretary said,

12     Mr. Elam, you cannot have the check.  I

13     said, why?  Because it is the money that I

14     raised and put in the account, I am the only

15     one to draw that account from and here is

16     the account register I billed for -- checked

17     for -- I gave the figure to write the

18     checks.  And she had all them, the checks.

19     The checks was ready, but she said, no, you

20     cannot pick up the check because you're to

21     see Vice President Beverly Anderson.  I knew

22     that the trouble is coming.

1                So she literally forced me into

2       her office.  So I said, Dr. Anderson, my car

3       is parked outside the street.  I am going to

4       the vendors to pick up the -- pick up the

5       check and give to the vendors for the

6       program on Wednesday.  She said, come to my

7       office, see you only five minutes.  And she

8       held me there almost more than 45 minutes

9       cross examining me saying that, Mr. Elam,

10      that who authorized you to start the Living

11      Legend Award.

12                THE REPORTER:  I'm sorry.  I

13      didn't get that.

14                THE WITNESS:  Who authorized you

15      to start the living legend award.  I said

16      the authorization came from in 1992 from the

17      President's office, from the Department

18      Chair and the Vice President, that in 1992 -

19      - and there was two events already held

20      honoring Tuskegee Airmen and the only

21      surviving Buffalo Soldier, Colonel

22      Montgomery, who died in January this year.

1      Basically, that it is in existence and there

2      is photos that is printed double-truck, two

3      pages of pictures and everything sitting in

4      our journalism lab.  So I didn't ask --

5      started anything new.  This is an -- a

6      rewiring an existing program that which I

7      organized and started which brought immense

8      publicity to the University and goodwill to

9      the University.

10             So she said, I don't see any

11     records of that here.  I said, well, maybe

12     that I will pull out some of the old

13     photographs.  Then she said, no, you cannot

14     start any programs without the prior

15     approval from ths office, Academic Affairs.

16     I said that that is why that I have

17     approached for you the Living Legend Award -

18     - the Literacy Through Journalism Award

19     which is tied with this.  It is a new

20     program.  It is -- it has come through the

21     channel with the Department Chair, the Dean

22     to you, so you're one of the speakers,

1    you're one of the person's who is sitting

2    there.  I came to invite you the other day

3    to speak on the program.

4              Then she shifted to the article

5    that appeared and berated me, that saying

6    that you intentionally published that

7    article to diminish me and to humiliate me.

8    And that is -- I said, no, I didn't do that.

9    I had no reason to do that to you, but I

10   have used much inflammatory material about

11   the president, about like Benjamin Alexander

12   who repeatable said, UDC stands for

13   University for Dumb Children, and we printed

14   that, basically, that -- nobody objected to

15   that.  We printed a t-shirt when gangsta rap

16   was going on humiliating Black women by

17   saying that we were not nothing but tricks

18   and ho's, and we printed that in the front

19   page, that that's tricks and ho's, women are

20   nothing but tricks and ho's in the front

21   page of the Free Voice.  That is reason why

22   that -- so I had no reason to -- pity of the

1      crony.  So she said, well, I know that you

2      have an hidden agenda.  You're my --

3                  THE REPORTER:  I'm sorry.  You

4      said --

5                  THE WITNESS:  You have a --

6                  THE REPORTER:  -- you had no

7      reason to do what?

8                  THE WITNESS:  You -- I have no

9      reason to pick on you.  That is what I said.

10     And I -- then she said, no, you're a

11     maverick professor.  We all know that.  And

12     you have a hidden agenda.  You're misleading

13     the students.  We have collected information

14     on you.  So I asked her that how can you

15     collect information on me that without at

16     least letting me know what offensive stuff

17     that I am doing in the campus.  Because I

18     know that was unlawful to -- no, she said.

19     As administrators, we are to collect

20     information on you.  I said that is fine.

21                  So she said, the next thing, you

22     have to abolish the Living Legend Award.  I

139

1    said, no, it is gone to the media, the five

2    Black newspapers is published, 2,000

3    invitations have gone to the specific

4    invitation list provided by former Mayor

5    Washington, Mayor -- Walter Fauntroy, the

6    congressman -- former congressman, and the

7    Afro's publisher sent a special list to

8    invite.  And we have sent the selectee list.

9    There is no way that I am going to call it.

10   If you want to cancel it, you cancel it, and

11   I walked out.  And well, picked up the

12   checks.  And we had an excellent program.

13   And Mayor Washington came and spoke and

14   defended the University and openly said,

15   Mayor Williams did the wrong thing by

16   attempting to diminish the UDC.

17            MR. SCHIFFERLY:  Okay.

18            THE WITNESS:  Yes.  Well -- but

19   anyway, to cut it short, the program was

20   successful but --

21   BY MS. SCHIFFERLY:

22       Q     And it went on as the Living

1   President Pollard regarding your appeal of

2   the decision, what else did you mention to

3   him?

4        A    It was a long time ago in 2004

5   that I --

6        Q    Yes, that you remember.

7        A    He --

8        Q    The major points.

9        A    I think that the major points

10  that my letter that I strongly indicated,

11  the reason for denying me the promotion is

12  not valid because I categorically stated

13  that I have a scholarship and professional

14  development, according to the Master

15  Agreement, and I deserve the promotion, and

16  I got outstanding evaluations all these

17  years.  I have brought prestige to the

18  University under the Master Agreement that

19  specifically says activities that bring

20  positive publicity and which I have done.

21  And I have brought the goodwill of a lot of

22  journalists towards that University.  I

1    inequitable treatment is that they provided

2    all the money for music and arts but nothing

3    for journalism.

4          Q    Okay.

5          A    Yes.  So it is an inequitable

6    treatment.  It is always coming from based

7    on the dividing of the pie according to the

8    cronyism and who you know in the system.

9    That is the way it is.  It is not

10   apportioned on an equitable basis.

11         Q    Professor Elam, let me direct

12   your attention to page three at the top,

13   please?  And I'll just read that paragraph

14   that states, (reading) "However, it should

15   be noted that the two current staff members

16   have done a herculean job in maintaining the

17   quality and integrity of the program

18   offerings.  They are considered the major

19   strengths of the department" (end reading).

20   To what are they referring with that

21   paragraph?

22         A    They are referring to Raki Lloyd

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.

(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com

1    Jones in the TV program and Joseph Elam in

2    the Journalism program.

3        Q    Okay.

4        A    And basically that it is a

5    complement that came from outside, but

6    inside the University, they always

7    discourage and don't recognize.

8            MS. RAINEY:  Okay.  I have a

9    document that I'm going to mark as an

10    Exhibit.  It's something that you actually

11    provided to me, but we can make another copy

12    of it after --

13            MR. SCHIFFERLY:  Okay.

14            MS. RAINEY:  If I could just

15    continue this in the sequencing.  Is that

16    11?

17                (Exhibit 11 marked.)

18    BY MS. RAINEY:

19        Q    Professor Elam, I'd ask that you

20    take a look at the document that's just been

21    identified as Elam Deposition Exhibit 11,

22    and I would just ask if you have seen this

# EXHIBIT 7-A