# FOURTH MASTER AGREEMENT

BETWEEN

## THE UNIVERSITY OF THE DISTRICT OF COLUMBIA

AND

## UNIVERSITY OF THE DISTRICT OF COLUMBIA FACULTY ASSOCIATION/NEA

*EFFECTIVE OCTOBER 1, 1988*
*THROUGH SEPTEMBER 30, 1993*



3. <u>University Promotion Committee (UPC)</u>

   Membership on this committee shall be limited to the chairpersons of the various CPC's, the respective deans, and a representative of the Faculty Senate. The Provost/VPAA shall serve as chair of the Committee. Using the various CPC recommendations and comments, and consistent with University policies and criteria applicable under this Article, the UPC shall establish University-wide promotion standards and weights, which shall remain in effect for the duration of this Agreement. Such standards and weights shall include a formula for giving credit to faculty reapplying for promotion whose rating(s) for the previous year(s) was (were) "strongly recommended." In recognition of the differing missions of the several colleges of the University, the Committee may, with the VPAA's approval, establish differential standards and weights for different colleges.

4. <u>University-wide Review Committee (URC)</u>

   The Committee (URC) shall consist of one faculty member holding the rank of professor from each of the colleges, appointed by the Faculty Senate in such fashion as it shall deem appropriate. The URC shall (i) hear appeals of applicants who have been declared ineligible and as provided below render binding rulings on those appeals and (ii) advise the Provost/VPAA on appeals at that level.

C. <u>Procedures</u>

1. An applicant for promotion shall submit his or her application with supporting documents to the Department Chair no later than the second Friday in September. The application is to be filed on Form P-1, a copy of which is annexed to this Agreement. The Department Chair shall issue a receipt to the applicant for the materials submitted.

2. The Department Chair shall promptly review the records and certify whether the applicant meets minimum eligibility requirements as outlined in Paragraph B above. The Department Chair shall send notice of eligibility to the DEPC, with a copy to the applicant, by the third Friday in September. If a faculty member disagrees with the minimum eligibility determination given, or if the Department Chair fails to send the notice of eligibility by the indicated date, the faculty member may within five (5) working days after receipt of said notice, or after the third Friday in September if said

notice is not received by that date, file a written request for a determination of eligibility by the URC. The URC shall notify the faculty member of its decision by the fourth Friday in October with a copy to the Department Chair, in which case the URC's decision shall be final and not subject to grievance or arbitration under this Agreement. No final action on promotion will be taken absent a final determination with respect to eligibility.

3. The Department Chair shall review the documents and make a recommendation no later than the fourth Friday in October as to whether or not an applicant should be promoted. The chair shall rank the applicants separately for each academic rank. The following ratings shall be used: (i) Strongly Recommended; (ii) Recommended; (iii) Not Recommended. The Chair is required to state reasons for the given rating. This rating shall be made on Form P-2, a copy of which is annexed to this Agreement. The Chair shall promptly send a copy of this form to the CPC Chair and to the applicant and forward the original of the form and all supporting documents to the DEPC.

4. The DEPC shall review the application with all the supporting documents and make a recommendation no later than the third Friday in November as to whether or not the applicant should be promoted. The DEPC shall rank the applicants separately for each academic rank. The following ratings shall be used: (i) Strongly Recommended; (ii) Recommended; (iii) Not Recommended. The Committee is required to state reasons for the given rating. This rating shall be made on Form P-3. The Committee shall send the form along with all supporting documents to the Chair of the CPC no later than the first Friday in December, with a copy of the form to the applicant.

5. The applicant may submit to the CPC comments on the decision of the Department Chair and/or the DEPC no later than the first Friday in January.

6. The CPC shall review the materials of all the applicants along with the comments submitted by the applicants, if any, and make a recommendation as to whether or not an applicant should be promoted. The CPC may hold such interviews or hearings as it deems necessary to make a recommendation. The Committee shall rank the applicants separately for each academic rank. The following ratings shall be used: (i) Strongly Recommended; (ii) Recommended; (iii) Not Recommended. The Committee is required to state reasons for the given

rating. The Committee shall complete its reviews by the first Friday in February and shall promptly forward its recommendations, assigned rankings and all supporting materials to the Dean, with a copy of the recommendation to the faculty member.

7. The Dean shall review all the information received and shall rank the applicants separately for each academic rank giving one of the following ratings: (i) Strongly Recommended; (ii) Recommended; (iii) Not Recommended. The Dean shall state reasons for the given rating. This rating shall be made on Form P-5. The Dean shall forward the recommendations for all applicants together with all the supporting materials for the college's recommended candidates to the Provost/VPAA no later than the fourth Friday in February. A copy of the rating, with reasons, and rank assigned to the promotion application shall be simultaneously provided to each applicant.

8. The applicant may appeal the recommendation of the Dean to the Provost/VPAA within five (5) working days of receiving the Dean's recommendation. The Provost/VPAA shall convene the URC and shall submit to it all appeals and all relevant supporting documents no later than the second Friday in March. The URC shall conduct such review and make its recommendations to the Provost/VPAA no later than April 1. The Provost/VPAA shall review the recommendations of the Dean together with the recommendations of the URC and make an independent recommendation to the President no later than April 10. A copy of the VPAA's recommendation shall be sent simultaneously to the applicant and to the Association.

9. Promotion applicants not included on the listing of University candidates for promotion but who were strongly recommended for promotion by their CPC or recommended by the URC may appeal to the President within five (5) working days after receiving the listing of University candidates for promotion. The applicant shall have the right to meet with the President within two (2) weeks after the filing of said appeal. The President shall consider the recommendations and reports of the VPAA, CPC and URC, if any, and render a decision within five (5) working days after the meeting, or if no meeting is held, within ten (10) working days after the filing of the appeal. The President shall include the reasons for his decision in writing and provide a copy to the applicant as well as the Association. The decision of the President shall not be subject to Article IX (Grievance Procedure and