1

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA, MARYLAND
CIVIL DIVISION

JOSEPH V. ELAM

    Plaintiff,        Civil Action
                        05-1556 (JBD)
v.

BOARD OF TRUSTEES OF
THE UNIVERSITY OF THE
DISTRICT OF COLUMBIA

    Defendant.

Monday, February 5, 2007

DEPOSITION OF:

JOSEPH V. ELAM

called for examination by the Defendant,
pursuant to notice of deposition, in the law
offices of the Attorney General for the
District of Columbia, DC OAG, 441 4th Street
N.W., Suite 600 South, Washington, D.C.
20001, when were present on behalf of the
respective parties:


DEFENDANT'S
EXHIBIT
0

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C. 20005-3701     www.nealrgross.com

1        A     Yes, at Howard University, took

2    some graduate studies, and I took about --

3    excuse me -- I took about almost 15 hours,

4    16 credits.

5        Q     Okay.  And what timeframe did you

6    take those classes?

7        A     That's from 1972 to 73, 74, or

8    something like that.

9        Q     Have you taken any other graduate

10   Ph.D course work?

11       A     No.  I only -- continuing

12   studies, fellowship.

13       Q     And what is that fellowship?

14       A     That's fellowship studies at the

15   Wall Street Journal under the Dow Jones

16   newspaper fund scholarship, journalism for

17   special educator in summer of 1994.

18       Q     How were you selected for that

19   fellowship?

20       A     Because minority college

21   journalism professors at the Down Jones

22   newspaper fund selected.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433         WASHINGTON, D.C.  20005-3701         www.nealrgross.com

1    THE REPORTER:  I'm sorry.  I

2    didn't -- I didn't understand that --

3    THE WITNESS:  Oh.  That is for

4    minority schools of journalism.  That is

5    especially the Black-oriented colleges, and

6    as one of the major purposes that the

7    courses in journalism at UDC so that I was

8    selected on that basis.

9    BY MS. SCHIFFERLY:

10    Q    Okay.  Did you have to apply for

11    that fellowship?

12    A    Yes, did apply for it.

13    Q    Okay.  There was an application

14    form you filled out?

15    A    Yes.

16    Q    Okay.  Were you interviewed?

17    A    No.

18    Q    Did you submit any recommendation

19    letters or did you need --

20    A    None.  By my resume and my work

21    experience with the minority media for

22    almost -- quite a long time, so.

1      Q      Did somebody contact you and

2    suggest you apply, or did you learn of it

3    and apply on your own?

4      A      It was -- no, I applied on my

5    own, because the Dow Jones newspaper fund

6    has been offering this for the first time

7    for minority educators, journalism

8    educators.

9      Q      Okay.  And what was involved in

10   the fellowship?  Was it -- go ahead.

11     A      It was involved.  We had to stay

12   on campus at Wall Street Journal

13   headquarters in New Jersey, and they brought

14   experts in the field, editors, and around

15   the long table that be about 11 students

16   from different universities and discussed

17   how the news gathering methods, editing

18   methods and how to modernize journalism

19   education.  And that is one particular that

20   we did.  And we only had editors of big

21   newspapers came and briefed us.  Yes.

22     Q      Did you say there was 11 of you

1    in the fellowship?

2         A    Yes.

3         Q    Okay.  And how long did that

4    program last?

5         A    It was a one-week program but

6    intensive from eight to three straight

7    discussions.  That's -- that is all --

8         Q    Did you have to pay for the

9    program?

10        A    No.  It was a scholarship type.

11        Q    Okay.  The Dow Jones newspaper

12   fund offered it free of charge?

13        A    Yes, free of charge.

14        Q    Okay.  Did you have to take any

15   time off form your work at the University to

16   attend?

17        A    No.  It was during the summer.

18        Q    Was there any sort of test or

19   exam at the conclusion of that program?

20        A    No, basically that it was an

21   interaction between educators, what we do in

22   classroom in teaching minorities journalism

1    and what are the hurdles, you know, for

2    example, in the -- my university, we didn't

3    have an updated lab, so I related to them

4    that -- that we don't have a very qualified

5    journalism lab at that time.  So they said

6    that there are possibilities of funding from

7    the Dow Jones fund, because they were

8    funding at that time all the universities'

9    journalism lab.  But the University

10   journalism lab, the facilities were poor and

11   they had -- they briefed me that they had to

12   have proper facilities to fund a journalism

13   lab.

