**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPH V. ELAM**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA**<br><br>    **Defendant.** | Civil Action No.  05-01557 (JDB) |

**ORDER**

Upon consideration of [28] defendant's motion for summary judgment, the opposition and reply thereto, the entire record herein, and for the reasons explained in the Memorandum Opinion issued herewith, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that plaintiff's complaint is dismissed with prejudice.

    **SO ORDERED**.


                                                           /s/    John D. Bates
                                                              JOHN D. BATES
                                                         United States District Judge

Dated:   December 18, 2007