AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Joseph Elam

**BILL OF COSTS**

Case Number: 05-cv-1557 (JDB)

V.

Board of Trustees of the University of the District of Columbia

Judgment having been entered in the above entitled action on __12/18/07__ against __plaintiff__,
(date)
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk.................................................................................................... | $ |
| Fees for service of summons and subpoena........................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1488.60 |
| Fees and disbursements for printing....................................................................... | |
| Fees for witnesses (itemize on reverse side)........................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.................. | |
| Docket fees under 28 U.S.C. 1923......................................................................... | |
| Costs as shown on Mandate of Court of Appeals.................................................. | |
| Compensation of court-appointed experts............................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize)................................................................................... | |
| **TOTAL** | **$ 1488.60** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Valencia Rainey, Esq., 1101 17th St., N.W., Ste. 807, Washington, DC 20036.

Signature of Attorney: _[signature]_

Name of Attorney: Carl J. Schifferle

For: Defendant, Board of Trustees            Date: 1/7/08
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk       By: _____
                                         Deputy Clerk                Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924.  Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs.

# Invoice

**Beta Court Reporting**
1140 CONNECTICUT AVENUE, NW, SUITE 600
WASHINGTON, DC 20036
P 202.464.2400
F 202.464.0999

Job Date: 05/18/2006
Order Date: 05/18/2006
DB Ref.#:
Date of Loss: / /
Your File #: PO#186018
Your Client:

Invoice #: 60480
Inv. Date: 06/22/2006
Balance: $444.00

**Bill To:**
Assistant Attorney General for DC
Accounts Payable
441 4th Street NW, 10th Floor
Washington, DC 20001

Action: Elam, Joseph V
vs
UDC
Action #:
Rep: HU
Cert:

| Item | Proceeding/Witness | Description | |
|---|---|---|---|
| 1 | William Lawrence Pollard | Copy-Transcript (10 Day) Delivery | |
| 2 | William Lawrence Pollard | Condensed Transcript & Disk | |
| 3 | | Shipping/Handling-Government | |

RECEIVED BY KC DATE 6/26/06

**Comments:**
PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

| | |
|---|---|
| Sub Total | $444.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$444.00** |
| Payment | $0.00 |
| Balance Due | $444.00 |

Federal Tax I.D.: 54-1714655
Terms: Upon Receipt 1% Charge After 30 Days

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Assistant Attorney General for DC
Accounts Payable
441 4th Street NW, 10th Floor
Washington, DC 20001

**Deliver To:**
Carl J. Schifferle, Esq
Assistant Attorney General for DC
441 4th Street NW, 6th Floor
Washington, DC 20001





1140 CONNECTICUT AVENUE, NW, SUITE 600
WASHINGTON, DC 20036
info@betareporting.com   betareporting.com

Invoice #: 60480
Inv. Date: 06/22/2006
Balance: $444.00
Job #: 060518HU
Job Date: 05/18/2006
DB Ref.#:
Date of Loss: / /
Your File #: PO#186018
Your Client:

COPY

Jardim Reporting Associates
1221 N. Powhatan Street
Arlington, Virginia 22205
(703)867-0396
jardimreporting@yahoo.com
Federal tax ID: 20-4733104
**INVOICE**

July 31, 2006

University of the District of Columbia
4200 Connecticut Avenue, N.W., Building 38, Room 302
Washington, DC. 20008
Attn.: Elizabeth Thompson

Carl Schifferle, Esq.
Assistant Attorney General
Office of the Attorney General
Suite 600 South
441 4th Street, N.W.
Washington, D.C. 20001

Purchase Order No. PO187130

Invoice Number: 071206rp          Case Name: Elam v. UDC

| Date | Description | Cost |
|---|---|---|
| 07-12-06 | Deposition of Rachel Petty, 244 pages @ $2.45 | $597.80 |
|  | 0 Exhibit copies |  |
|  | Minuscript and ASCII disk | No charge |
|  | Handling | $15.00 |
|  | **TOTAL DUE** | **$612.80** |

**PAYMENT BY CREDIT CARD WITHIN 10 DAYS SAVES YOU 5%!**

**Or please remit the total amount due within 30 days.**

**JARDIM REPORTING ASSOCIATES, LLC**
1221 N. Powhatan Street
Arlington, VA 22205

(703) 867-0396
jardimreporting@yahoo.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 03/01/2007 | 21294 |瀬
| TERMS ||
| Due on receipt ||

**BILL TO**
Carl Schifferle, Esq.
Assistant Attorney General
District of Columbia
C/O Elizabeth Thompson, *Accounts Payable*
UDC
4200 Connecticut Avenue, N.W., Building 38,
*Room 302*
*Wash DC 20008*

| AMOUNT DUE | ENCLOSED |
|---|---|
| $465.80 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| Court reporting services and transcript for deposition of: Wilhemina Reuben-Cooke, taken on 02/02/07 | 116 | 2.45 | 284.20 |
| Court reporting services and transcript for deposition of: Beverly Anderson, taken on 06/27/06 | 68 | 2.45 | 166.60 |
| Postage/Handling/Delivery | 1 | 15.00 | 15.00 |
| ****PURCHASE ORDER NO. PO214783***** | | | |

YOUR CASE NAME: Elam v UDC

| | TOTAL | $465.80 |
|---|---|---|

PAYMENT BY CREDIT CARD WITHIN 10 DAYS SAVES YOU 5%!

Fed. Tax ID: 20-4733104
WE APPRECIATE YOUR BUSINESS

JARDIM REPORTING ASSOCIATES, LLC