UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                         )
JOSEPH V. ELAM,          )
                         )
     Plaintiff,          )
                         )
   v.                    )   Civil Action No. 05-01557 (JCB)
                         )
BOARD OF TRUSTEES OF     )
THE UNIVERSITY OF THE    )
DISTRICT OF COLUMBIA,    )
                         )
     Defendant.          )
_____)
```

## NOTICE OF APPEAL

Notice is hereby given that Joseph V. Elam, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order granting Defendant's Motion for Summary Judgment and dismissing this action, entered on December 18, 2008.

                                       Respectfully submitted,

                                       _____/s/_____
                                       JOSEPH D. GEBHARDT
                                       (D.C. Bar No. 113894)
                                       VALENCIA R. RAINEY
                                       (D.C. Bar No. 435254)
                                       GEBHARDT & ASSOCIATES, LLP
                                       1101 17th Street, N.W.
                                       Suite 607
                                       Washington, DC 20036-4718
                                       (202) 496-0400

January 18, 2008                    Attorneys for Plaintiff