# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7017**                           **September Term 2007**

05cv01557

Filed On: June 23, 2008 [1123027]

Joseph V. Elam,

    Appellant

    v.

The Board of Trustees of the University of
the District of Columbia,

    Appellee

### ORDER

Upon consideration of the court's order to show cause filed May 16, 2008, the response thereto, and the motion for voluntary dismissal, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for voluntary dismissal be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                           Mark A. Butler
                           Deputy Clerk