14        Q    But again, my question was you

15   didn't have to take a test or exam --

16        A    No, no test because this was a

17   interaction between editors and journalism

18   professors how teaching minorities the

19   skills of journalism.

20        Q    And then at the end, did you

21   receive a certificate --

22        A    I did --

1    Q    -- indicating your completion?

2    A    Yes.  It is -- the award was the

3    Journalism Special Educator.

4    Q    Okay.  And you say award, it was

5    -- that was award given to everyone?

6    A    Yes.  That's all -- to everyone

7    who participated.

8    Q    Any other fellowships like that

9    one?

10   A    No.

11   Q    For the degrees that we discussed

12   previously, do you have any diplomas or

13   transcripts reflecting those degrees?

14   A    I don't have any of those things

15   right now with me, because it is almost half

16   a century ago most of these degrees,

17   including my master's and my bachelor's from

18   the University of Madras.  I may have that

19   one or two -- well, Northwestern degree, I

20   have included in my application a copy of

21   that degree which states that my original

22   full name, Joseph Vergese Elamalamalamlala.

1          Q      Have you ever submitted to the

2    departmental committee such a required

3    syllabus --

4          A      For this one I did this semester?

5    No.

6          Q      For any semester for the Ethics

7    of Journalism?

8          A      No, because this wasn't proposed.

9    It's a sample.  See, that is a asterisk --

10   full-blown syllabus attached.  It was for

11   the first time that it came into the market

12   and I jumped on it.  I saw some of the

13   reviews on it.  It was excellent.  The

14   students would be very much interested in it

15   because they had case studies, victims and

16   bad journalists using it for control,

17   coerce, some -- something that they used it,

18   how to corrupt, so it was a complete package

19   which was very impressive.  And I gave this

20   to the Department Chair and she approved it.

21   She said yes.

22         Q      Did you feel as though there was

1    a need for Ethics of Journalism course?

2        A    I always feel that a need for

3    ethics in all professions because I came

4    from a very solid basis in the English

5    Department professor, from public relations

6    and journalism.  I feel it.  I --

7        Q    It's just as important in

8    journalism?

9        A    Of course.  It is important.  The

10   other day that I saw on the front page of

11   the Washington Post in China, the reporters

12   conniving with the business magnates to

13   defeat the public issues, the public laws

14   and they take bribes.  In India there were

15   some journalists that I've seen -- we always

16   expose them.

17       Q    Since 1994, have you ever

18   submitted to the department curriculum

19   committee the required proposal for any

20   particular new catalog course?

21       A    I didn't.  The only thing was

22   that when Department Chair, Professor

1    Carter, was -- it was on a needs basis --

2    predicated there is faculty to teach a

3    course.  And she always told me there is no

4    new faculty coming.  So that means if I

5    submit it, I teach the course.

6            Q    Or Professor Vassell teaches the

7    course?

8            A    Doesn't have to be.  Professor

9    Vassell doesn't have that widespread

10   involvement in the journalism field.  She is

11   from Britain, Great Britain, and her

12   involvement -- she's very, very young

13   faculty member -- and her involvement is not

14   that extensive that in terms of some of the

15   courses.  She couldn't teach some of the

16   courses.  She has -- that is why that she

17   was happy to teach the lab course, because

18   she had experience.

19           Q    Professor Vassell is incapable of

20   teaching the Ethics for (sic) Journalism

21   course?

22           A    No.  I would -- that's -- that is

```
1    my main idea -- if Vassell was quite capable

2    of teaching this course.

3          Q    As a regular catalog course?

4          A    Yes.

5          Q    Ethics of Journalism?

6          A    She can teach, yes.  She can

7    teach the ethics.  In fact, the teacher that

8    we retained, adjunct faculty --

9               THE REPORTER:  I'm sorry, what?

10              THE WITNESS:  The teacher -- the

11   faculty that we retained this semester to

12   teach that course was from Washington Post,

13   was a copy editor.

14   BY MS. SCHIFFERLY:

15         Q    Okay.  And so money was found to

16   pay that person to teach the course?

17         A    Yes.  I think that we had to --

18   yes.

19         Q    I mean the University --

20         A    Yes, the University had to --

21   yes.  Otherwise, the childrens (sic) won't

22   graduate in the seven year period.
```

1    its -- the needs.

2         Q    Okay.  And did Professor Carter

3    then solicit your department need -- or your

4    Journalism program's goals, objectives,

5    needs for purposes of this document?

6         A    Yes.

7         Q    Okay.  I want to start with the

8    first program goal under the Journalism

9    program.  It says review the curriculum for

10   substantial upgrading and revamping.  Do you

11   see that?

12        A    Yes.

13        Q    Okay.  Was that something that

14   had the recommendation and support of

15   Professor Carter to your understanding?

16        A    She was -- of course -- very

17   progressive oriented that she wanted to

18   bring the department to the forefront and

19   everything.  She had that desire since she

20   ever came to the department as the chair and

21   review the curriculum for substantial

22   upgrading and revamping.

1     Q     Okay.  Is that --

2     A     Yes.

3     Q     -- is that something you agreed

4  with yourself?

5     A     Sure.  I was the one that who

6  submitted that recommendation.

7     Q     Okay.  And the next

8  recommendation is -- under the Journalism

9  program -- is to develop new courses to

10  strengthen writing skills?

11     A     Yes.

12     Q     That was something that Professor

13  Carter recommended and supported?

14     A     No.  I recommended and she

15  supported.

16     Q     Okay.  And the next one is to

17  sponsor events with emphasis on the Literacy

18  Through Journalism project?

19     A     Yes.

20     Q     Is that something you

21  recommended?

22     A     I recommended.  I initiated that

1        Q      And then the next paragraph is

2   (reading) "Syllabi for all the proposed

3   courses must be submitted to the

4   Departmental Curriculum Committee through

5   the Chair by July 15th, 2000.  Journalism

6   faculty, including the three adjunct

7   professors, are working on this project"

8   (end reading).  Do you see that?

9        A      Yes.

10       Q      What was the deadline that the

11  curriculum revision had to be completed by

12  the summer?

13       A      This is -- my proposal was the --

14  because in the fall semester when we come,

15  the faculty senate goes into full swing, so

16  I was putting the deadline if you get a

17  confirmation from the rest of the faculty

18  and the adjuncts, we must be thoroughly

19  prepared for these courses with the syllabi

20  and recommended books and the reading list

21  and everything.  So it was a deadline

22  proposed by anybody.  It was -- I was

1    suggesting.

2         Q    Self-imposed --

3         A    Self-imposed.  And I was willing

4    to do that if the support came from the

5    other faculties who were teaching some of

6    the other courses.  But there wasn't -- that

7    was only a proposal and nobody paid any

8    attention, nobody came up with anything with

9    regard to that.  And if you see that I was

10   echoing that way back, the History of the

11   Black Press and Ethics of Journalism

12   courses.

13        Q    So there was no syllabi for the -

14   -

15        A    No.

16        Q    -- let me just finish -- there

17   was no syllabi for the proposed new courses

18   submitted to the Departmental Curriculum

19   Committee by July 15th, 2000?

20        A    No, except the one that I

21   submitted along in that proposal, Ethics and

22   History of the Black Press, and which we

1    implemented History of the Black Press

2    offering that course.

3        Q    Okay.  But if you need to refer

4    back, the syllabus for the Ethics of

5    Journalism course stated spring 2002 in

6    Exhibit 3.  Do you see that?

7        A    Yes.  This is the prototype

8    sample that I attached for this -- for that

9    particular -- as a directed study.  That was

10   '02.

11       Q    So there was no syllabus

12   submitted for the Ethics of Journalism

13   course to the Departmental Curriculum

14   Committee by July 15th, 2000?

15       A    No.  No, because main reason we -

16   - the whole University shifted its mode

17   preparing for the visit of the accrediting

18   team, the External visits and so on.  So the

19   emphasis was shifted very quick.  So we

20   didn't -- we -- actually, we were all pulled

21   out from what we were doing to focus on each

22   media department to be prepared for the

1  accreditation visits and --

2      Q    It says journalism faculty

3  including the three adjunct professors are

4  working on this project?

5      A    Yes.

6      Q    Journalism faculty included

7  yourself?

8      A    Yes.

9      Q    Okay.  Who were the three adjunct

10  professors?

11      A .   Okay.  At that time, Olive

12  Vassell was teaching, and she had agreed

13  that she will do it on two, three of the

14  courses that -- and she pulled out some of

15  the syllabi from major universities, the

16  curriculum.  And I pulled out some of them.

17  And in fact, I still have a whole set of the

18  curriculum that is used and syllabus --

19  syllabi that is used in Howard University,

20  Maryland University, American U and G.W.

21  Universities.  Okay.  I didn't take the one

22  from Northwestern, because they are on a